**FILED** **FILED**

IN CLERK'S OFFICE
DEC 2 8 2006 U.S. DISTRICT COURT, E.D.N.Y.

NANCY MAYER WHITTINGTON, CLERK / 0 0 2006  ★
U.S. DISTRICT COURT

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

RICHARD ISASI, #98A1899,
Attica Correctional Facility
POB 149        Plaintiff,
Attica, NY 14011-0149

        -against-

PRISCILLA JONES; RICHARD L. HUFF;
MARGARET P. GRAFELD;
THOMAS J. MCINTYRE,[1]

        Defendants.

-------------------------------------------------------------

**TRANSFER ORDER**
06-CV-5834 (ERK) (LB)

CASE NUMBER    1:06CV02222

JUDGE: Unassigned

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/28/2006

*CASE RE-ASSIGNED TO: WALTON, I. RBW*
*JUN 25 2007*

**BLOOM, United States Magistrate Judge:**

Plaintiff Richard Isasi, currently incarcerated at Attica Correctional Facility, brings this

*pro se* action alleging that defendants violated the Freedom of Information Act ("FOIA"), 5

U.S.C. § 552 et seq., by failing to provide him with documents maintained by the Criminal

Division of the United States Department of Justice. This case shall be transferred to the United

States District Court for the District of Columbia for the following reasons.

The relevant venue provision for a claim under FOIA is found at 5 U.S.C. § 552a(g)(5),

which provides that the proper venue for an action brought under the Act is "the district in which

the complainant resides, or has his principal place of business, or in which the agency records are

situated, or in the District of Columbia," 5 U.S.C. § 552a(g)(5). Since the records plaintiff is

seeking are "situated" in the District of Columbia, the proper venue for this action is the District

of Columbia. If an action is filed in the wrong district court, a court "shall dismiss, or if it be in

the interest of justice, transfer such case to any district or division in which it could have been

**RECEIVED**
NOV 07 2006

[1] The court notes that under 5 U.S.C. § 552a(g)(1)(D), the proper defendant in this action is
the agency, the United States Department of Justice, not the individual employees of the agency.

brought." 28 U.S.C. § 1406 (a).

In light of plaintiff's *pro se* status and in the interest of justice, the Clerk of Court is hereby directed to transfer this case to the United States District Court for the District of Columbia. Decisions on plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and application for appointment of counsel are reserved for the transferee Court. That provision of Local Rule 83.1 which requires a five day stay is hereby waived. No summons shall issue from this Court.

SO ORDERED.

Dated: Brooklyn, New York
     November 1, 2006

LOIS BLOOM
United States Magistrate Judge

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
CLERK

PLEASE REPLY TO:

☒ BROOKLYN OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

☐ LONG ISLAND OFFICE
UNITED STATES DISTRICT COURT
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK
11722-4438

Clerk of Court
United States District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC   20001

Re: Isasi v. Jones, et. al. .

Our Case No: _06-CV-5834(ERK)(LB)

Your Case No:_____

Pursuant to the order of _____ Judge Lois Bloom _____

transferring the above-referenced proceeding, the following documents are herewith enclosed:

|   |   |
|---|---|
| ____X____ | Certified copy of order of transfer |
| ____X____ | Certified copy of docket entries |
| ____X____ | Entire File |
| _____ | Other: _____ |
|  | _____ |

Kindly acknowledge receipt of the above-cited documents on the enclosed copy of this letter.

Yours truly,

ROBERT C. HEINEMANN
Clerk of Court

By: _____
Deputy Clerk

Wieslawa Latka-Mucha          11|06|06

Encl.
As Stated

cc: Case File

_____     _____
Received By                      Date

CLOSED, PROSE

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:06-cv-05834-ERK-LB
### Internal Use Only

Isasi v. Jones et al
Assigned to: Chief Judge Edward R. Korman
Referred to: Magistrate-Judge Lois Bloom
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/23/2006
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Richard Isasi**

represented by **Richard Isasi**
#98-A-1899
Attica Correctional Facility
PO Box 149
Attica, NY 14011
PRO SE

V.

**Defendant**

**Priscilla Jones**

**Defendant**

**Richard L. Huff**

**Defendant**

**Margaret P. Grafeld**

**Defendant**

**Thomas J. McIntyre**



| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2006 | 1 | COMPLAINT against Priscilla Jones, Richard L. Huff, Margaret P. Grafeld, Thomas J. McIntyre Summons not issued., filed by Richard Isasi. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit)(Bowens, Priscilla) (Entered: 10/30/2006) |
| 10/23/2006 | 2 | MOTION for Leave to Proceed in forma pauperis by Richard Isasi. (Bowens, Priscilla) (Entered: 10/30/2006) |

| 10/23/2006 | ⊘3 | MOTION to Appoint Counsel by Richard Isasi. (Bowens, Priscilla) (Entered: 10/30/2006) |
|---|---|---|
| 10/23/2006 | ⊘4 | Notice of Related Case Assignment (Bowens, Priscilla) (Entered: 10/30/2006) |
| 10/23/2006 | | ** Prisoner ProSe Flag Set (Bowens, Priscilla) (Entered: 10/30/2006) |
| 11/06/2006 | ⊘5 | TRANSFER ORDER: Since the records plaintiff is seeking are "situated" in the District of Columbia, the proper venue for this action is the District of Columbia. In light of plaintiff's pro se status and in the interest of justice, the Clerk of Court is hereby directed to transfer this case to the United States District Court for the District of Columbia. Decisions on plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. sec. 1915 and application for appointment of counsel are reserved for the transferee Court. That provision of Local Rule 83.1 which requires a five day stay is hereby waived. No summons shall issue from this Court. So Ordered. (Ordered by Judge Lois Bloom, on 11/1/2006) C/M *Case transferred to the United States District Court for the District of Columbia: Original file, certified copy of Transfer Order, and Docket Sheet. (Latka-Mucha, Wieslawa) (Entered: 11/06/2006) |
| 11/06/2006 | ⊘6 | CERTIFICATE OF SERVICE as to Clerk of Court, United States District Court for the District of Columbia. FedEx Tracking #: 8435 9020 3744. (Original file, certified copy of Transfer Order and Docket Sheet sent) (Latka-Mucha, Wieslawa) (Entered: 11/06/2006) |

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

06 5834

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

RICHARD ISASI, 98A1899, ATTICA CORRECTIONAL FAC.
P.O. BOX 149, ATTICA, NY 14011-0149

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
PRO SE: SEE ABOVE

## DEFENDANTS

Priscilla Jones, Richard L. Huff, Margaret P. Grafeld and Thomas J. McIntyre

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known) KORMAN, CH. J

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

BLOOM, M.J

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☒ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC 1983
Brief description of cause:
PRISONER CIVIL RIGHTS COMPLAINT

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE KORMAN/BLOOM
DOCKET NUMBER 06CV540 05CV4079

DATE 10/23/2006

SIGNATURE OF ATTORNEY OF RECORD
03CV2912, 01CV1804

## FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE ERK MAG. JUDGE LB

5834

## ARBITRATION CERTIFICATION

I,_____, counsel for _____ _____ do hereby certify pursuant to the Local Arbitration Rule 83.10 that to the best of my knowledge and belief the damages recoverable in the above captioned civil action exceed the sum of $150,000 exclusive of interest and costs.
_____ Relief other than monetary damages is sought.

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks:
_____

**Please refer to NY-E Division of Business Rule 50.1(d)(2)**

1.) Is the civil action being filed in the Eastern District of New York removed from a New York State court located in Nassau or Suffolk County: _____ NO _____

2.) If you answered "no" above:

a.) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County? _____ NO _____

b.) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District? _____ YES _____

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County? _____ NO _____

(Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).

**I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.**

Yes_____          No_____

**Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?**

Yes_____(If yes, please explain)          No_____
_____
_____

Please provide your E-MAIL Address and bar code below. Your bar code consists of the initials of your first and last name and the last four digits of your social security number or any other four digit number registered by the attorney with the Clerk of Court.
(This information must be provided pursuant to local rule 11.1(b) of the civil rules).

**ATTORNEY BAR CODE:**_____

**E-MAIL Address:** _____

I consent to the use of electronic filing procedures adopted by the Court in Administrative Order No. 97-12, "In re Electronic Filing Procedures(EFP)", and consent to the electronic service of all papers.

**Signature:** _____

Clerk's Office
United States District Court
Eastern District of New York

## NOTICE OF
## RELATED CASE
## ASSIGNMENT

Civil action _____ O6 ___ CV ____ 5834 ___ was assigned to Judge

_____ Korman _____ and Magistrate Judge ___ Bloom _____

                    x06cv 540    05cv 4079
as related to 03cv 2912    06cv 1804    on _____ 10/23 _____, 2006.

A copy of the complaint is attached.

A copy of this Notice will be docketed.

cc: Chambers of Assigned Judge and Magistrate Judge
    Case File

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Richard Isasi,                          )
                                        )
                 Plaintiff,             )
                                        )
         v.                             )        Civil Action No.  06-2222
                                        )
Priscilla Jones *et al*,                )
                                        )        **FILED**
                 Defendants.            )
                                                 APR 1 2 2007
                                                 CLERK, U.S. DISTRICT COURT
                                                 DISTRICT OF COLUMBIA

ORDER

In a letter to the Clerk, plaintiff asserts that he complied with the Order of December

28, 2006, to provide his trust fund account statement in support of his motion to proceed *in*

*forma pauperis*.  The Clerk has no record of having received the document.  Accordingly, it is

by the Court this 6th day of ~~March~~ April 2007,

ORDERED, *sua sponte*, that the time for plaintiff to comply with the previous order is

ENLARGED by thirty (30) days from the filing date of this Order.  Plaintiff shall file the

requested information within the additional time allowed or risk dismissal of the case.

_____
United States District Judge

# CERTIFICATE OF SERVICE

PLACE IN FILE

Richard Basi

Plaintiff

V.

Priscilla Jones. et al.

DEFENDANTS

Docket No. 06-2222

I, _Richard Basi_ , hereby certify under penalty of perjury that on _March_ _4_, _2007_, I served by United States Mail a copy of _Letter to the Court_ _Requesting status of this claim._

and _Served by the Attica legal Mail System._ at:

_Clerk's Office. United States District Court_ _for the District of Columbia. U.S. Courthouse._ _333 Constitution Avenue NW._ _Washington. DC. 20001_

Address

R. Basi

Signature

Richard Isasi    98A1899
Attica Correctional Facility.
P.O. Box 149,
Attica. New York. 14011-0149.

Clerk's Office
United States District Court
For the District of Columbia.

Docket No. 06-2222.

Dear Clerk.

I am the Petitioner in the above-entitled action and respectfully move this Court. That Please provided me with the status of this Claim, filed in December 28, 2006.

On December 31, 2006, honorable Judge Gladys Kessler order to this Office to file this action and that the Plaintiff must provide certain informations. In accordance with 28. U.S.C. 1915. Plaintiff filed on January 5, 2007. To comply with this Court Order with the ledger sheets, of six-month period, Trust Fund.

Plaintiff's asking to this Court, That Please Provide me with the status of this Claim, that until now I Dont Had any informations also Please with You Reply Provide me a Copy of the Docket Report it it if available.

Respectfully Submitted

Richard Isasi - Pro se.

Dated. March 6, 2007.

CC. RI
FILED

FILED

DEC 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RICHARD ISASI,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )    Civil Action No.    **06  2222**
                                        )
PRISCILLA JONES, et al.,                )
                                        )
            Defendants.                 )
_____)

## ORDER

The Court has provisionally authorized the Clerk to file this action. Before the Court will consider the Application to Proceed in Forma Pauperis and the Complaint, Plaintiff must provide certain additional information.

In accordance with 28 U.S.C. § 1915, Plaintiff must provide the Court with a <u>certified</u> copy of his prison trust fund account statement (or institutional equivalent), <u>including the supporting ledger sheets,</u> for the <u>six-month period</u> immediately preceding the filing of this complaint, <u>obtained from the appropriate official of each prison at which he is or was confined during those six months.</u> If Plaintiff has been transferred and therefore, after a reasonable effort, is unable to obtain ledger sheets from a previous place of confinement, he shall provide his declaration stating what efforts he has made to obtain the ledger sheets.

The Court advises Plaintiff that federal law requires a plaintiff in a civil action to pay a filing fee of $350.00. After receipt of the trust fund information, the Court will determine whether Plaintiff is able to pay the entire amount in one payment. If the Court determines that Plaintiff does not have sufficient funds to pay the filing fee at one time, the Court will assess an initial partial filing fee. After payment of the initial partial filing fee, the institution will forward to the Clerk of this Court

4

monthly payments consisting of 20 percent of the deposits made to the Plaintiff's trust fund account during the preceding month each time the account balance exceeds $10.00. Payments will continue until the filing fee is paid in full.

Accordingly, it is

**ORDERED** that within thirty (30) days of this Order, unless an extension of time is granted, Plaintiff shall provide the above-requested information. Failure to comply with this Order will result in dismissal of this action.

_Gladys Kessler_
United States District Judge

DATE: Dec. 13, 2006

2

United States District Court
Eastern District of New York.                    X

Richard Isasi

                    Plaintiff

        v.

Priscilla Jones, Richard L. Huff,
Margaret P. Grafeld,
Thomas J. McIntyre.

                    Defendant's

X _____



**FILED**

**CV 06 5834**    DEC 28 2006

Motion for Appointment of Counsel
U.S. DISTRICT COURT

KORMAN, CH. J

BLOOM, M.J.

06 2222

RECEIVED
OCT 25 2006
PRO SE OFFICE

Pursuant to 28 U.S.C. § 1915 (e)(1), Plaintiff moves for an Order appoin
ting Counsel to represent him in this case. In Support of this Motion
Plaintiff states:

1.  Plaintiff is unable to afford Counsel. He has requested leave to proceed
    in forma pauperis.

2.  Plaintiff's imprisonment will greatly limit his ability to litigate. The
    issues involved in this case are complex, and will require significant
    research and investigation. Plaintiff has limited access to the law
    Library and limited Knowledge of the Law.
        Plaintiff are in administrative segregation, it takes weeks to get a
    Book.

3.  A trial in this case will likely involve conflicting testimony, and
    Counsel would better enable Plaintiff to present evidence and
    Cross examine witnesses.

4.  The case will require discovery of documents and deposition of a
    number of defendant's

5.  Plaintiff has made repeated efforts to obtain a Lawyer, attached
    to this Motion are.

        Dated October 19 2006
        State of New York.

                            R Isasi
                            _____
                            Richard Isasi  Pro Se
                            # 9ANS1899
                            Attica Corr. Fac.
                            Box 1491.
                            Attica. New York. 14011-0149.

                            (3)



# Empire Justice Center

Making the law work for all New Yorkers

Albany ◆ Rochester ◆ White Plains

May 25, 2006

Richard Isasi
Attica Correctional Facility
P.O. Box 149
Attica , NY   14011-0419

Dear Mr. Isasi:

   We are in receipt of your letter dated May 22, 2006. Empire Justice Center (formerly Greater Upstate Law Project) is  primarily a support organization for Legal Services offices and community advocates. We provide limited representation to individuals and then mostly in matters involving public benefits such as welfare, Medicaid, SSI and food stamps.

   The main publicly funded legal services program for people in prison is Prisoner's Legal Services.  They can be contacted at:

   Prisoners'  Legal Services
   107 Delaware Avenue
   Statler Towers, Suite 1360
   Buffalo, NY 14202

Enclosed please find your document.

Sincerely,

Connie Wiggins
Administrative Assistant

119 Washington Avenue, Albany, NY 12210
Phone 518.462.6831 ◆ Fax 518.462.6687
www.empirejustice.org



# Albany Law School | UNION UNIVERSITY

May 15, 2006

Richard Isasi
Attica Correctional Facility
Box 149
Attica, NY 14011-0149
DIN: 98-A-1899

Dear Mr. Isasi:

    We are in receipt of your letter. Although Albany Law School does not currently have a program to assist you, one of the following agencies might be able to help you.

Prisoners' Legal Service
301 South Allen Street
Albany, NY 12208
(518) 438-8046

New York State Defenders Association, Inc.
194 Washington Avenue
Albany, NY 12210
(518) 465-3524

Greater Upstate Law Project
119 Washington Avenue
Albany, NY 12110
(518) 462-6831

        Your Local Public Defenders Office.

        Sincerely,

        Albany Law School



14 MAIN STREET
ATTICA, NEW YORK 14011

Phone (585) 591-1600
Fax (585) 591-1602

# WYOMING COUNTY-ATTICA LEGAL AID BUREAU, INC.

May 17, 2006

Richard Isasi, #98-A-1899
PO Box 149
Attica, New York 14011-0149

Dear Mr. Isasi:

For some reason, a letter addressed to the Chief Clerk of the Wyoming County Court was directed here since you also included the Wyoming County-Attica Legal Aid Bureau in your address. Ms. Miller is the Court Clerk in Wyoming County and I am sure cannot provide you with legal assistance. Moreover, our agency does not handle federal matters and it would appear that you are left with either proceeding with your application pro se or requesting assistance from the Volunteer Lawyers Project, Inc., 700 Statler Towers, Buffalo, New York 14202.

Very truly yours,

Norman P. Effman/la

Norman P. Effman
Executive Director

NPE/la

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CV 06 5834

FILED

DEC 28 2006

*Richard Ksasi*

Plaintiff **KORMAN, CH. J.**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-vs-

*Prisa'illa Jones. Richard L. Huff*
*Margaret P. Grafeld.*
*Thomas J. McIntyre.*

Defendant(s) **BLOOM. M.J.**

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

RECEIVED
OCT 23 2006
PRO SE OFFICE

I, _____*Richard Ksasi*_____, am the plaintiff in the above entitled case
hereby request to proceed without being required to prepay fees or costs or give security therefore.
I state that because of my poverty I am unable to pay the costs of said proceeding or to give security
therefore, and I believe I am entitled to redress.

06 2222

1.    If you are presently employed:
         a) give the name and address of your employer
         b) state the amount of your earnings per month

_____*NONE*_____

_____

_____

2.    If you are **NOT PRESENTLY EMPLOYED:**
         a) state the date of start and termination of your last employment
         b) state your earnings per month.
      **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

*Five Start Truck Co. May 1989 $ 3000.*

3.    Have you received, within the past twelve months, any money from any source? If so,
      name the source and the amount of money you received.

_____*NONE*_____

a) Are you receiving any public benefits?        ☑ No  ☐ Yes, $ _____

b) Do you receive any income from any other source?  ☑ No  ☐ Yes, $ _____

**RECEIVED**

NOV 07 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



4.  Do you have any money, including any money in a checking or savings account? If so, how much?

_____ NONE _____

5.  Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☑ No   ☐ Yes, _____

6.  List the person(s) that you pay money to support and the amount you pay each month.

_____ NONE _____

_____

7.  Do you pay for rent or for a mortgage? If so, how much each month?

_____ NONE _____

8.  State any special financial circumstances which the Court should consider.

_I RECEIVE FROM MY SISTER, SOMETHING SOME HELP_

_FOR MY CAKE HERE, $100 OR LESS_

_____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: _October 19 2006_          _R Ssaci_
                                      (signature)

rev. 7/2002

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## PRISONER AUTHORIZATION

The Prison Litigation Reform Act ("PLRA" or "Act") requires you to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $250 has been paid, **no matter what the outcome of the action.**

\* \* \*

## SIGN AND DATE THE FOLLOWING AUTHORIZATION:

I, _Richard Isasi_ , request and authorize the facility institution holding me in custody to send to the Clerk of the United States District Court for the Eastern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the facility holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Eastern District of New York. This authorization shall apply to any facility into whose custody I may be transferred.

**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $250 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT <u>EVEN IF MY CASE IS DISMISSED.</u>**

_R. Isasi_                                    _October 19 2006_
Signature of Plaintiff                        Date Signed

N.Y.S.I.D. # _55544475 H_

Local Prison I.D. # _98A1899_

Federal Bureau of Prisons I.D. # _50580 EAO_

rev. 2/1/05

Original

United States District Court
Eastern District of New York

x

Richard Isasi

Plaintiff

- Against -

Priscilla Jones, Richard L. Huff
Margaret P. Grafeld,
Thomas J. McIntyre.

Defendant.

x ——————————— x

CV 06 5834

COMPLAINT

Jury Trial Demanded.

KORMAN, CH. J.

BLOOM, M.J.

RECEIVED
OCT 23 2006
PRO SE OFFICE

I. Parties:

Plaintiff   Richard Isasi, resides at.   Attica Correctional Facility.
Box 149. Attica. New York. 14011.

Defendant   Priscilla Jones   resides at.   Chief Administrative Staff
U.S. Department of Justice
Flag Building, suite 570
Washington. DC. 20530-0001

Defendant   Richard L. Huff   resides at.   Co. Director Office of Information and
Privacy.   U.S. Department of Justice
Flag Building, suite 570
Washington. DC. 20530-0001

Defendant   Thomas J. McIntyre   resides at,   U.S. Department of Justice
Criminal Division
1301 New York Avenue, NW
Suite 1127. Washington, DC.
20530.

Defendant   Margaret P. Grafeld   resides at   United States Department of State.
Washington. DC. 20522-6001.
Director Office IRM
Programs and Services.

Dated October 19, 2006

*R Isasi*

Respectfully Submitted

Richard Isasi # 98A1890
Attica Corr Fac.
   P.O. Box 149
Attica. New York. 14011-0149.


VERIFICATION.

I HAVE READ THE FOREGOING Complaint AND HEREBY VERIFY THAT THE MATTER
ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMA
TION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE.
   I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.
         EXECUTED AT WYOMING. State OF NEW YORK ON October ___
2006.

*R Isasi*

Richard Isasi.

DEFENDANT:   Priscilla Jones .     ALL OF WHOM TO BE ADDRESSED
                                    HERETO FOR THAT WHICH WAS DONE IN
                                    THEIR INDIVIDUAL CAPACITIES, WASHINGTON
                                    DC.


DEFENDANT:   Richard L Huff.      ALL OF WHOM TO BE ADDRESSED
                                    HERETO FOR THAT WHICH WAS DONE IN
                                    THEIR INDIVIDUAL CAPACITIES, WASHINGTON
                                    DC.


DEFENDANT   Thomas J. McIntyre     ALL OF WHOM TO BE ADDRESSED
                                    HERETO FOR THAT WHICH WAS DONE IN
                                    THEIR INDIVIDUAL CAPACITIES, WASHINGTON.
                                    DC.


DEFENDANT:   Margaret P. Grafeld     ALL OF WHOM TO BE ADDRESSED
                                    HERETO FOR THAT WHICH WAS DONE IN
                                    THEIR INDIVIDUAL CAPACITIES, WASHINGTON.
                                    DC.

i

<u>The Jurisdiction of the Court is Invoked</u>

<u>42 U.S.C. 1983</u>          <u>28 U.S.C. 1331.</u>

<u>F.O.I.A</u>  <u>5 U.S.C. 552.</u>          <u>28 U.S.C. 1391(e)</u>

<u>28 U.S.C. 1391(b)(2)</u>  <u>Eastern District of New York</u>.

<u>Bivens v Six Unknown Named Agents of Federal Bureau of Narcotics</u>
403 U.S. 388 (1971)

<u>28 U.S.C. 2283</u> and <u>2284</u>  F.R.C.P. Rule 65.

ii

STATEMENT OF FACTS

Plaintiff Filed Several F.O.I.A Request One of this with the Criminal Division of the U.S. Department of Justice. Thomas J. McIntyre Chief of the Freedom of Information/Privacy Act United. Reply Letter to Plaintiff's and Advised me with a List that Contained the Addresses of the other Federal Agencies. That Plaintiff's if wish to Send Requests. On Another Word to Jumping Around, if have Not Done yet. SEE: Exhibit 1. P.1-2.

Plaintiff Filed Appeal dated June 23, 2003 with the Office of Information and Privacy of the U.S. Department of Justice. Failure of the Criminal Division to Respond Plaintiff's Request. No Decision of such Appeal to this time. SEE: Exhibit 7. P.1

On September 27, 2005 Thomas J. McIntyre Release's the Documents Requesting by Plaintiff's to Another Federal Agencies for Direct Response to Plaintiff's. Here Mr. McIntyre Hold Plaintiff's Document's for 31 Month's. SEE: Exhibit 2

The Executive Office for The United States Attorney. Response in Part to The Plaintiff's and Plaintiff's Appeal SEE Exhibit 3

The Office Legal Counsel for United State Department of Justice Response to Plaintiff's and Plaintiff's Appeal SEE: Exhibit 4

The United States Department of State Response in Part and Plaintiff's Appeal SEE: Exhibit 5

The Office of Information and Privacy "Refuse to Releases", even when Plaintiff's Filed a Second Request SEE: Exhibit 6

"United States Department of State"

Plaintiff Filed dated February 12, 2003 with the United States Department of State and Appeal Filed on July 1, 2003 Failures This Agencies to Response SEE: Exhibit 5-A

On September 27, 2005, the U.S. Department of Justice, Thomas J. McIntyre release to the United States Department of State the Documents to Response Direct to me. This Agencies Failure to

RESPONSE. Plaintiff's Files a Second Request Set on February 9, 2006
SEE: Exhibit 5-B

On December 29 2005 the United States Department of States, Addresses to Plaintiff's Information this two (2) Referral And Received By the U.S. Department of Justice No 200504385 and 200505014
SEE: Exhibit 5-C

On or About July 25, 2006 the State Department Releases the Referral No 200504385 and Denies in Full the Referral No. 200505014 SEE: Exhibit 5-C. P.3

Plaintiff's Files his Administrative Appeal on August 21, 2006 to the @Chairman of Appeal's Review Panel SEE: Exhibit 5 The Final Determination Will Be Made Within 20 Workings Days, For F.O.I.A. Appeal. No Decision, Plaintiff's Appeal at this time.

Plaintiff's On August 1, 2006 Was Served With a Legal Mail Addresses By the United States Department of State. Plaintiff's Legal Mail Contained 3 Yellow Envolope one Inside each other and all Tree (3) Envolope are Sealed With a Brown Packing Tape. After Review By the Numerical Order, Main Documents are Missing.

Plaintiff's Reply to this Agencie and Advised to the Director of this Inquires, also Plaintiff's Files a Institutional Grievance, SEE: Exhibit 5-X included Here the United States Department of State Reply Dated September 28, 2006

## Administrative Appeals

On August 24, 2004 Federal Defendant's Apellees Files a Memorandum Before the United States Court of Appeals for the Second Circuit for the Plaintiff's underlying Action Before this Court under 42 U.S.C. 1983 Isasi V. U.S. Governor et al 03-cv-2912.

The Federal Defendant Argueing that Plaintiff's Must Exhaust Administrative Remedies Before Files any Action in Federal Court SEE: Exhibit 7

2

Plaintiff Filed May 1, 2003 F.O.I.A Request with the Criminal Division. The Request was assigned File Number 200300551P by Thomas J. McIntyre. Chief Freedom of Information / Privacy Act Unit. U.S. Department of Justice. See Exhibit B.

On October 21, 2005, Plaintiff was advised by Priscilla Jones of the U.S. Department of Justice, that the Request No 200300551P and 200300690P had been assigned No 06-0187 Plaintiff Filed Administrative Appeal From 2003. See Exhibit 8-A

On or about September 26, 2006 the Office of Information and Privacy Release Two Pages, Under Appeal No 200300551P on assigned No 06-0187. According the Office of Information and Privacy, that the document with Held in Full and Release. Plaintiff have the Same Record Full Printed and Release, On August 1, 2006 by the United States Department of State. See Exhibit 8-B also see: Exhibit 8-C For this Court Review.

The Act Authorize Plaintiff to Treat the Failure of this Federal Defendant's to Act on Plaintiff's Request and Appeal see: Exhibit 8-D.

The Defendant's Mentioned in the Present Complaint Acting in Consent Very Well. Refused to Release Plaintiff Extradition Documents and Act under Color of Federal.

Plaintiff State a Claim against the Federal Defendant's Involved in this Complaint. Plaintiff Invoked Pursuant to 5. U.S.C. 552 Violated Plaintiff Fifth - Sixth and Fourteenth Amendments

3

The Plaintiff has no Plain, Adequate or complete remedy at Law to Redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the Defendants unles this Court grants the Declaratory and Inductive Relief which Plaintiff Seeks.

Wherefore. Plaintiffs Respectfully Pray that this Court enter Judgment granting Plaintiffs.

A Declaration that the Acts and omissions described herein violates Plaintiff's Rights under the Constitution and Laws of the United States.

A Preliminary and Permanent Injunction ordering Defendants Prisalla Jones. Richard L. Huff Margaret P. Grafeld and Thomas J. McIntyre to Released to this Court all the Extradition papers for this Court Review.

The Defendants be Questioned of the Introduction of Defective Documents in International Agreement.

And stop to cover-up each other His Wrong doing.

<u>Plaintiff Demands</u>

Money Damages in the Amount of $ 10.000.000. U.S. Dollar for for each Defendant.

Compensatory Damages in the amount of $ 1.000.000. U.S Dollar against each Defendant. Jointly and Severally.

Punitive Damages in the amount $ 1.000.000. U.S. Dollar against each Defendant.

A Jury trial on all issues triable by Jury.

Plaintiff's cost in this suit.

Any Additional Relief this Court deems Just Proper, and Equitable

4

Richard Isaac # 94A1890
Attica Corr Facility.
Box 149
Attica. New York. 14011-0149.

United States District Court
Eastern District of New York.

Dear Clerk.

Enclosed my New Complaint. and I want to the Court considering the $250.00 filing fee. See Enclosed my Request to Proceed In Forma Pauperis.

October 19 2006                    R Isaac

# CERTIFICATE OF SERVICE

Richard Isas

          Plaintiff

     V.

Priscilla Jones. Richard L. Huff
Margaret P. Grafeld.
Thomas J. McIntyre.

          Defendants

BROOKLYN OFFICE   Docket No.

RECEIVED
OCT 2 3 2006
PRO SE OFFICE

I, __Richard Kasi__, hereby certify under penalty of perjury that on __October 19, 2006,__ I served by United States Mail a copy of __Complaint With 8 Exhibit Attached__,

and __Served By The Attica Legal Mail System__ at:

    __Pro Se Office. United States District Court
Eastern District of New York.
225 Cadman Plaza East
Brooklyn, N.Y. 11201__

                 Address

                 R Kasi

                 Signature

Exhibit 1

U.S. Department of Justice
Criminal Division





**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                    *Washington, D.C. 20530*

CRM- 200300551P

Mr. Richard Isasi, #98-A-1899
Attica Correctional Facility
Box 149
Attica, NY  1401-0149

Dear Mr. Isasi:

    This is to acknowledge receipt of your letter of
May 1, 2003, requesting records of the Criminal Division under
the Freedom of Information Act (FOIA).  This request has been
assigned file number 200300551P.  Please refer to this number in
any future correspondence with this Unit.

    We will conduct a search to determine what records (if any)
we have that are within the scope of your request.  Once we have
completed our search, we will notify you as to our disposition of
your request.  Please note that this search will encompass only
Criminal Division records.

    Please be advised that this Office processes only records
maintained by the Criminal Division of the United States
Department of Justice.  Your request also seeks information
maintained by one or more other components of the Justice
Department, or other Federal agencies.  The enclosed list
contains the addresses of other offices to which you may wish to
send requests, if you have not done so already.  We have
highlighted any office you have mentioned specifically.

    If you have any questions regarding the status of this
request, you may contact Denise Kennedy on 202-616-0307.

                    Sincerely,

                    Thomas J. McIntyre
                         by KP

                    Thomas J. McIntyre, Chief
                    Freedom of Information/Privacy Act Unit



**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                    *Washington, D.C.  20530*

CRM-200300690F

Mr. Richard Isasi                                    AUG 1 2 2003
DIN #98A1899
Attica Correctional Facility
P.O. Box 149
Attica, NY 14011-0149

Dear Mr. Isasi:

    This is to acknowledge receipt of your request dated June 2, 2003, for records relating to your extradition from Mexico to New Jersey and from New Jersey to New York.

    Our records indicate that we are already processing an almost identical request from you dated March 31, 2003.  We are currently awaiting receipt of records from the Office of International Affairs.  We will advise you further when pertinent records have been received and processed.

                    Sincerely,

                    Thomas J. McIntyre, Chief
                    Freedom of Information/Privacy Act Unit

Richard Isasi #98A1899
Attica Corr Fac.
Box 149
Attica. N.Y. 14011-0149.

U.S. Department of Justice
Criminal Division
Washington. D.C. 20530.

December 5, 2003.

CRM - 200300551P.

Mr. Thomas J. McIntyre Chief.
Freedom of information / Privacy act unit.

Dear Mr. McIntyre.

The Follow-up letter to ask about the status of my request, your agency fail to comply with the applicable time provision. The extent reasonably necessary to proper processing of this particular request.

Please can you advised me any notification of denial of my request and provide me the name and titles or position of the person or each person responsible for the denial of such request.

Sincerely

R. Isasi

Richard Isasi
# 98A1899
Attica Corr. Fac.

cc. R.I.



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

SEP 3 0 2004

Mr. Richard Isasi
No. 98A1899
Attica Correctional Facility          Re:  Appeal No. 03-2226
Post Office Box 149                        Request No. 2003USMS5190
Attica, NY  14011-0149                     RLH:FPM:ALB

Dear Mr. Isasi:

    You appealed from the action of the United States Marshals
Service on your request for access to records concerning your
extradition from Mexico to New York (via Texas and New Jersey) in
September 1997.  I regret the delay in my response.

    After carefully considering your appeal, I have decided to
affirm the USMS's action on your request.

    The USMS informed you that it could locate no responsive
records in its files in the Eastern, Western, Southern, and Northern
Districts of New York, or in the District of New Jersey.  It has been
determined that the USMS's response is correct.  Please note that
subsequent to your appeal, the USMS conducted an additional search of
its records in the Southern District of Texas, but located no records
responsive to your request.

    Inasmuch as the Office of International Affairs of the Criminal
Division coordinates the extradition of international fugitives, that
Office may have records responsive to your request.  If you have not
done so already, you may wish to send a FOIA request to the Criminal
Division by writing to:

                    Mr. Thomas J. McIntyre, Chief
                    Freedom of Information/Privacy Act Unit
                    Criminal Division
                    1301 New York Avenue NW., Suite 1127
                    Washington, D.C.  20530

-2-

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director

ACF-10

Richard Basi # 98A1899
Attica C       Facility
Box 149.
Attica New York 14011-0149

Mr. Thomas J. McIntyre, Chief
Freedom of Information / Privacy Act
  Criminal Division
1301 New York Avenue N.W. suite 1127.
Washington. DC. 20530.

Re. No. 200300551P
Appeal No. 05-0878

Re: Fails to Respond.

Mr. Thomas J. McIntyre, Chief

    Please be Advised. the submitted in regard of my two (2)
Previous request to the Criminal Division. March 31, 2003 an
June 2, 2003.

    Aaaord the Act Authorize me to treat for Failure of the
Criminal Division, to complete my request.
Upon Consideration of the Fact that Dept of Justice Has
Many requests Pending and Lacks the Personnel an
Resources.

    However I Will Like to Know the Status of my request,
If my request has been Denied or this Dept fails to
Respond in a Timely.

    Please be Advised that, Iam ready to pursue Whatever Legal
Remedy Necessary to obtain this record.

    I expect a response Within 20 Working Days as the Law
    Provides.

        September 27, 2005

                                    Very truly your
                                    R Basi
                                    Richard Basi # 98A1899.

aa. RI
    File.

Attica Cor Facility
Box 149
Attica. New York. 14011-0149.

Attorney General
United States Dept of Justice
10th Street J Constitution Avenue N.W.
Washington. DC. 20520.

RE: Appeal No. 05-0878
Request No. CRM 200300551P

RE: Freedom of Information Act Appeal.

Dear Miss / Madam.

The submitted an Appeal for the Denied Decision of the Co Director.
Richard L. Huff of the Office of Information and Privacy / Act Appeal
On his letter September 19, 2005 Mr Huff Agrees: To be Patiente
With my Request. Also I'm Pursue this Appeal under,
28 C.F.R. § 16.8.(a) 1990. As Follow.

The Dept of Justice Criminal Division Was requesting Twice (2)
March 31, 2003 and June 2, 2003. After this Agency fail
to respond my Request. This Appeal Was File on August 2003, Also
a this time the Criminal Division Fail to respond in a timely
manner. even when I'm Asking to Mr. Huff to take substantive action
Agains this Agency Was denied to.

Dacord The Act Authorizeme to treat for Failure of the Criminal
Division. to complete my request. Also be Advised That I am
Ready To Pursue Whatever Legal remedy necclesary to Obtain
This Record. The are relevant of my extradition matter.

I expect a response within 20 Working Days as the Law
Provides.

September 28, 2005

Very truly

R Isasi

Richard Isasi # 98A1899

A.C. RI.
File.

Richard Kasi # 98A1899
Attica Corr Facility
Box 149
Attica. New York. 14011-0149

To Director.
"Office of Information and Privacy
Freedom of Information / Privacy Act Appeal"

United States Dept of Justice.
Flag Building. Suite 570.
Washington. DC. 20530-0001                    Appeal No. 05-0878

Appeal No: CRM- 200300551P AND 200300690P

To Director.

The Submitted to Appeal the Decision of the Criminal Division of
this Partial Denial of my request. Pursuant 28 C.F.R. 16.9.

This is to acknowledge that my two (2) previously request
was directed under the Privacy Act, such documents are
relevants to me, of my unfair extradition and right to
a fair trial.

/ Expect a response, as the Law Provides.

October 5, 2005                    Respectfully Submitted

                                   R Kasi

                                   Richard Kasi # 98A1899.

CA.RI.
File.

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
COUNTY OF WYOMING) ss:

I, _Richard Isai_ , being duly sworn, deposes and says:

I have on this _5_ day of _October_, 20 _05_ placed and submitted within the

institutional mailbox, located at the Attica Correctional Facility, Exchange Street, Post Box 149, Attica,

New York 14011-0149, a true and accurate copy of:

1) - _Letter of Appeal, Denied Letter. Affidavit Service._

To be duly mailed and delivered by the United States Postal Service upon the following parties

to this action:

_Co. Director._
_Office of Information and Privacy_
_"Freedom of Information / Privacy Act Appeal"_
_United States Dept of Justice_
_Flag Building. Suite 570_
_Washington. DC. 20530-0001_

_R Isai_

Sworn to before me this

_5_ day of _October_, 20 _05_

Notary Public

DAVID D. ADAMY
Notary Public, State of New York
No. 01AD6036610
Qualified in Erie County
Commission Expires January 31, 20 _01_

EXHIBIT 2





**U.S. Departmen~ ~i Justice**

Criminal Division

---

*Washington, D.C. 20530*

CRM-200300551P and 200300690P

SEP 2 7 2005

Mr. Richard Isasi, #98-A-1899
Attica Correctional Facility
P.O. Box 149
Attica, New York 14011-0149

Dear Mr. Isasi:

This is in response to your requests dated March 31, 2003 and June 2, 2003 for records concerning you.

We located 24 documents (items 1-24) within the scope of your request. We have processed your request under the Freedom of Information Act and will make all records available to you whose release is either required by that statute, or considered appropriate as a matter of discretion.

In light of our review, we have determined to release items 1-20 in full and items 21-23 in part, and to withhold item 24 (as described on the enclosed schedule) in full. We are withholding the record and portions of records indicated pursuant to one or more of the following FOIA exemptions set forth in 5 U.S.C. 552(b):

      (5)    which permits the withholding of inter-agency or intra-agency memorandums or letters which reflect the predecisional, deliberative processes of the Department;

      (6)    which permits the withholding of personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy; and,

      (7)    which permits the withholding of records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information...

(C)  could reasonably be expected to
     constitute an unwarranted invasion
     of personal privacy;

(F)  could reasonably be expected to
     endanger the life or physical
     safety of any individual.

We have also located documents which originated in an Office
of an United States Attorney.  Pursuant to Department practice,
we have referred these documents to the Executive Office for
United States Attorneys (which processes such documents) for
direct response to you.

In addition, we have located documents which are of interest
to the Offices of the Attorney General and Deputy Attorney
General.  We have referred these documents to the Office of
Information and Privacy (which processes such documents) for
direct response to you.  We have also located documents which
originated in the Office of Legal Counsel and State Department
and have referred those documents to those agencies for direct
response to you.

You have a right to an administrative appeal of this partial
denial of your request.  Department regulations provide that such
appeals must be filed within sixty days of your receipt of this
letter.  28 C.F.R. 16.9.  Your appeal should be addressed to: The
Office of Information and Privacy, United States Department of
Justice, Flag Building, Suite 570, Washington, D.C. 20530.  Both
the envelope and the letter should be clearly marked with the
legend "FOIA Appeal."  If you exercise this right and your appeal
is denied, you also have the right to seek judicial review of
this action in the federal judicial district (1) in which you
reside, (2) in which you have your principal place of business,
(3) in which the records denied are located, or (4) for the
District of Columbia.  If you elect to file an appeal, please
include, in your letter to the Office of Information and Privacy,
the Criminal Division file number that appears above your name in
this letter.

Sincerely,

Thomas J. McIntyre, Chief
Freedom of Information/Privacy Act Unit
Office of Enforcement Operations
Criminal Division

2

SCHEDULE OF DOCUMENTS WITHHELD IN FULL
(Refer to Body of Letter for Full Description of (Exemptions)

24.  Fax Transmittal, Secretaria De Relaciones Exteriores to Mary
Lee Warren, March 19, 1995.  Withheld in full pursuant to FOI
exemption 5 U.S.C. 552(b)(5).

_ExHibit 3_

Executive Office of United States Attorney



**U.S. Departn ⸌ of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642

Washington, D.C. 20530

NOV 2 9 2005

Mr. Richard Isasi
No. 98A1899
Attica Correctional Facility
P.O. Box 149
Attica, NY 14011-0149

Re:  Request No. 05-2905-R

Dear Mr. Isasi:

This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys on your request for information from the files of the Department of Justice was received by this Office on November 18, 2005.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **06-0525**.  Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

Sincerely,

Priscilla Jones
Chief, Administrative Staff



**U.S. Departmer Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*



OCT 28

---

Requester: __Isasi, Richard__                                                              Request Number: _05-2905-R_
Subject of Request: __Alliant Techsystems, Inc.__

Dear Requester:

　　Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Offices.

　　To provide you the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

　　The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 C.F.R. §16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a [ X ] partial [    ] full denial.

　　Enclosed please find:

_9_____page(s) are being released in full (RIF);
_2_____page(s) are being released in part (RIP);
_____page(s) are withheld in full (WIF). **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

　　In addition, this office is withholding approximately _____ page(s) of grand jury material which is retained in the District.

　　The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

### Section 552

| | | |
|---|---|---|
| [    ] (b)(1) | [    ] (b)(4) | [    ] (b)(7)(B) |
| [    ] (b)(2) | [    ] (b)(5) | [ X ] (b)(7)(C) |
| [    ] (b)(3) | [ X ] (b)(6) | [    ] (b)(7)(D) |
| ―――――――― | [    ] (b)(7)(A) | [    ] (b)(7)(E) |
| ―――――――― | | [    ] (b)(7)(F) |

### Section 552a

[ X ] (j)(2)
[    ] (k)(2)
[    ] (k)(5)
[    ] _____

(Page 1 of 2)

[ X ]  See additional  .ormation attached.

**The Criminal Division of the Justice Department referred these documents to us because the documents originated in our office.**

This is the final action this office will take concerning your request.

You may appeal my decision to withhold records in this matter by writing within sixty (60) days from the date of this letter, to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C.  20530

Both the envelope and letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

Enclosure(s)

(Page 2 of 2)
Form No. 021 - no fee- 2/04

## Exhibit 4

Office Legal Counsel



**U.S. Departmen  : Justice**

Office of Legal Counsel

---

*Washington, D.C. 20530*

September 30, 2005

Richard Isasi
No. 98-A-1899
Attica Correctional Facility
Attica, NY  14011-0149

Dear Mr. Isasi:

   This responds to your Freedom of Information/Privacy Act request to the Criminal Division dated April 31, 2003.  Pursuant to Exemption Five of the Act, 5 U.S.C. § 552(b)(5), we are withholding one document that originated with this Office but was located in the files of the Criminal Division.  The document is protected by the deliberative process and attorney-client privileges and is not appropriate for discretionary release.

   If you consider my response to be a denial of this request, you may appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Washington, D.C.  20530, within 60 days from the date of this letter.  Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

                                        Sincerely,

                                        *Paul P. Colborn*

                                        Paul P. Colborn
                                        Special Counsel
                                        Office of Legal Counsel

**U.S. Departme.  of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_

_Washington, D.C. 20530_

**OCT 2 6 2005**

Mr. Richard Isasi
No. 98A1899
Attica Correctional Facility
P.O. Box 149
Attica, NY 14011-0149

    Re:  Your letter of October 11, 2005

Dear Mr. Isasi:

    This is to advise you that your administrative appeal from the action of the Office of Legal Counsel on your request for information from the files of the Department of Justice was received by this Office on October 20, 2005.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **06-0234**.  Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

                Sincerely,

                Priscilla Jones
                Chief, Administrative Staff

_Exhibit 5_

Unites States Department of State

Administrative Appeals



# CERTIFICATE OF SERVICE

Richard Isasi
                    Plaintiff

        v.

James F. Conway
                    Defendant

~~No.~~ No. 250504385

I, _Richard Isasi_ , hereby certify
under penalty of perjury that on _August_ _21_ , _2006_, I
served by United States Mail a copy of "_F.O.IA_" _Appeal Letter_
_And Certificate Legal Mail_ ,
and _Serve By Attica Legal Mail System_ at:

_United States Dept. of State._
_Washington. DC. 20522-8100._
_Chairman, Appeals Review Panel C/o Appeal Office_
_A/RPS/IPS/PPI/Lcl, SA 2 Room 8100_
                    Address

_R Isasi_
                    Signature

Attica Correctional Facility.
Box 149
Attica. New York 14011-0149

Department of State
Washington DC. 20522-8100.

RE: Freedom of Information "Appeal"
Case No: 200504385.

Chairman. Appeals Review Panel c/o Appeal Officer.

By requested letter dated February 12, 2003. I requested:

1   Copy of extradition warrant with affidavit and all supporting
    paper executing extradition from New Jersey to Mexico

2   Copy of extradition warrant with affidavit and all supporting
    paper executing extradition from Mexico to New Jersey, September
    4, 1997

In our correspondence dated December 29, 2005, see: attached, I was
advised that the Department of Justice referral documents
pertaining to my request after long delay. On July 25, 2006
see: attached this agencie released the referral No: 200504385
and denied me fully the referral No: 200505014. I hereby
appeal the denial.

Accord. the letter July 25, 2006. the agencie determined that twenty
- four of the relevant documents, that twenty three may be released
and one may not be released.

    After review all the documents enumerate by this agencie. Not
    warrants was released to my request and they are documents
    missing: J5, J8, J9, J19, J20, J21, J22, J23 of the supposed
    twenty-three documents released by this agencie. I hereby
    appeal the denial of this released.

SUBSECTION (b)(5)   THE FREEDOM OF INFORMAT. ACT THE INFORMATION IN THE DOCUMENT WITHHELD BY THIS AGENCIE IT CONSISTS OF ARE DECISIONAL DELIBERATIVE PROCESS   FALL WITHIN THE DELIBERATIVE PROCESS PRIVILEGE A DOCUMENT MUST BET BOTH "PREDECISIONAL" AND "DELIBERATIVE" ASSEMBLY 968 F. 2d at 920 WAS ELABORATED ON THESE TERMS IN ASSEMBLY.

THE FOIA PROVIDES THAT. THIS SECTION DOES NOT APPLY UNDER 5 U.S.C. § 552(b)(5) 1970 THIS WAS MADE CLEAR IN E.P.A. v. MINK 410 U.S. 73 85-94. 93 sct 827. 35 Led 2d 119 (1973) CONSIDERED BY THE COURT IN MINK HAS NOT BEEN CLASSIFIED "SECRET."

THEREFORE JUSTIFICATION OF REFUSAL TO DISCLOSE THE ACTUAL DOCUMENT THAT REVEAL GOVERNMENT PLAY DEVIL'S ADVOCATE IN THE REQUESTED EXTRADITION FROM MEXICO. MUST BE DISCLOSE WITHOUT OF QUESTION.

IT IS A FACT. THAT THE DENIAL SUCH DOCUMENT BY THE DEPARTMENT OF STATE. AND AFFIRM THAT LUIS MARTINEZ WAS EXTRUDITED AND ESCORTED BY THE FBI AGENTS ON SEPTEMBER 3, 1997 AND REFUSE TO RELEASED THE FEDERAL WARRANTS REQUESTED BY THE APPELLANT IN HIS LETTER DATED FEBRUARY 10, 2003. SEE: EXHIBIT A

IN APPEAL THIS DECISION IF THE DOCUMENTS ARE DENIED ON APPEAL, PLEASE EXPLAIN THE REASONS FOR THE DENIAL FULLY IN WRITING AS REQUIRED BY LAW. WITH THE TIME LIMIT FOR AGENCY DECISION ON AN ADMINISTRATIVE APPEAL.

RESPECTFULLY SUBMITTED

R Isasi

AUGUST 21, 2006

RICHARD ISASI # 98A1890
ATTICA CORR FACILITY
BOX 149
ATTICA N.Y. 14011-0149

CC. RI.
File

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _D_____ R____    ☐ Agent
                       ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery
                                      8-29-06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

1. Article Addressed to:

United States Department
of State Washington
DC 20522-8100
Charming Appeals Review
Panel c/o Appeal Officer

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   (*Transfer from service label*)    7005 0390 0005 4287 8376

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

## DISBURSEMENT OR REFUND REQUEST

NAME  Richards Russ

DATE  August 21  20  02

CELL LOCATION  A-12-13

"SHORT" NAME  R  I  S  4

FIRST INITIAL
FIRST 3 OF LAST NAME

CODE TYPE

INMATE NUMBER  9  8  A  1  8  9  9

CHECK/ORDER NUMBER

COMMISSARY PRODUCT GROUP

SENT TO CODE
(SEE TABLE 8-8)

AMOUNT $  X  X  X  |  |  |

RIGHT ADJUSTED WITH LEADING ZEROS

ITEM
DESCRIPTION  Certificate Legal Mail

SENT TO OR
PURCHASE FROM

LAST NAME  Clerk Mail Appeals Review Panel  FIRST NAME  c/o Annual Disclosure  MI

ADDRESS  United States Department of State  APT. NO.

CITY  Washington  STATE  DC  ZIP CODE  20522 - 8100

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE
AMOUNT TO BE DEDUCTED FROM MY INMATE
ACCOUNT

APPROVED _____  DATE  8-6  INMATE SIGNATURE  R. Russ

(SOURCE AREA)

APPROVED _____  DATE

(BUSINESS OFFICE)

FORM 2706 (REV. 8/93)        Original - Business Office      Yellow - Approving Office      Pink - Inmate

Exhibit S-A



*Copie*

KICHR & ISASI # 98A1899
ATTICA CORR FAC. BOX 149
ATTICA. NEW YORK. 14011.

RESON                              FEBRUARY 12. 2003.

<u>RECORD ACCESS.</u>
ASSISTANT LEGAL ADVISER FOR
CONSULAR AFFAIRS, U.S. DEPARTMENT OF STATE,
WASHINGTON D.C. 20520.

RE: <u>FREEDOM OF INFORMATION LAW REQUEST</u>
<u>PEOPLE V ISASI   IND # 845/95.</u>

DEAR; RECORD ACCESS OFFICER.

<u>PLEASE BE ADVISED</u>, PURSUANT TO ARTICLE SIX (6)
SECTION 89 SUBD 3, AS AMENDED OF THE PUBLIC
OFFICER LAW, UPON RECEIPT OF WRITTEN REQUEST
KINDLY PROVIDE OR MAKE AVAILABLE TO ME
THE FOLLOWING RECORD, POST, VIZ:

1 - <u>COPY OF EXTRADITION</u> WARRANT WITH AFFIDAVIT AND
ALL SUPPORTING PAPER EXECUTING EXTRADITION
FROM NEW JERSEY STATE TO MEXICO VERACRUZ
DATE MARE 10, 1995.

2 - <u>COPY OF EXTRADITION</u> WARRANT WITH AFFIDAVIT AND
ALL SUPPORTING PAPER EXECUTING EXTRADITION
FROM MEXICO, VERACRUZ DATE SEPT 4, 1997. TO
NEW JERSEY STATE,

If THERE ARE ANY FEES FOR COPYING THE RECORDS REQUESTED, PLEASE INFORM ME BEFORE FILLING THE REQUEST ( OK:... PLEASE SUPPLY THE RECORDS WITHOUT INFORMING ME IF THE FEES ARE NOT IN EXCESS OF $_____).

AS YOU KNOW THE FREEDOM OF INFORMATION LAW REQUIRE THAT ANY AGENCY RESPOND TO A REQUEST WITHIN FIVE (5) BUSINESS DAYS OF RECEIPT OF A REQUEST. THEREFORE, I WOULD APPRECIATE A RESPONSE AS SOON AS POSSIBLE AND LOOK FOWARD TO HEARING FROM YOU SHORTLY.

IF FOR ANY REASON ANY PORTION OF MY REQUEST IS DENIED PLEASE INFORM ME OF THE REASONS FOR THE DENIAL IN WRITING AND PROVIDE THE NAME AND ADDRESS OF THE PERSON OR BODY TO WHOM AN APPEAL SHOULD BE DIRECTED.

RESPECTFULLY SUBMITTED

SIGN: R. Isasi

RICHARD ISASI  98A1899
Attica Corr Fac.
POST OFFICE BOX 149
Attica, NEW YORK. 14011-0149.

CC.
RI.



**United States Department of State**

*Washington, D.C.  20520*

July 16, 2003


Mr. Richard Isasi
#98A1899
Attica Correctional Facility
P.O. Box 149
Attica, NY  14011-0149

Re:  Freedom of Information Request No. 200300569

Dear Mr. Isasi:

This is to inform you that the Chairman of the Department's
Appeals Review Panel has received your letter of July 1, 2003,
regarding Freedom of Information Case No. 200300569.  Your
letter does not indicate that you are appealing any of the
denied material.  Therefore, we are not opening an appeal on
your case.

In addition, your letter noted your concerns over the adequacy
of the searches.  The adequacy of a search is not subject to
administrative appeal.  I will refer your letter to the office
that managed your case for its review.

Should you have any questions, please write to:

        The Appeals Officer
        A/RPS/IPS/PP/IA
        SA-2 Room 6021
        U.S. Department of State
        Washington, D.C. 20522-6001.

                Sincerely,

                Lori Hartmann
                Appeals Officer
                Office of IRM Programs and Services

- 2 -

Due to its central role in conducting U.S. foreign affairs and the significant public interest in access to its records, the Department receives requests of a number, range and complexity perhaps unparalleled among government agencies. Because of the large number of requests now pending with the Department, we anticipate that our response will be delayed.

If you have any questions with respect to the processing of this request, you may write to:

> Office of Information Programs and Services
> A/RPS/IPS/RL
> U.S. Department of State, SA-2
> Washington, D.C.  20522-6001

or telephone: (202) 261-8314 or fax: (202) 261-8579.  You may visit our website at http://foia.state.gov or through the main State Department website at www.state.gov.  Please be sure to refer to your request number in all correspondence about this case.

> Sincerely,
>
> Robert W. DuBose
> Requester Communication Branch

A. S CORR FAC.
POST OFFICE BOX 149.
ATTICA N.Y. 14011-0149.

CHAIRMAN APPEAL REVIEW PANEL.
L/O APPEALS OFFICER A/RPS/IPS/PPIA,
SA-2 ROOM 6001.
DEPARTMENT OF STATE.
WASHINGTON. DC. 20522-6001.

CASE CONTROL # 200300569.
SEGMENT ER 001.

DIRECTOR:
    MARGARET P. GRAFELD.

    THE MATERIAL I RECEIVED FROM YOUR OFFICE ARE NOT THE
DOCUMENTS I REQUESTED. THE DOCUMENTS I AM SEEKING
ARE DIRECTLY RELEVANT TO MY CASE. THEY SUPPORT THE
TRUTH.
            I REQUESTED.

1   A COPY OF THE EXTRADITION WARRANT WITH THE AFFIDAVIT
    AND ALL SUPPORTING PAPER PERTAINING TO THE EXECUTING
    EXTRADITION FROM NEW JERSEY TO MEXICO VERACRUZ
    MARZ 1995.

2   A COPY OF THE EXTRADITION AND EXECUTIVE ORDER FROM THE
    MAGISTRATE OF MEXICO SIGNED BY MYSELF. APRIL 1995.

3   A COPY OF THE TRANSPORTATION DOCUMENT FROM THE MEXICAN
    AGENTS WITH PLACE DATED STATED SEPT 3 1997

4   A COPY OF THE TRANSPORTATION DOCUMENT FROM WEBB TEXAS
    TO NEW JERSEY BY THE U.S. MARSHALS. SEPT 4. 1997.

MISS DIRECTOR.

    THESE DOCUMENTS ARE PERTINENT TO THE ISSUE AND
WILL PERMIT ME TO SHOW THE CREDIBILITY OF MY
EXTRADITION.

                    SINCERELY
                    R Isasi

JULY 1. 2003.

                RICHARD ISASI # 98A1899
                ATTICA CORR FAC.

A.C. R1.

Exhibit S-B



RECEIVED
OCT 2 8 2006
PRO SE OFFICE

# CERTIFICATE OF SERVICE

Richard Isasi #98A1899
                    Petitioner.

                    v.

United States Dept of State.
                    Respondent.

I, _Richard Isasi_____, hereby certify

under penalty of perjury that on _FEBRUARY___ _9_, _2006_, I

served by United States Mail a copy of _2ND FOIL REQUEST_

_WITH Certificate OF Service (Attached)_____,

and _____ at:

_United States Department of State._

_Washington. DC._

_20520._

Address

R Isasi
Signature

Richard Isasi # 98-A-1899
Attica Correctional Facility
Box 149
Attica, New York 14011-0149

Freedom Of Information Officer,
United States Department Of State,
Washington, D.C. 20520

Re: This is the Second request made under the Freedom Of Information Act (
FOIL ), 5 U.S.C. Section 552 ( And The Privacy Act 5 U.S.C. § 552 a ).

Please send me copies of ( The Two Referral ( 200504385 ) And ( 20050014 ).
Full disclosure and release of all records.

As you know, the Freedom Of Information Act; provides that, if portion of a
document are exempt from release, the remainder portion of the documents must
segregate and disclose. Therefore, I will expect you to send me all the none
exempted portion of the records; of which I have requested. And I ask that you
justify any detention.

With reference to specific exemption of ( F.O.I.L. ); the information
requested is not to be used for commercial benefits; therefore I do not expect
to be charged any fee's for your review of the materials to see if any
portions falls within one of F.O.I.L.'s exemptions.

I agree to pay all reasonable cost or fee's applicable to this request. I
agree to do this above and/or beyond the specific allotment on cost or fee's
applicable at no change, pursuant to the Uniform Practice Code. The OMB
Uniform F.O.I.L., fee schedule and guidelines section 6(b) Federal Regulation
10017, in compliance with U.S.C. Section 9701, or if I am considered indigent,
I asked that your department and/or agency waive all charge pursuant to; 5
U.S.C. Section 552 (a)(i)(3) et seq.

Pursuant to 5 U.S.C. Section (a)(6)(A)(i), it is noted that your Department and/or Agency has ten (10) working days following receipt of this request to provide me with this information and/or material sought. Should any delay occur, it is requested that your Department and/or Agency inform me of this delay, as provided by statute; or I will then be forced to pursue other remedy. Public Citizen V. F.T.C. 869 F.2d 1541(1989); Blazey V. Tenet, 194 F.3d 90(1990); GMRI Inc. V. E.E.D.C. 149 F.3d 449(1988).

Failure to respond this Second request for the production of documents will be cause for the undersigned to initiate civil proceedings in the Federal District Court to enforce compliance with provisions of Title 5 United States Code, Sections 552 and/or 552a, as applicable to this document request.

I certify under penalty of perjury, under law of the United States, 28 U.S.C. Section 1746 (1), that I have read the foregoing request for information and know its contents thereof, and that the information listed above; full name, current mailing location, date and place, are true, correct and complete.

Executed this _FEBRUARY_ day _9_ , 2006

_R. Isasi_

Richard Isasi # 98-A-1899
Attica Corr. Facility.

Richard Isasi # 98-A-1899
Attica Correctional Facility
639 Exchange Street Road, Box 149
Attica, New York 14011-0149

December 7, 2005

DEPARTMENT OF STATE
U.S.A. Washington D.C. 20520

RE: F.O.I.L. Request No. 200300569
CRM-200300551P & 200300690
By U.S. Department of Justice

Dear Sir/Madam:

Please take notice that this is my second letter to this agency with respect to above
reference Freedom of Information Law request.  On September 27, 2005, I was advised by the
U.S. Department of Justice Criminal Division,  that they "have referred those documents to [this]
agency for direct response to [me]."  See, copy of letter.
        To this date and time I have not heard from this office.   Please be advised that due to this
office lack of response it has deprived me of my right to file the appropriate administrative appeal.
        Thanking this Office for its anticipated attention, time and cooperation in this matter, I
remain,

Respectfully yours,

Richard Isasi

cc. File

STATE OF NEW YORK )
                          )ss.:
COUNTY OF WYOMING)

## CERTIFICATE OF SERVICE

RICHARD ISASI, swears and declares pursuant to 28 USC § 1746 that on December 8, 2005 a letter requesting status of my F.O.I.L. Request released by the Criminal Division of the Department of Justice dated September 27, 2005, a copy which is enclosed herein, was served upon this office by placing the same into a pre-addressed post-paid wrapper and depositing the same in a U.S. Mail Letter Box regularly maintained and serviced by the Attica Correctional Facility's Internal Mail System.

DATED: December 8, 2005
       Attica, New York

R Isasi

Richard Isasi   #98-A-1899
Petitioner pro se
Attica Correctional Facility
Exchange Street Road, Box 149
Attica, New York 14011-0149

_Exhibit S-C_





**United States Department of State**

*Washington, D.C. 20520*

December 29, 2005

Mr. Richard Isasi
Attica Correctional Facility
P.O. Box 149
Attica, NY 140110-0149

Re:   Freedom of Information Act Request nos. 200504385 and 200505014

Dear Mr. Isasi:

Thank you for your follow-up letter of December 7, 2005, in which you requested the status of information forwarded to the Department of State from the Department of Justice.

In our correspondence to you dated December 13, 2005, we informed you that the Office of Information Programs and Services had received two referrals (200504385 and 200505014) from the Department of Justice to be processed under your name. In that letter you were informed that the Department of State generally adheres to a first in, first out basis for processing all Freedom of Information and Privacy Act requests, and your requests will be processed in queue according to the dates they were received.

Our case processing division has been advised of your concern and continued interest in this request. Please be assured that every effort is being made to address your interests and respond to your request in an amenable manner.

Pleased be advised that you have 60 days from receipt of the Department's denial to file an appeal.

If you need further assistance, you may contact the Requester Liaison Division at (202) 261-8484 or fax us at (202) 261-8582. Please be sure to refer to the request case number in all future correspondence or inquiries.

Thank you for your patience and cooperation.

Sincerely,

Audree B. Holton
Advocacy and Oversight
Office of Information
Programs and Services



**United States Department of State**

*Washington, D.C. 20520*

Case No. 200504385

JUL 25 2006

Mr. Richard Isasi, #98-A-1899
Attica Correctional Facility
Attica, NY 14011-0149

Dear Mr. Isasi:

I refer to your letter dated March 31, 2003 to the U.S. Department of Justice, requesting the release of certain material under the Freedom of Information Act (Title 5 USC Section 552). Twenty-four of the relevant documents retrieved in response to your request originated with the Department of State and were therefore referred to us for appropriate action. We have determined that twenty-three may be released, and one may not be released.

Subsection (b)(5) of the Freedom of Information Act exempts from disclosure inter-agency or intra-agency communications containing deliberative process, attorney-client, or attorney work product information. The information in the document withheld in full is exempt from release under exemption 5 because it consists of pre-decisional deliberative process material.

With respect to material withheld by the Department of State, you have the right to appeal our determination within 60 days. Appeals should be addressed to the Chairman, Appeals Review Panel, c/o Appeals Officer, A/RPS/IPS/PP/LC, SA-2, Room 8100, Department of State, Washington, D.C. 20522-8100. The letter of appeal should refer to the case number shown above. A copy of the appeals procedures is enclosed.

If you have any questions with respect to our handling of your case, you may write to the Office of Information Programs and Services, SA-2, Department

- 2 -

of State, Washington, D.C. 20522-8100.  Please be sure to refer to the case number shown above in all correspondence about this case.

Sincerely,

*H. Eugene Bovis*

Margaret P. Grafeld
Director
Office of Information Programs
and Services

Enclosures:
  As stated.

Exhibit 5-A



# CERTIFICATE OF SERVICE

Richard Isasi
            Petitioner

        V.

Victor Herbert  Defendant

Docket No. 005043385

I, _____Richard Isasi_____, hereby certify
under penalty of perjury that on ___August___ __3__, 2006, I
served by United States Mail a copy of ___Letter Requesting___
___Missing Documents in the Previously Released___,
and ___Served By the Attica Legal Mail System___ at:

        Office of Information Programs and Services
        United States Department of State
        Washington, DC. 20520

                    Address


                    R Isasi
                    Signature

Richard Isasi # 98A1X99
Attica Correctional Facility
Box 149
Attica. New York. 14011-0149

Office of Information Programs
And Services.
United States Department of State
Washington DC. 20520.

CASE No: 200504385.

Dear. Sir/Madam.

The Address Letter in Regard of the Release Documents That I Was Received. On August 1, 2006.

After review your Letter and Documents There are Documents Missing. The Documents Received and Enumerate By your Office J1a, J1b. J1c. J2, J3. J4. J6. J7. J7a. J8a, J8b, J9a, J10, J10a. J10b. J11. J12, J13, J14, J15. J15a, J16, J17. and J18.

Documents Missing. J5. J8. J9. J19. J20. J21, J22, J23.

I Believe By your Information That J24. May Be the Document With Held in Full By the Exemption 5.

To Call your Attention And Was Missing Fully in my Request. See J11 The Matter of US Transportation. Via Commercial Air Carrier Escorted By the F.B.I. That The Federal Warrants Signed By the Secretary of State Was no Attached to This Request

@Will you Please Locate the Missing Documents and Provide me With Copie's or Information. In Trying to Get the Documents Through your Office. So I Don't Have to Appeal This Matter.

August 2, 2006

Respectfully Submitted

R Isasi

Richard Isasi # 98A1X99

OC.121
File.

| STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES | Grievance No. A-50822-06 | Date Filed 8/18/06 |
|---|---|---|
| | Facility Attica Correctional Facility | Policy Designation Institutional |
| INMATE GRIEVANCE PROGRAM SUPERINTENDENT | Title of Grievance opened legal mail | Class Code 41 |
| | Superintendent's Signature | Date 9/8/06 |
| Grievant R. Isasi | DIN 98A1899 | Housing Unit 12/15 |

GRIEVANCE DENIED

You claimed you received legal mail at this facility that was opened prior to your receiving it.  At issue are two envelopes, unaddressed and without postage that you received from a federal agency inside another sealed envelope that carried postage and was sent to you by the US Post Office.  The taped envelopes were put into the sealed envelope by the sending agency.  Why they had tape on them is uncertain.  You are advised to write that agency and inquire.  No one at this facility is illegally opening or tampering with your legal mail.

---

APPEAL STATEMENT

If you wish to refer the above decision of the Superintendent, please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.  * Please state why you are appealing this decision to C.O.R.C.

SEE: Attached

R Isasi
Grievant's Signature

SEPTEMBER 9-2006
Date

Grievance Clerk's Signature

Date

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).



**United States Department of State**

*Washington, D.C. 20520*

SEP 2 8 2006

Case No. 200504385

Mr. Richard Isasi, #98-A-1899
Attica Correctional Facility
Attica, NY 14011-0149

Dear Mr. Isasi:

I refer to your letter dated August 3, 2006, requesting additional documents to the twenty-four you were sent under cover of Margaret Grafeld's July 25, 2006 letter.

Your original FOIA request, dated June 2, 2003, was to the Criminal Division of the Department of Justice. When that office searched its records in response to your request, it found several documents that had originated with the Department of State. Those documents were sent to us to review and respond directly to you. Of the twenty-eight documents we received from the Department of Justice, three were not relevant to your request, one was not releasable and twenty-four were sent you under on July 25. There were no other Department of State documents retrieved in the record search made by the Department of Justice.

If you would like us to search the Department of State files for documents relevant to your case, you should submit a Freedom of Information Act request to

    Office of Information Programs and Services
    A/ISS/IPS/RL
    U.S. Department of State, SA-2
    Washington, D.C. 20522-8100

You may also file a FOIA request with the Department of State over the internet. I have enclosed a print-out which explains the procedure for filing on-line.

                    Sincerely,

                    Donald G. Besom
                    Reviewer
                    Office of Information Programs
                    and Services

Enclosure:
    As stated.

Exhibit 6



# CERTIFICATE OF SERVICE

Richard Isasi # 98A1890
                    Petitioner
            v.
Dept of Justice.
            RESPONDENT.

I, ___Richard Isasi___, hereby certify under penalty of perjury that on ___FEBRUARY___ __9__, _2006_, I served by United States Mail a copy of ___2 ND F.O.I.L REQUEST___ ___With Certificate Of Service (Attached)___, and _____ at:

___F.O.I.L Officer. Office Of Information and Privacy___
___Dept Of Justice. Suite 570. Flag Building___
___Washington. DC___
___20530 - 0001___
Address

___R. Isasi___
Signature

_Exhibit 7_



a <u>Bivens</u> claim against the Individual Federal Defendants.   <u>See</u>
<u>Alfaro Motors</u>, 814 F.3d at 886.

D.    The Plaintiff's Time to File a <u>Bivens</u> Claim Regarding his 1997
      <u>Extradition from Mexico to the United States has Expired</u>

      Even if Plaintiff had alleged personal involvement by any
Individual Federal Defendant, his time to bring an action has
expired.   The statute of limitations for <u>Bivens</u> actions arising in
New York is three years, <u>see</u> <u>Tapia-Ortiz v. Doe,</u> 171 F.3d 150, 151
(2d Cir. 1999), and the acts alleged by Plaintiff occurred in 1997,
six years before Plaintiff filed his complaint in June 2003.   <u>See</u>
Brief for Plaintiff-Appellant, p. 5. (regarding Plaintiff's 1997
extradition to stand trial in New York).   Accordingly, as held by
the district court, any claim Plaintiff may have had against the
Individual Federal Defendants is time-barred. <u>See</u> <u>Tapia-Ortiz</u>, 171
F.3d at 151.

E.    The Plaintiff has not Alleged a Cause of Action Pursuant to
      <u>the Freedom of Information Act</u>

      Plaintiff filed the underlying action in the district court
under 42 U.S.C. § 1983, alleging violations of his constitutional
rights by various federal, state and private defendants.   <u>See</u>
<u>generally</u> Plaintiff's complaint, pp. 5-6.   Plaintiff did not,
however, invoke the Freedom of Information Act ("FOIA"), 5 U.S.C.
§ 552, and this Court should not read into his action or this
appeal a FOIA cause of action.   <u>Cf.</u> <u>Badalamenti v. U.S. Dep't of</u>
<u>State,</u> 899 F. Supp. 542 (D. Kan. 1995) (requestor who had been

8

extradited to the United States sought extradition-related documents under FOIA).

Even if this Court finds that Plaintiff has attempted to allege a FOIA cause of action in his complaint or in this appeal, Plaintiff has not shown that he exhausted his FOIA administrative remedies prior to bringing suit in court.[4] See Thomas v. Office of the United States Attorney for the Eastern District of New York, 171 F.R.D. 53, 54 (E.D.N.Y. 1997) (failure to properly exhaust FOIA administrative remedies precludes a federal court of subject matter jurisdiction over a requester's claims); see also Sloman v. United States Dep't of Justice, 832 F. Supp. 63, 66-67 (S.D.N.Y. 1993) (exhaustion of prescribed administrative remedies is required in FOIA cases). Here, Plaintiff has not stated in his complaint or on appeal that he has exhausted these administrative prerequisites. See generally Plaintiff's complaint and Brief for Plaintiff-Appellant. Therefore, the question of which documents, if any, Plaintiff may be provided under FOIA is not before this Court.

---

[4] FOIA specifies the administrative remedies which a person must exhaust before bringing an action in federal court. See generally 5 U.S.C. § 552 et seq. Initially, the requester must make a request to the appropriate agency. 5 U.S.C. § 552(a)(6)(A)(i). If the initial request is denied, the requester must appeal the adverse decision to the head of the agency from which the requester is seeking information. 5 U.S.C. § 552(a)(6)(A)(ii). Both steps must be exhausted before a FOIA claim can be filed in federal court.

9

CONCLUSION

For the foregoing reasons, this Court should affirm the

district court's judgment.

Dated:      Brooklyn, New York
            August 20, 2004


                              Respectfully submitted,

                              ROSLYNN R. MAUSKOPF
                              United States Attorney
                              Eastern District of New York


VARUNI NELSON
ADAM P. SCHWARTZ
Assistant United States Attorneys
      (Of Counsel)

10

_Exhibit 8_





**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                    *Washington, D.C. 20530*

CRM- 200300551P

Mr. Richard Isasi, #98-A-1899
Attica Correctional Facility
Box 149
Attica, NY  1401-0149

Dear Mr. Isasi:

    This is to acknowledge receipt of your letter of
May 1, 2003, requesting records of the Criminal Division under
the Freedom of Information Act (FOIA).  This request has been
assigned file number 200300551P.  Please refer to this number in
any future correspondence with this Unit.

    We will conduct a search to determine what records (if any)
we have that are within the scope of your request.  Once we have
completed our search, we will notify you as to our disposition of
your request.  Please note that this search will encompass only
Criminal Division records.

    Please be advised that this Office processes only records
maintained by the Criminal Division of the United States
Department of Justice.  Your request also seeks information
maintained by one or more other components of the Justice
Department, or other Federal agencies.  The enclosed list
contains the addresses of other offices to which you may wish to
send requests, if you have not done so already.  We have
highlighted any office you have mentioned specifically.

    If you have any questions regarding the status of this
request, you may contact Denise Kennedy on 202-616-0307.

    Sincerely,

*Thomas J. McIntyre by kp*

Thomas J. McIntyre, Chief
Freedom of Information/Privacy Act Unit

_Exhibit B - A_





**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                    Washington, D.C. 20530

OCT 21 2005

Mr. Richard Isasi
No. 98A1899
Attica Correctional Facility
P.O. Box 149
Attica, NY 14011-0149

    Re: Request No. CRM200300551P and CRM200300690P

Dear Mr. Isasi:

    This is to advise you that your administrative appeal from the action of the Criminal Division on your request for information from the files of the Department of Justice was received by this Office on October 17, 2005.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **06-0187**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                      Sincerely,

                      Priscilla Jones
                      Chief, Administrative Staff

Exhibit 8-B



**U.S. Departme.   of Jus...ce**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*

*Washington, D.C. 20530*

**SEP 2 6 2006**

Mr. Richard Isasi
DIN 98-A-1899
Attica Correctional Facility
Post Office Box 149
Attica, NY 14011-0149

Re:    Appeal No. 06-0187
          Request Nos. 200300551P &
          200300690P
          BVE:GLB:KAM

Dear Mr. Isasi:

      You appealed from the action of the Criminal Division of the United States Department of Justice on your request for access to records pertaining to yourself.

      After carefully considering your appeal, and as a result of discussions between Criminal Division personnel and a member of my staff, I am releasing two additional pages to you in part that were previously withheld in full from you, copies of which are enclosed. I am otherwise affirming, on partly modified grounds, the Criminal Division's action on your request.

      The records responsive to your request are exempt from the access provision of the Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2). See 28 C.F.R. § 16.91 (2006). Because these records are not available to you under the Privacy Act, your request has been reviewed under the Freedom of Information Act in order to afford you the greatest possible access to them.

      The Criminal Division properly withheld certain information that is protected from disclosure under the FOIA pursuant to:

      5 U.S.C. § 552(b)(5), which concerns certain inter- and intra-agency communications protected by the deliberative process and attorney work-product privileges;

      5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties; and

      5 U.S.C. § 552(b)(7)(F), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual.

- 2 -

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director

Enclosure (2)

# SRE

SECRETARÍA DE RELACIONES EXTERIORES

SUBSECRETARÍA DE
ASUNTOS BILATERALES
FACSIMIL

**PARA:** ▓▓▓▓▓▓▓ - *DEPARTAMENT OF JUSTICE*
*To:*

**DE:** ▓▓▓▓▓▓▓ Subsecretario de Asuntos Bilaterales
*From:*

**NUMERO DE MENSAJE: SB1-**
*Message Number:*

**FECHA:** *MARZO 19, 1996*
*Date:*

**NUMERO DE FACSIMIL:** *(202) 514 0108*
*Fax Number:*

**No. de Páginas (Incluyendo ésta):** 3
*Nr. of Pages (including cover):*

THIS IS A PRELIMINARY VERSION IN SPANISH OF THE
TEXT WE TALKED ABOUT. WE WILL SHORTLY PROVIDE
A MORE COMPLETE ENGLISH VERSION.

En caso de no recibir la totalidad de las páginas, o de transmisión defectuosa, favor de llamar al teléfono (52-5) 583-9106
*In case of difficulty in receiving this FAX, please call (52-5) 583-9106 in Mexico City*

La Embajada de los Estados Unidos de América saluda atentamente a la Secretaría de Relaciones Exteriores y tiene el honor de referirse a la solicitud que formuló el Gobierno de los Estados Unidos para la extradición de Luis Martínez, alias Richard Isasi.

Al respecto, la Secretaría mediante Nota número 8377 del 15 de agosto de 1995 informó a la Embajada del Acuerdo favorable para su extradición para ser procesado por los cargos de homicidio en segundo grado, así como el de tentativa de homicidio en segundo grado en el proceso número 845/95, ante la Corte Suprema del Condado de Queens, Nueva York, de fecha 21 de febrero de 1995. De conformidad con el Artículo 15 del Tratado de Extradición entre los Estados Unidos de América y los Estados Unidos Mexicanos del 4 de mayo de 1978, la entrega de Luis Martínez, quedó diferida toda vez que se le sentenció a siete años de prisión en México por el delito de violación genérica.

Sobre el particular, la Embajada manifiesta que el enjuiciamiento de Luis Martínez en Estados Unidos es urgente para evitar que estos delitos queden impunes, en razón de que los testigos de los hechos por los que se concedió su extradición son de edad muy avanzada. Por lo tanto, y siguiendo instrucciones de su gobierno, la Embajada propone a la Secretaría, con fundamento en el Artículo 1(4)(i) del Tratado de Cooperación

UNCLASSIFIE

RELEASED IN FULL

La Embajada de los Estados Unidos de América saluda atentamente a la Secretaría de Relaciones Exteriores y tiene el honor de referirse a la solicitud que formuló el Gobierno de los Estados Unidos para la extradición de Luis Martínez, alias Richard Isasi.

Al respecto, la Secretaría mediante Nota número 8377 del 15 de agosto de 1995 informó a la Embajada del Acuerdo favorable para su extradición para ser procesado por los cargos de homicidio en segundo grado, así como el de tentativa de homicidio en segundo grado en el proceso número 845/95, ante la Corte Suprema del Condado de Queens, Nueva York, de fecha 21 de febrero de 1995. De conformidad con el Artículo 15 del Tratado de Extradición entre los Estados Unidos de América y los Estados Unidos Mexicanos del 4 de mayo de 1978, la entrega de Luis Martínez, quedó diferida toda vez que se le sentenció a siete años de prisión en México por el delito de violación genérica.

Sobre el particular, la Embajada manifiesta que el enjuiciamiento de Luis Martínez en Estados Unidos es urgente para evitar que estos delitos queden impunes, en razón de que los testigos de los hechos por los que se concedió su extradición son de edad muy avanzada. Por lo tanto, y siguiendo instrucciones de su gobierno, la Embajada propone a la Secretaría, con fundamento en el Artículo 1(4)(i) del Tratado de Cooperación entre los Estados Unidos de América y los Estados Unidos Mexicanos sobre Asistencia Jurídica del 19 de diciembre de 1987, que se traslade al Sr. Martínez a Estados Unidos de América para ser juzgado por los delitos por los que se ha concedido la extradición, después de lo cual será devuelto a México para concluir de purgar su condena.

En ese sentido, el Gobierno estadounidense se compromete a:

A) Encargarse de la custodia de Martínez en el lugar, fecha y hora que fijen las autoridades mexicanas;

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: H E BOVIS
DATE/CASE ID: 12 APR 2006 200504385

B) Inmediatamente después, entregar en custodia a Martínez al Estado de Nueva York para que sea juzgado

UNCLASSIFIED

Case: 06-cv-... RBW    Document 1    FILED 02/28/2006    Page 89 of ...

homicidio en segundo grado en el proceso 845/95 ante la Corte Suprema del Condado de Queens, Nueva York, de fecha 21 de febrero de 1995;

. . .

WED  15:05    P.03

2

C) Asegurarse que las autoridades del Estado de Nueva York mantengan bajo custodia a Martínez durante su estancia temporal en los Estados Unidos; y

D) Una vez que el juicio a Martínez concluya, recibir la custodia de Martínez para trasladarlo inmediatamente a México, para que continúe cumpliendo su sentencia por violación genérica.

E) Cuando el Gobierno de México así lo solicite, y con base en la reciprocidad, trasladar temporalmente a personas detenidas o que se encuentren purgando condenas en Estados Unidos a México.

De ser aceptada la anterior propuesta en los términos descritos, esta Nota y la Nota de respuesta de la Secretaría constituirán un Acuerdo entre nuestros dos Gobiernos.

La Embajada de los Estados Unidos de América reitera a la Secretaría de Relaciones Exteriores las seguridades de su más alta consideración.

Exhibit 8.C



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**FEB 2 4 2006**

Mr. Richard Isasi
DIN No. 98A1899
Attica Correctional Facility
Post Office Box 149
Attica, NY 14011-0149

      Re: Appeal Nos. 06-0187, 06-0525 and 06-0234

Dear Mr. Isasi:

      This responds to your letter dated January 30, 2006, regarding the status of your administrative appeals from the actions of the Criminal Division, the Executive Office for United States Attorneys and the Office of Legal Counsel.

      Your administrative appeal (Nos. 06-0187 and 06-0525) have recently been assigned to a staff member of this Office for processing. In reference to Appeal No. 06-0234, that appeal is still within our current backlog and has not yet been assigned to an attorney of this Office for processing. The delay in adjudicating appeals under the Freedom of Information Act and Privacy Act is primarily caused by the large volume of appeals received by the Department of Justice and the individual review received by each appeal. Although the varying complexity of appeals makes it almost impossible to predict accurately when a determination will be reached in this case, we anticipate that the delay will extend at least for several weeks.

      I hope this information is of assistance to you, and again, request your continued patience.

                            Sincerely,

                            Priscilla Jones
                            Chief, Administrative Staff

PAJ:CIH

**U.S. Departmei  f Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

**MAR 2 7 2006**

Mr. Richard Isasi
DIN No. 98-A-1899
Attica Correctional Facility
Post Office Box 149                    Re:    Appeal No. 06-0234
Attica, NY 14011-0149                          BVE:ALB:CL

Dear Mr. Isasi:

    You appealed from the action of the Office of Legal Counsel on the documents referred
to it from the Criminal Division in response to your request for information about your
extradition from Mexico.

    After carefully considering your appeal, I have decided to affirm the action of the OLC on
your request. The OLC properly withheld information that is protected from disclosure under the
Freedom of Information Act pursuant to 5 U.S.C. § 552(b)(5). This provision concerns certain
inter- and intra-agency communications protected by the deliberative process and attorney-client
privileges. I have also determined that this information is not appropriate for discretionary
release.

    If you are dissatisfied with my action on your appeal, you may seek judicial review in
accordance with 5 U.S.C. § 552(a)(4)(B).

                        Sincerely,

                        Daniel J. Metcalfe
                        Director

                        By:
                        Janice G. McLeod
                        Senior Counsel

Exhibit 8 - X

United States Department of Justice

Administrative Appeals



**U.S. Departme    f Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                     *Washington, D.C. 20530*

AUG 1 1 2003

Mr. Richard Isasi
No. 98A1899
Attica Correctional Facility
Post Office Box 149
Attica, NY 14011-0149

     Re:    CRM200300551

Dear Mr. Isasi:

     I am writing in response to your letter, dated June 23, 2003 and received in this Office on June 30, 2003, in which you attempt to appeal from the failure of the Criminal Division to respond to your request for records concerning you.

     Please be advised that the Freedom of Information Act gives agencies twenty working days to respond to requests for access to records.  See 5 U.S.C. § 552(a)(6)(A)(i)(2000); 28 C.F.R. § 16.6(b) (2001).  This twenty-day period begins to run when the office that possesses the records actually receives the request.  See 28 C.F.R. § 16.3(a).  You indicate that you filed a FOIA request with the Criminal Division on June 2, 2003.  An answer, therefore, was not due from that Office until June 30, 2003 at the earliest.  Accordingly, I am closing your appeal as premature.

     If your client disagrees with my action on your appeal, he may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                Sincerely,

                Richard L. Huff
                Co-Director



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**FEB 0 7 2005**

Mr. Richard Isasi
DIN No. 98A1899
Attica Correctional Facility
P.O. Box 149
Attica, NY 14011-0149

     Re:   Request Nos. CRM200300551P and CRM200300690F

Dear Mr. Isasi:

     This responds to your letter dated January 14, 2005, in which you sought to appeal from the failure of the Criminal Division to respond to your requests for access to records.

     I have notified the Criminal Division of your communication. It is my understanding that the Criminal Division is still processing your requests. Although the Act authorizes you to treat the failure of the Criminal Division to act on your requests within the specified time limit as a denial thereof, this Office, because it lacks the personnel resources to conduct the record reviews that are necessary to make initial determinations on requests for records, cannot act until there has been an initial determination by the Criminal Division. Our function is limited to the review of those records to which access is in fact denied. You may appeal again to this Office when the Criminal Division completes its action on these requests if any of the material is denied. We will then open new appeals and review the Criminal Division's substantive action on your requests.

     In the event that the Criminal Division still has not responded to your requests at the time you receive this letter, you may, if you choose, treat my letter as a denial of your appeal and bring action in an appropriate federal court. I hope that, in making a decision, you will give sympathetic consideration to the fact that the Department of Justice has many requests pending at this time and is making every possible, reasonable effort to process them.

                  Sincerely,

                  Richard L. Huff
                  Co-Director

RLH:PAJ:CIH

**U.S. Departme.  of Justice**

Office of Information and Privacy

*Telephone: (202) 514-3642*

*Washington, D.C. 20530*

APR 1 8 2005

Mr. Richard Isasi
DIN No. 98A1899
Attica Correction Facility
Box 149
Attica, NY 14011-0149

    Re: Request No. CRM200300690F

Dear Mr. Isasi:

    This responds to your letter dated March 31, 2005, in which you sought to appeal from the failure of the Criminal Division to respond to your request for records.

    By letter dated February 7, 2005, I informed you that your request is still being processed by the Criminal Division. A member of my staff has confirmed that your request is still pending with the Criminal Division. You may appeal again to this Office once the Criminal Division completes it's action on your request.

    If you consider my response to be a denial of your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                          Sincerely,

                          Richard L. Huff
                          Co-Director

RLH:PAJ:CIH

**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

SEP 1 9 2005

Mr. Richard Isasi
No. 98A1899
Attica Correctional Facility          Re:     Appeal No. 05-0878
P.O. Box 149                                  Request No. CRM200300551P
Attica, NY  14011-0149                        RLH:PAJ:CIH

Dear Mr. Isasi:

        This responds to your letter dated August 23, 2005, regarding the status of your administrative appeal from the action of the Criminal Division.

        By letter dated February 7, 2005, I informed you that your request is still being processed by the Criminal Division. A member of my staff has confirmed that your request is still pending with the Criminal Division. You may appeal again to this Office once the Criminal Division completes it's action on your request.

        I hope this information is of assistance to you, and again, request your continued patience.

                                Sincerely,

                                Richard L. Huff
                                Co-Director

Richard Isasi # 98A1899
Attica Corr Fac.
Box 149.
Attica. New York. 14011-0149.

Co Director
FREEDOM OF INFORMATION / PRIVACY ACT APPEAL

United States Dept of Justice
FLAG Building. suite 570.
Washington. DC. 20530. 0001.

Appeal No: CRM. 200300551P and 200300690P

This Submitted to Appeal the Decision of the Office of Legal
Counsel. The Denial of my Request,

Find enclosed for your Review and Determination.

I expect a Response as the Law Provides.

October 11, 2005

Respectfully Submitted

R Isasi

Richard Isasi # 98A1899

cc. RI
File.

Attica C.R.R Facility
Box 149
Attica. New York. 14011-0149.

Attorney General
United States Dept of Justice
10th Street & Constitution Avenue N.W.
Washington. DC. 20520.

Re: Appeal No. 05-0878
Request No. CRM 200300551P

Re: FREEDOM OF INFORMATION Act APPEAL.

Dear Miss / Madam.

The submitted an Appeal for the Denied Decision of the Co Director.
Richard L. Huff of the Office of information and Privacy / Act Appeal
On his letter September 19, 2005 Mr Huff AGREE'S: To be Patiente
with my Request. And I'm pursue this Appeal under.
28 C.F.R. § 16.8.(a) 1990. As Follow.

The Dept of Justice Criminal Division was requesting Twice (2)
March 31, 2003 and June 2, 2003. After this Agency fail
to respond my Request. This Appeal was File on August 2003, Also
a this time the Criminal Division Fail to respond in a timely
manner. even when I'm Asking to Mr. Huff to take substantive action
Agains This Agency was Denies to.

Dacord The Act Authorize me to treat for failure of the Criminal
Division. to complete my request. Also be advised that I am
ready to Pursue Whatever Legal remedy nellesary to obtain
this Record. The are relevant of my extradition matter.

I expect a response within 20 working days as the law
provides.

September 28, 2005

Very truly
R Isasi

Richard Isasi # 98A1899

A.C. R1.
File.

# CERTIFICATE OF SERVICE

Richard Isasi # 98A1899

CRH. 2003 00 351P.
          2003 00690P.

RE.

Co Director

Docket No. 06-0234

~~Freedom~~ of Information/Privacy Act Appeal.

I, Richard Isasi _____, hereby certify

under penalty of perjury that on November 28, 2005, I

served by United States Mail a copy of Letter Requesting

Status of my Request, release by Criminal Division

and Dept of Justice September 27, 2005 _____ at:

Co Director . Freedom of Information/Privacy Act

United States Dept of Justice

Suite 570. Flag Building.

Washington. DC. 20530-0001
                        Address

R Isasi
                        Signature

Attica Co. Facility.
Box 149
Attica. New York. 14011-0149.

Ao Director.
FREEDOM OF INFORMATION / PRIVACY ACT APPEAL.
United States Dept of Justice.
Suite 570. Flag Building
Washington. DC. 20530-0001.

APPEAL No: 06-0234
CRM. 200300551P AND 200300690P.

Dear Ao Director.

The submitter's letter to reminder the records concerning to
my request to the U.S. Dept of Justice Criminal Division
and release — referres these Documents to this office
for Processes such Documents for Direct response
to me.

The release of this Documents Begin on September 27,
2005. Please can this office Provide me the Status of
this Request.

I expect a response as the Law provides.

NOVEMBER 28, 2005

SINCERELY

R Sasi

Richard Basi # 98A1899,
Attica Corr Facility.

A.A. 121
File.

# CERTIFICATE OF SERVICE

Richard Isasi # 98A1899

Re Appeal

Co Director
F.OIL / Privacy act Appeal

@ RH. 2003005510.
@ RH. 2003 00690 P.

APPEAL
Docket No. D6-0187 and D6-0234
D6-0525

I, _Richard Isasi_____, hereby certify
under penalty of perjury that on _September_ _14_, _2005_, I
served by United States Mail a copy of _Letter Requesting Status_
_Of my Appeal and Administrative Appeal Files the State Dept and_,
_Office of Information and Privacy Did not response to my Request_ at:

Co Director. Freedom of Information / Privacy act
United States Dept of Justice
Suite 570. Flag Building
Washington. D.C. 20530-0001
Address

R Isasi
Signature

Attica Corres; ility
Box 149
Attica, New York. 14011-0149.

Co Director.
Freedom of Information / Privacy act Appeal.
United States Dept of Justice.
Suite 570. Flag Building
Washington. DC. 20530-0001.

RE. F.O.I.L Appeal.
RE. Request No. CRM J00300551P and J00300690P.
RE. Appeal No. 06-0187 and 06-234 and 06-0525.

Under the Freedom of Information Act 5. U.S.C. Subsection 552, I am
requesting access to Documents Pertaining to my extradition
from Mexico to the United States.

On September 27, 2005 the U.S. Dept of Justice Criminal Division
Release Documents Pertaining to my Request.

The Administrative Appeal Was Filed timely, and I Would Like to Know
the Status of this Appeal. Also included in this Appeal that the
Office of Information and Privacy and State Dept Failed to
meet the time Appointed By the F.O.I.L. After the Criminal
Division releases those Documents for Direct response to me.
I Have the Option to make an Administrative Appeal, to remedy
this violation, is a violation of the F.O.I.L Law.

I expect a response within 20 Working Days as the Law Provides.

Very truly yours,

December 18, 2005

R Kasi

CB. RI. File.

Richard Kasi # 96A1899
Attica Corr Facility.

**U.S. Department of Justice**

Office of Information and Privacy

_____

Telephone: (202) 514-3642                    Washington, D.C. 20530

DEC 14 2005

Mr. Richard Isasi
DIN 98A1899
Attica Correctional Facility
Post Office Box 149
Attica, NY  14011-0149

Re:  Appeal No. 06-0187 and 06-0234

Dear Mr. Isasi:

This responds to your letter dated November 28, 2005, regarding the status of your administrative appeals from the actions of the Criminal Division and the Office of Legal Counsel.

Your administrative appeals are still within our current backlog and has not yet been assigned to an attorney of this Office for processing.  The delay in adjudicating appeals under the Freedom of Information Act and Privacy Act is primarily caused by the large volume of appeals received by the Department of Justice and the individual review received by each appeal.  Although the varying complexity of appeals makes it almost impossible to predict accurately when a determination will be reached in this case, we anticipate that the delay will extend at least for several weeks.

I hope this information is of assistance to you, and again, request your continued patience.

Sincerely,

Priscilla Jones
Chief, Administrative Staff

PAJ:CIH

**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

DECEMBER 27, 2005

Mr. Richard Isasi
No. 98A1899
Attica Correctional Facility
Post Office Box 149
Attica, NY 14011-0149

            Re: Appeal Nos. 06-0187, 06-0234 and 06-0525

Dear Mr. Isasi:

        This responds to your letter dated December 14, 2005, regarding the status of your administrative appeals from the actions of the Criminal Division, the Office of Legal Counsel and the Executive Office for United States Attorneys.

        Your administrative appeals (Nos. 06-0187 and 06-0525) have recently been assigned to a staff member of this Office for processing. In reference to Appeal No. 06-0234, that appeal is still within our current backlog and has not yet been assigned to an attorney of this Office for processing. Due to the large number of appeals received by this Office and the individual review given to each, it is very difficult to predict accurately when a determination will be reached on your appeal. However, based on the average review time, we anticipate that the delay will extend at least for several weeks.

        I hope this information is of assistance to you, and again, request your continued patience.

                            Sincerely,

                            Priscilla Jones
                            Chief, Administrative Staff

PAJ:CIH

# CERTIFICATE OF SERVICE

Richard Isasi  # 98A1899

RE

Co Director.
Freedom of Information / Privacy Act Appeals

RE. Appeal Nos. 06-0187, 06-0525
AND 06-0234.

I, _____Richard Isasi_____, hereby certify
under penalty of perjury that on __January__ __30__, __2006__, I
served by United States Mail a copy of _Letter OF Status Adminis-
trative Appeals With Certificate of Service._,
and _____ at:

Co Director. Freedom of Information / Privacy Act Appeals
United States Dept of Justice
Suite 570. Flag Building
Washington DC. 20530-0001
Address

R Isasi

Signature

Richard Iassu
Attica C. C Facilty.
Box 149.
Attica. New York. 14011-0149.

Co Director.
Freedom of Information / Privacy Act Appeal
United States Dept of Justice.
Suite 570. Flag Building.
Washington DC. 20530-0001

RE: Appeal Nos. 06-0187. 06-0234 and 06-0525.

Dear Sir / Madam,

This letter is in regards to the status of my administrative appeals.

Your reply of December 2005 informed me that appeals ( Nos. 06-0187 and 06-0525) have been assigned to a staff member in your office for processing, while appeal No. 06-0234 is still in the backlog and unassigned.

We are now past the several weeks you thought necessary for assignment for appeal Nos 06-0234 so I writing to ask again the status of appeal No 06-0234.

I will appreciate your prompt reply.

January 30, 2006

Very truly yours

R Iassu

RI.