Richard Isasi # 98A1899
Attica Correctional Facility
P.O. Box 149
Attica, New York 14011-0149

Clerk's Office
United States District Court
For the District of Columbia

Civil Action No. 06-2222

In Accordance With 28 U.S.C. 1915 This Court Order, That Plaintiff must Provide With Certified Copy of His Prison Trust Fund Account Statement "Ledger Sheets".

Enclosed for this Court Review, Plaintiff's Attached The Ledger Sheets Dated April 1, 2006 thru November 30, 2006.

Please Be Advised Due the Institutional Keep-Locked and Search Christmas time, The Ledger Sheets of The Months October are Missing. The Ledger Sheets Dated December 2006, Here! is Available By the Second Week of January, 2007.

To Comply With This Court Order Plaintiff Provide the above-Request Information.

I Declare or Certify under Penalty of Perjury, That the Foregoing is true and Correct.

Dated: January 5, 2007
State of New York
Wyoming County

Richard Isasi Pro Se
# 98A1899
Attica Corr Fac
P.O. Box 149
Attica, New York 14011-0149

STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
ATTICA CORRECTIONAL FACILITY
INMATE STATEMENT FOR THE PERIOD 11/01/06 THRU 11/30/06

```
****************************************************************************
*                                                                          *
* NAME: ISASI RICHARD      DEPT ID: 98A1899   CELL LOC: 0A-12-15S   NYSID: 5554475H *
*                                                                          *
****************************************************************************
```

| FACILITY | DATE | ---- TRANSACTION ---- (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE | STATEWIDE ACCT BAL |
|---|---|---|---|---|---|---|---|---|
|  |  | STARTING BALANCE AT ATTICA BALANCE FORWARD |  |  |  |  | 9.30 | 9.30 |
| ATTICA | 11/02/06 | PAYROLL RCPT | 041899 | 2.25 |  | .00 | 11.55 | 11.55 |
| ATTICA | 11/07/06 | COPIES |  |  | 1.00 | .00 | 10.55 | 10.55 |
| ATTICA | 11/07/06 | COPIES |  |  | .60 | .00 | 9.95 | 9.95 |
| ATTICA | 11/09/06 | PAYROLL RCPT | 041899 | 2.25 |  | .00 | 12.20 | 12.20 |
| ATTICA | 11/14/06 | POSTAGE |  |  | 5.12 | .00 | 7.08 | 7.08 |
| ATTICA | 11/14/06 | MAIL RECEIPT | C665000 | 60.00 |  | .00 | 67.08 | 67.08 |
| ATTICA | 11/16/06 | PAYROLL RCPT | 041899 | 2.25 |  | .00 | 69.33 | 69.33 |
| ATTICA | 11/17/06 | COMM BUY |  |  | 52.77 | .00 | 16.56 | 16.56 |
| ATTICA | 11/17/06 | COPIES |  |  | 1.60 | .00 | 14.96 | 14.96 |
| ATTICA | 11/17/06 | COPIES |  |  | 1.00 | .00 | 13.96 | 13.96 |
| ATTICA | 11/22/06 | PAYROLL RCPT | 041899 | 2.25 |  | .00 | 16.21 | 16.21 |
| ATTICA | 11/28/06 | POSTAGE |  |  | 2.55 | .00 | 13.66 | 13.66 |
| ATTICA | 11/30/06 | PAYROLL RCPT | 043899 | 1.80 |  | .00 | 15.46 | 15.46 |
|  |  | MONTHLY ENDING TOTALS |  | 70.80 | 64.64 | .00 | 15.46 | 15.46 |

ENDING BALANCE AT ATTICA                                                      15.46

20% OF AVERAGE 6 MO SPENDABLE BALANCE    5.71    20% OF AVERAGE 6 MO DEPOSIT AMT    12.28

LAGGED PAYROLL, DAYS LAGGED - 15  AMOUNT LAGGED -  11.98
THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.

```
                STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                       ATTICA
                                CORRECTIONAL FACILITY
                INMATE STATEMENT FOR THE PERIOD 09/01/06 THRU 09/29/06
**************************************************************************
*                                                                        *
*  NAME:ISASI RICHARD         DEPT ID:98A1899   CELL LOC:0A-12-15S   NYSID:55447SH  *
*                                                                        *
**************************************************************************

FACILITY  DATE     ---- TRANSACTION ----   TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT  STATEWIDE   STATEWIDE
                       (COMMENTS)                                                           SPENDABLE   ACCT BAL
          STARTING BALANCE AT ATTICA
          BALANCE FORWARD                                                        .00         10.80       10.80
ATTICA   09/01/06 COPIES        (LL                                  .10         .00         10.70       10.70
ATTICA   09/07/06 PAYROLL RCPT          041899        2.25                       .00         12.95       12.95
ATTICA   09/12/06 POSTAGE                                           1.35         .00         11.60       11.60
ATTICA   09/12/06 POSTAGE                                           8.45         .00          3.15        3.15
ATTICA   09/14/06 PAYROLL RCPT          041899        1.80                       .00          4.95        4.95
ATTICA   09/18/06 MAIL RECEIPT          C660783     100.00                       .00        104.95      104.95
ATTICA   09/18/06 COPIES        (LL                                  .95         .00        104.00      104.00
ATTICA   09/18/06 COPIES        (LL                                 4.75         .00         99.25       99.25
ATTICA   09/21/06 PAYROLL RCPT          041899        2.25                       .00        101.50      101.50
ATTICA   09/22/06 COMM BUY                                         54.68         .00         46.82       46.82
ATTICA   09/28/06 PAYROLL RCPT          041899        2.25                       .00         49.07       49.07

         MONTHLY ENDING TOTALS                     108.55          70.28         .00         49.07       49.07

         ENDING BALANCE AT ATTICA                                                                         49.07

         20%  OF AVERAGE 6 MO SPENDABLE BALANCE       8.99   20%  OF AVERAGE 6 MO DEPOSIT AMT   13.58

         LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -  11.98
         THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

*  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                        ATTICA
                                 CORRECTIONAL FACILITY
                     INMATE STATEMENT FOR THE PERIOD 08/01/06 THRU 08/31/06
****************************************************************************
* NAME:ISASI RICHARD          DEPT ID:98A1899     CELL LOC:0A-12-15S   NYSID:5554675H *
****************************************************************************
```

| FACILITY | DATE | TRANSACTION (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE | STATEWIDE ACCT BAL |
|---|---|---|---|---|---|---|---|---|
|  |  | STARTING BALANCE AT ATTICA |  |  |  |  |  |  |
|  |  | BALANCE FORWARD |  |  |  | .00 | 66.69 | 66.69 |
| ATTICA | 08/01/06 | POSTAGE |  |  | 2.31 | .00 | 64.38 | 64.38 |
| ATTICA | 08/01/06 | POSTAGE |  |  | 4.20 | .00 | 60.18 | 60.18 |
| ATTICA | 08/01/06 | COPIES |  |  | 1.10 | .00 | 59.08 | 59.08 |
| ATTICA | 08/02/06 | MAIL RECEIPT | C659848 | 50.00 |  | .00 | 109.08 | 109.08 |
| ATTICA | 08/02/06 | COPIES |  |  | 1.50 | .00 | 107.58 | 107.58 |
| ATTICA | 08/03/06 | PAYROLL RCPT | 041899 | 2.25 |  | .00 | 109.83 | 109.83 |
| ATTICA | 08/04/06 | COPIES |  |  | 3.85 | .00 | 105.98 | 105.98 |
| ATTICA | 08/07/06 | POSTAGE |  |  | 7.28 | .00 | 98.70 | 98.70 |
| ATTICA | 08/10/06 | PAYROLL RCPT | 041899 | 2.25 |  | .00 | 100.95 | 100.95 |
| ATTICA | 08/11/06 | COMM BUY |  |  | 52.04 | .00 | 48.91 | 48.91 |
| ATTICA | 08/11/06 | COPIES (LL ) |  |  | 3.25 | .00 | 45.66 | 45.66 |
| ATTICA | 08/11/06 | COPIES |  |  | 1.45 | .00 | 44.21 | 44.21 |
| ATTICA | 08/17/06 | PAYROLL RCPT | 041899 | 2.25 |  | .00 | 46.46 | 46.46 |
| ATTICA | 08/17/06 | COPIES |  |  | 1.50 | .00 | 44.96 | 44.96 |
| ATTICA | 08/22/06 | COPIES |  |  | 2.25 | .00 | 47.21 | 47.21 |
| ATTICA | 08/24/06 | PAYROLL RCPT | 041899 | 2.25 |  | .00 | 47.21 | 47.21 |
| ATTICA | 08/25/06 | COMM BUY |  |  | 33.43 | .00 | 13.78 | 13.78 |
| ATTICA | 08/25/06 | POSTAGE |  |  | 4.88 | .00 | 8.90 | 8.90 |
| ATTICA | 08/31/06 | COPIES |  |  | .35 | .00 | 8.55 | 8.55 |
| ATTICA | 08/31/06 | PAYROLL RCPT | 041899 | 2.25 |  | .00 | 10.80 | 10.80 |
|  |  | MONTHLY ENDING TOTALS |  | 61.25 | 117.14 | .00 | 10.80 | 10.80 |

```
                    ENDING BALANCE AT ATTICA               10.80

     20% OF AVERAGE 6 MO SPENDABLE BALANCE    8.87    20% OF AVERAGE 6 MO DEPOSIT AMT    10.47

              LAGGED PAYROLL, DAYS LAGGED -  15  AMOUNT LAGGED -   11.98
              THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

  *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                    ATTICA CORRECTIONAL FACILITY
                      INMATE STATEMENT FOR THE PERIOD 07/01/06 THRU 07/31/06
*****************************************************************************
*  NAME:ISASI RICHARD           DEPT ID:98A1899      CELL LOC:0A-12-15S  NYSID:5554475H  *
*****************************************************************************

FACILITY  DATE      ---- TRANSACTION ----   TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT  STATEWIDE   STATEWIDE
                       (COMMENTS)                                                            SPENDABLE   ACCT BAL
                    STARTING BALANCE AT ATTICA                                      .00         20.12       20.12
                    BALANCE FORWARD

ATTICA    07/03/06  POSTAGE                                          1.35           .00         18.77       18.77
ATTICA    07/03/06  POSTAGE                                          8.30           .00         10.47       10.47
ATTICA    07/03/06  POSTAGE                                          1.35           .00          9.12        9.12
ATTICA    07/06/06  PAYROLL RCPT           041899        2.25                       .00         11.37       11.37
ATTICA    07/13/06  PAYROLL RCPT           041899        1.80                       .00         13.17       13.17
ATTICA    07/20/06  MAIL RECEIPT           C659053     100.00                       .00        113.17      113.17
ATTICA    07/20/06  PAYROLL RCPT           041899        2.25                       .00        115.42      115.42
ATTICA    07/27/06  PAYROLL RCPT           041899        2.25                       .00        117.67      117.67
ATTICA    07/28/06  COMM BUY                                        45.08           .00         72.59       72.59
ATTICA    07/28/06  COPIES                                           1.95           .00         70.64       70.64
ATTICA    07/28/06  COPIES                                            .80           .00         69.84       69.84
ATTICA    07/28/06  COPIES                                           2.55           .00         67.29       67.29
ATTICA    07/31/06  COPIES                                            .60           .00         66.69       66.69

          MONTHLY ENDING TOTALS                        108.55       61.98           .00         66.69       66.69

          ENDING BALANCE AT ATTICA                                                                          66.69

          20% OF AVERAGE 6 MO SPENDABLE BALANCE         11.67   20% OF AVERAGE 6 MO DEPOSIT AMT             12.18

          LAGGED PAYROLL, DAYS LAGGED - 15  AMOUNT LAGGED -  11.98
          THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                    ATTICA CORRECTIONAL FACILITY
                      INMATE STATEMENT FOR THE PERIOD 06/01/06 THRU 06/30/06
*******************************************************************************
* NAME:ISASI RICHARD         DEPT ID:98A1899        CELL LOC:0A-12-15S  NYSID:5554475H *
*******************************************************************************
```

| FACILITY | DATE | ---- TRANSACTION ---- (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE | STATEWIDE ACCT BAL |
|---|---|---|---|---|---|---|---|---|
|  |  | STARTING BALANCE AT ATTICA |  |  |  |  | 113.84 | 113.84 |
|  |  | BALANCE FORWARD |  |  |  |  | 108.84 | 113.84 |
| ATTICA | 06/01/06 | PAYROLL RCPT | 041899 | 2.25 | .00 | 5.00 | 111.09 | 116.09 |
| ATTICA | 06/02/06 | COMM BUY |  |  | 8.89 | .00 | 102.20 | 107.20 |
| ATTICA | 06/02/06 | COPIES |  |  | .25 | .00 | 101.95 | 106.95 |
| ATTICA | 06/02/06 | COPIES  (1L |  |  | 1.00 | .00 | 100.95 | 105.95 |
| ATTICA | 06/06/06 | COPIES  (1L |  |  | 1.70 | .00 | 99.25 | 104.25 |
| ATTICA | 06/07/06 | POSTAGE |  |  | 3.27 | .00 | 95.98 | 100.98 |
| ATTICA | 06/08/06 | COPIES      (1L |  |  | 1.15 | .00 | 94.83 | 99.83 |
| ATTICA | 06/08/06 | PAYROLL RCPT | 041899 | 1.80 |  | .00 | 96.63 | 101.63 |
| ATTICA | 06/15/06 | PAYROLL RCPT | 041899 | 2.25 |  | .00 | 98.88 | 103.88 |
| ATTICA | 06/16/06 | COMM BUY |  |  | 57.48 | .00 | 41.40 | 46.40 |
| ATTICA | 06/21/06 | COPIES |  |  | 1.35 | .00 | 40.05 | 45.05 |
| ATTICA | 06/21/06 | COPIES |  |  | 2.05 | .00 | 38.00 | 43.00 |
| ATTICA | 06/21/06 | COPIES |  |  | 3.45 | .00 | 34.55 | 39.55 |
| ATTICA | 06/22/06 | PAY ENC-DP-T2(3/21/06  ) |  |  | 5.00 | 5.00- | 34.55 | 34.55 |
| ATTICA | 06/22/06 | PAYROLL RCPT | 041899 | 2.25 |  | .00 | 36.80 | 36.80 |
| ATTICA | 06/29/06 | COMM BUY |  |  | 18.93 | .00 | 17.87 | 17.87 |
| ATTICA | 06/29/06 | PAYROLL RCPT | 041899 | 2.25 |  | .00 | 20.12 | 20.12 |
|  |  | MONTHLY ENDING TOTALS |  | 10.80 | 104.52 | .00 | 20.12 | 20.12 |

```
                    ENDING BALANCE AT ATTICA                                             20.12

         20% OF AVERAGE 6 MO SPENDABLE BALANCE       10.18      20% OF AVERAGE 6 MO DEPOSIT AMT      8.90

              LAGGED PAYROLL, DAYS LAGGED -  15  AMOUNT LAGGED -  11.98
              THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

*  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                   CORRECTIONAL FACILITY
                                         ATTICA
                    INMATE STATEMENT FOR THE PERIOD 04/29/06 THRU 05/31/06
****************************************************************************************
* NAME:ISASI RICHARD           DEPT ID:96A1899      CELL LOC:0A-12-15S    NYSID:55544475H *
****************************************************************************************

FACILITY  DATE      ---- TRANSACTION ----       TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT  STATEWIDE   STATEWIDE
                       (COMMENTS)                                                                SPENDABLE   ACCT BAL
          STARTING BALANCE AT ATTICA                                                    3.00         14.32       17.32
          BALANCE FORWARD                                                                                        17.32
ATTICA   05/04/06 PAYROLL RCPT            041899         2.25                            .45        16.12       19.57
ATTICA   05/05/06 TIME DEPOSIT INT         12             .29                            .15        16.26       19.86
ATTICA   05/10/06 POSTAGE                                        4.05                    .00        12.21       15.81
ATTICA   05/11/06 PAYROLL RCPT            041899         2.25                            .45        14.01       18.06
ATTICA   05/18/06 PAYROLL RCPT            041899         2.25                            .45        15.81       20.31
ATTICA   05/19/06 COPIES                                          .50                    .00        15.31       19.81
ATTICA   05/19/06 MISC DIS (ID        )                          3.85                    .00        11.46       15.96
ATTICA   05/24/06 POSTAGE                                        2.00                    .00         9.46       13.96
ATTICA   05/24/06 POSTAGE                                         .63                    .00         8.83       13.33
ATTICA   05/25/06 PAYROLL RCPT            041899         2.25                            .45         8.20       12.70
ATTICA   05/24/06 POSTAGE                                        1.11                    .00         7.09       11.59
ATTICA   05/31/06 MAIL RECEIPT            C656637      100.00                            .05       108.84      113.84
         MONTHLY ENDING TOTALS                         109.29   12.77                   5.00       108.84      113.84

         ENDING BALANCE AT ATTICA                                                                              113.84

         20% OF AVERAGE 6 MO SPENDABLE BALANCE    10.97    20% OF AVERAGE 6 MO DEPOSIT AMT    12.23

         LAGGED PAYROLL, DAYS LAGGED -  15 AMOUNT LAGGED -   11.98
         THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

                                 ENCUMBRANCE BREAKDOWN
---- REASON ----  DATE IMPOSED  --- NOTES ---  TOTAL OWED  COL MTDATE  COL TO-DATE  BALANCE DUE  CNTY/ORI CASE
DISCIPLINARY TIER II  03/22/06   3/21/06            5.00        2.00        5.00         .00

     * ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                         STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                        ATTICA CORRECTIONAL FACILITY
                             INMATE STATEMENT FOR THE PERIOD 04/01/06 THRU 04/28/06
***************************************************************************************
*  NAME:ISASI RICHARD              DEPT ID:98A1899      CELL LOC:0A-12-15S  NYSID:5554475H  *
***************************************************************************************

FACILITY  DATE     ---- TRANSACTION ----   TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT  STATEWIDE   STATEWIDE
                        (COMMENTS)                                                          SPENDABLE   ACCT BAL
                   STARTING BALANCE AT ATTICA                                        1.20      45.48       46.68
                   BALANCE FORWARD
ATTICA    04/06/06 PAYROLL RCPT          041899        2.25                          .45       47.28       48.93
ATTICA    04/07/06 COMM BUY                                          24.77           .00       22.51       24.16
ATTICA    04/13/06 PAYROLL RCPT          041899        2.25                          .45       24.31       26.41
ATTICA    04/20/06 PAYROLL RCPT          041899        2.25                          .45       26.11       28.66
ATTICA    04/21/06 COMM BUY                                          13.09           .00       13.02       15.57
ATTICA    04/26/06 COPIES                                              .50           .00       12.52       15.07
ATTICA    04/27/06 PAYROLL RCPT          041899                                      .45       14.32       17.32

                   MONTHLY ENDING TOTALS               9.00          38.36          3.00       14.32       17.32

                   ENDING BALANCE AT ATTICA                                                                17.32

     20% OF AVERAGE 6 MO SPENDABLE BALANCE     7.46    20% OF AVERAGE 6 MO DEPOSIT AMT      8.89

          LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -  11.98
          THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

----- REASON -----    --- DATE IMPOSED ---   --- NOTES ---   --- ENCUMBRANCE BREAKDOWN ---
DISCIPLINARY TIER II      03/22/06              3/21/06       TOTAL OWED  COL MTDATE  COL TO-DATE  BALANCE DUE  CNTY/ORI CASE
                                                                 5.00        1.80         3.00        2.00

* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

# CERTIFICATE OF SERVICE

Richard Kasi
           Plaintiff

   v.

Priscilla Jones, et. al.
           Defendants.

Docket No. 06-2222

I, __Richard Kasi__, hereby certify under penalty of perjury that on __March 4, 2007__, I served by United States Mail a copy of __Letter to the Court Requesting Status of this Claim__, and __Served By the Attica Legal Mail System__ at:

Clerk's Office, United States District Court for the District of Columbia, U.S. Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001
        Address

_R. Kasi_
Signature