UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RICHARD ISASI**           )
                            )
    Plaintiff             )
                            )    Civil Action No. 06-2222 (RBW)
v                            )

PRISCILLA JONES, ET AL   )

## REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on June 25th, 2007 from Unassigned (9098) to Judge Walton because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: Maureen M. Higgins
Deputy Clerk

CC:   Judge Walton
& Courtroom Deputy
Civil Case Processing Clerk
     Statistical