UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD ISASI**<br>#98A1899<br>Attica Correctional Facility<br>P.O. Box 149<br>**Attica, NY 14011-0149**<br><br>       Plaintiff,<br>   v.<br><br>**PRISCILLA JONES, et al.,**<br>Chief Administrative Staff<br>U.S. Department of Justice<br>Flag Building, Suite 570<br>Washington, D.C. 20520-0001<br><br>       Defendant. | Civil Action No. 06-2222 (RBW) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendants in the above-captioned case.[1]

Respectfully submitted,

s/ Peter Smith

PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

---

[1] This entry of appearance is without waiving any defenses, including but not limited to failure of service of process, improper venue, immunity from suit or qualified immunity from suit of defendants.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this **26th** day of **July**, 2007, a true and correct copy of the foregoing Praecipe was served upon Pro Se Plaintiff, **Richard Isasi,** by U.S. Mail postage pre-paid and addressed as follows:

**RICHARD ISASI**
**#98A1899**
**Attica Correctional Facility**
**P.O. Box 149**
**Attica, NY 14011-0149**

                                                                                                s/Peter Smith
                                                                            _____
                                                                       PETER S. SMITH, D.C. Bar #465131
                                                                       Assistant United States Attorney
                                                                       United States Attorney's Office
                                                                       Judiciary Center Building
                                                                       555 4th Street, N.W., 10th Floor
                                                                       Washington, D.C. 20530
                                                                       (202) 307-0372