UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD ISASI,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**UNITED STATES DEPARTMENT** )<br>**OF JUSTICE,** )<br>)<br>Defendants. ) | Civil Action No. 06-2222 (RBW) |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR TO OTHERWISE RESPOND TO THE COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Defendant respectfully requests an enlargement of time to file an answer, or to otherwise respond to the complaint in this case, of 45 days, up to and including September 17, 2007. Since pro se Plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.¹ See Compl. caption. In this case, the Plaintiff raises claims under the Freedom of Information Act, 5 U.S.C. § 552.² The grounds for this request are as follows:

a. The current deadline for Defendant's answer is August 2, 2007, because Defendant has thirty days to respond to a complaint in a FOIA case. 5 U.S.C. § 552. The undersigned recently was assigned this case, and did not receive the case file until today. The undersigned will need to review the file and coordinate

---

¹ Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

² To that end, the sole Defendant in this case should be the United States Department of Justice, not the individual employees of the agency. See Document No. 1, December 28, 2006 Transfer Order at note 1. That order is law of the case.

        the government's response with the agency defendant.

b.      In addition, the undersigned will be out of the office between July 27, 2007 and August 13, 2007. From July 27, 2007 though August 3, 2007, the undersigned will be in Terre Haute, Indiana, conducting depositions in <u>Roane v. Gonzales</u>, Civ. No. 05-2337 (RWR/DAR). The undersigned also will be away from the office August 6, 2007, through August 13, 2007 for personal reasons.

c.      This extension is sought in good faith and the granting of this Motion would promote judicial economy. The government contemplates the filing of a dispositive motion in lieu of an answer in this case. The undersigned will need additional time, once he returns to the office, in order to draft that motion. Should the Court grant the government's expected dispositive motion, it would dispose of this case without the cost and time of further litigation.

For these reasons, Defendant respectfully requests that this Motion be granted. A proposed order is attached.

                                              Respectfully submitted,

                                                  s/ Peter Smith

                                      PETER SMITH, D.C. Bar #465131
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Civil Division
                                      555 4th Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 307-0372

## CERTIFICATE OF SERVICE

     I **HEREBY CERTIFY** that on this **26th** day of **July**, 2007, a true and correct copy of the foregoing Motion for Extension of Time was served upon Pro Se Plaintiff, **Richard Isasi,** by U.S. Mail postage pre-paid and addressed as follows:

**RICHARD ISASI**
**#98A1899**
**Attica Correctional Facility**
**P.O. Box 149**
**Attica, NY 14011-0149**

                                               s/Peter Smith

                                  PETER S. SMITH, D.C. Bar #465131
                                  Assistant United States Attorney
                                  United States Attorney's Office
                                  Judiciary Center Building
                                  555 4th Street, N.W., 10th Floor
                                  Washington, D.C. 20530
                                  (202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD ISASI,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**UNITED STATES DEPARTMENT** )<br>**OF JUSTICE,** )<br>)<br>Defendants. ) | Civil Action No. 06-2222 (RBW) |

## ORDER

UPON CONSIDERATION of the Defendant's motion for extension of time to file answer, any opposition thereto, and the entire record herein, it is this ____ day of

_____, 2007, ORDERED that Defendants' motion is GRANTED and that Defendants shall have until September 17, 2007 to file their answer or to otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE

Copy to:

**RICHARD ISASI
#98A1899
Attica Correctional Facility
P.O. Box 149
Attica, NY 14011-0149**