United States District Court
For The District Of Columbia
_____X

Richard Isasi
       Plaintiff.

v.

United States Department
of Justice.
       Defendants.
_____X

Civil Action No. 06-2222 (RBW)

RECEIVED
AUG - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Honorable Judge.

Please accept this Brief in Opposition of Defendant's Motion for Enlargement of Time to File. Should be Denied.

In Support of This Brief in Opposition of the Above-Reference Case Counsel for the U.S. Dept of Justice states that.

Since Pro se Plaintiff is incarcerated, it is "impracticable" for the undersigned counsel to confer with Plaintiff.

**LCvR 16.3(a)**

1 - Counsel including any nonprisoner pro se party, shall meet and confer in person or if <u>All Parties consent</u>, by telephone see: Compl Caption. No doubt the parties and the undersigned refuses to meet and confer.

2 - The current deadline for defendants answer is August 2, 2007. The U.S. Dept of Justice has waited until July 26, 2007, to assign counsel to this case, and the assigned counsel has agreed that he did not receive this case file until July 26, 2007.

3 - In a case involving multiple defendants, the 15-day period shall run from the date of appearance or first filing in the form of an answer or motion. See. Clerk's Service went the Defendants has been advised.

4. The delay by the U.S. Dept of Justice to assign this case, and file the Motion for Enlargement of time. In a timely manner, clearly shows the U.S. Dept of Justice is using unfair stalling tactics. When they knew of this case. When I filed under F.O.I.A. 5 U.S.C. 552. Dated. May 1, 2003

They were notified. They must answer by August 2, 2007. Instead waited until 7 days. before Deadline to put in a Motion for Enlargement of time. Clearly with the people and assets at their disposal. could have assigned this case and answered by August 2, 2007.

Having failed to meet the time limit in this case. Plaintiff ask's the court to deny the Defendants' "Motion for Enlargements of time to File.

Dated. August 1, 2007.

Respectfully Submitted

Richard Isasi   Pro se

aa. 21
Filed.

# CERTIFICATE OF SERVICE

Richard Isasi          Plaintiff

v.
United States Department
Of Justice.           Defendants.

Docket No. 06-2222 (RBW)

I, Richard Isasi, hereby certify under penalty of perjury that on August 1, 2007, I served by United States Mail a copy of Brief in Opposition of Defendant's Motion for Enlargement of Time. and Served by the Attica Correctional Legal Mail System at

Clerk's Office
E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue. NW. Washington. DC. 20001.

Address

R. Isasi
Signature