Richard Isasi # 98A1899
Attica Correctional Facility
P.O. Box 149
Attica, New York 14011-0149

Clerk's Office
United States District Court
For the District of Columbia

Civil Action No. 06-2222 RBW

Dear Clerk,

Find enclosed the correct address of the Defendants named, Thomas J. McIntyre, with Certificate of Service, Attached.

Dated: August 13, 2007

Respectfully Submitted
R. Isasi

cc. RI
File

RECEIVED
AUG 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ECF**

_Richard Isasi_
Plaintiff(s)

vs

Civil Action No. _06-2222 RBW_

_Priscilla Jones, et al_
Defendant(s)

_August 13, 2007_

## ORDER

The plaintiff(s) was granted leave to proceed _in forma pauperis_ to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C. 1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

_Thomas J. McIntyre_
_____
_____
_____

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by _September 28, 2007_ Pursuant to Local Rule 5.1(e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_/s/ Reggie B. Walton_
UNITED STATES DISTRICT JUDGE

Rev. 1/01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Richard Isasi

vs.

Priscilla Jones, et al

C.A. No. 06-2222 RBW

August 13, 2007

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: Mr. Thomas J. McIntyre, Chief

Defendant's address: Freedom of Information / Privacy Act Unit. Criminal Division. Suite 1127. Keeney Building. 950 Pennsylvania Avenue. NW. Washington. D.C. 20530.

Defendant's name: ___

Defendant's address: ___

- **Criminal Division** -- Requests for Criminal Division records should be addressed to:

  Thomas J. McIntyre, Chief
  FOIA/PA Unit
  Criminal Division
  Suite 1127, Keeney Building
  950 Pennsylvania Avenue, N.W.
  Department of Justice
  Washington, DC 20530-0001

Defendant's name: ___

Defendant's address: ___

Defendant's name: ___

Defendant's address: ___

Defendant's name: ___

Defendant's address: ___

Defendant's name: ___

United States District Court
For the District of Columbia.

# CERTIFICATE OF SERVICE

Richard Isasi

Plaintiff

v.

Priscilla Jones, et. al.

Defendants.

Civil Action No. 06-2222 (RBW)

I, Richard Isasi, hereby certify under penalty of perjury that on August 13, 2007, I served by United States Mail a copy of The Letter and "Form" to Comply with the Court Order upon Defendant Thomas J. McIntyre "Address" and Served by the Attica Legal Mail System at:

Clerk's Office
United States District Court
For the District of Columbia.
333 Constitution Avenue, NW, Washington, DC, 20001
Address

cc. RI
File.

R. Isasi
Signature