Richard Kasi # 98A1899
Attica Correctional Facility.
P.O. Box 149
Attica. New York. 14011-0149.

Clerk's Office.
United States District Court
FOR THE District of Columbia.

Civil Action No. 06-2222 (RBW)

Dear Clerk.

Please find Enclosed Copy of the Letter's from the Office of General Counsel, United States Marshals Service, that provide me the Address of the Co Director Named Richard L. Huff. Also all this years I been file my Appeals in this Address.

See. Letter dated September 30, 2004, How Signed in respond of my Appeal for the U.S. Marshals action. Also see. my Affidavit of Service dated October 5, 2005 Addresses to Mr. Huff.

No doubt Mr. Huff trying to Hide from this Service.

Please Clerk I will like the Honorable Judge Review this Inquire and if this Court assisted me to Find How is this Defendant.

Respectfully Submitted

R Kasi

Richard Kasi # 98A1899.

August 17, 2007.

cc. R1
File.

RECEIVED
AUG 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
FOR THE District of Columbia.

# CERTIFICATE OF SERVICE

Richard Isasi

          Plaintiff.              Civil Action No. 06-2222 (RBW)

      v.

Prisailla Jones. et. al.

          DEFENDANTS.

I, _____Richard Isasi_____ , hereby certify under penalty of perjury that on ___August___ _17_, _2007_, I served by United States Mail a copy of _Letter w/ Attached Documents for Court Review w/ Court Order and Form to Comply with the Court Order._ and _Served by Certifie Legal Mail by the Attica Corr Facility_ at:

    Clerk's Office
    United States District Court
    For the District of Columbia
333 Constitution Avenue. N.W. Washington. DC 20001
           Address

RR.RI
File.

_9 pages total_

                    R Isasi
                    Signature



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

# ECF

_Richard Isasi_
### Plaintiff(s)

vs

Civil Action No. _06-2222 RBW_

_Priscilla Jones, et al_
### Defendant(s)

_August 17, 2007_

## ORDER

The plaintiff(s) was granted leave to proceed in forma pauperis to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

_Richard Hoff_

_Thomas J. McIntyre._

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by _September 28, 2007_ Pursuant to Local Rule 5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_Reggie B. Walton_

UNITED STATES DISTRICT JUDGE

Rev. 1/01



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Richard Esasi

vs.

C.A. No. _06 - 2222 RBW_

Priscilla Jones, et al

AUGUST 17, 2007

## PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER

Defendant's name: _Thomas J. McIntyre, Chief_

Defendant's address: _Freedom of Information / Privacy Act Unit_
_Criminal Division. Suite 1127. Keeney Building._
_950 Pennsylvania Avenue. NW. Washington. DC. 20530._

Defendant's name: _____

Defendant's address: _____

Defendant's name: _Richard L. Huff. Co-Director._

Defendant's address: _Office of Information and Privacy._
_"Freedom of Information / Privacy Act Appeal_
_United States Dept of Justice._

Defendant's name: _____

Defendant's address: _Flag Building. Suite 570_
_Washington. DC. 20530-0001._

Defendant's name: _____

Defendant's address: _____
_____

Defendant's name: _____



**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

---

*Washington, DC 20530-1000*

**MAY 1  2003**

Richard Isasi
No. 98-A-1899
Attica Correctional Facility
Attica, NY  14011-0149

Re:    **Freedom of Information/Privacy Act Request No: 2003USMS5190**
           **Subject of Request:  Self**

Dear Mr. Isasi:

Reference is made to your above-captioned request.

Pursuant to your request, the U.S. Marshals Service conducted a search of its records and files in the Eastern District of New York (where you directed your request): the Southern District of New York; the Western District of New York; the Northern District of New York; and the District of New Jersey which failed to locate any records and/or information responsive to your request.

If you are dissatisfied with my action on this request, you may appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information/Privacy Act Appeal." In the event you are dissatisfied with the results of any such appeal, judicial review will thereafter be available to you in the United States District Court for the judicial district in which you reside or have your principal place of business, or in the District of Columbia.

Sincerely,

*Margaret Woods*

**FLORASTINE P. GRAHAM**
**FOI/PA Officer**
**Office of General Counsel**

ACF 10



**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

Washington, DC 20530-1000

JUN  3 2003

Richard Isasi
Reg. No. 98A1899
Attica Correctional Facility
POB 149
Attica, NY  14011-0149

Re:    **Freedom of Information/Privacy Act Request No: 2003USMS5542**
       **Subject of Request:   Transportation Records**

Dear Mr. Isasi:

Reference is made to your above-captioned request.

Pursuant to your request, the U.S. Marshals Service conducted a search of its records and files in the Justice Prisoner and Alien Transportation System which failed to locate any records and/or information responsive to your request. The records retention period for transportation records is two years.

If you are dissatisfied with my action on this request, you may appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information/Privacy Act Appeal." In the event you are dissatisfied with the results of any such appeal, judicial review will thereafter be available to you in the United States District Court for the judicial district in which you reside or have your principal place of business, or in the District of Columbia.

Sincerely,

*Margaret Woods*

**FLORASTINE P. GRAHAM**
**FOI/PA Officer**
**Office of General Counsel**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
COUNTY OF WYOMING) ss:


I, _Richard Basi_, being duly sworn, deposes and says:

I have on this _5_ day of _October_, 20_05_ placed and submitted within the

institutional mailbox, located at the Attica Correctional Facility, Exchange Street, Post Box 149, Attica,

New York 14011-0149, a true and accurate copy of:

1)- Letter of Appeal, Denied letter, Affidavit Service

 

To be duly mailed and delivered by the United States Postal Service upon the following parties

to this action:

Co. Director,
Office of Information and Privacy
"Freedom of Information / Privacy Act Appeal"
United States Dept of Justice
Flag Building. Suite 570
Washington. DC. 20530-0001

_R Basi_


Sworn to before me this

_5_ day of _October_, 20_05_

_____
Notary Public

DAVID D. ADAMY
Notary Public, State of New York
No. 01AD6036610
Qualified in Erie County
Commission Expires January 31, 20___



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

SEP 3 0 2004

Mr. Richard Isasi
No. 98A1899
Attica Correctional Facility        Re:  Appeal No. 03-2226
Post Office Box 149                      Request No. 2003USMS5190
Attica, NY  14011-0149                   RLH:FPM:ALB

Dear Mr. Isasi:

    You appealed from the action of the United States Marshals
Service on your request for access to records concerning your
extradition from Mexico to New York (via Texas and New Jersey) in
September 1997.  I regret the delay in my response.

    After carefully considering your appeal, I have decided to
affirm the USMS's action on your request.

    The USMS informed you that it could locate no responsive
records in its files in the Eastern, Western, Southern, and Northern
Districts of New York, or in the District of New Jersey.  It has been
determined that the USMS's response is correct.  Please note that
subsequent to your appeal, the USMS conducted an additional search of
its records in the Southern District of Texas, but located no records
responsive to your request.

    Inasmuch as the Office of International Affairs of the Criminal
Division coordinates the extradition of international fugitives, that
Office may have records responsive to your request.  If you have not
done so already, you may wish to send a FOIA request to the Criminal
Division by writing to:

                 Mr. Thomas J. McIntyre, Chief
                 Freedom of Information/Privacy Act Unit
                 Criminal Division
                 1301 New York Avenue NW., Suite 1127
                 Washington, D.C.  20530

ACF-10

-2-

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director



