UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RICHARD ISASI,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-2222 (RBW) |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF JUSTICE,** | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR TO OTHERWISE RESPOND TO THE COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Defendant respectfully requests an enlargement of time to file an answer, or to otherwise respond to the complaint in this case, of 45 days, up to and including October 17, 2007. Since pro se Plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.[1] See Compl. caption. In this case, the Plaintiff raises claims under the Freedom of Information Act, 5 U.S.C. § 552.[2] The grounds for this request are as follows:

a.    The current deadline for Defendant's answer is September 17, 2007. Due to the undersigned counsel of record's obligations in other cases, the undersigned expects that this case will be transferred this week to another Assistant United States Attorney. That AUSA will need time to familiarize him or herself with the

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se party*)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

[2] To that end, the sole Defendant in this case should be the United States Department of Justice, not the individual employees of the agency. See Document No. 1, December 28, 2006 Transfer Order at note 1. That order is law of the case.

case and prepare a response to the complaint and to coordinate the government's response with the agency defendant.

b.    The undersigned counsel of record has been on official travel and in depositions for much of the past few weeks in <u>Roane v. Gonzales</u>, Civ. No. 05-2337 (RWR/DAR), a challenge to a federal program.  The undersigned counsel of record will be unable to prepare and file the government's response to the complaint given his obligations in the <u>Roane</u> case, including depositions on September 14 and September 17.

c.    This extension is sought in good faith and the granting of this Motion would promote judicial economy.  The government contemplates the filing of a dispositive motion in lieu of an answer in this case.  The government will need additional time in order to draft and file that motion.  Should the Court grant the government's expected dispositive motion, it would dispose of this case without the cost and time of further litigation.

For these reasons, Defendant respectfully requests that this Motion be granted.  A proposed order is attached.

Respectfully submitted,

s/ Peter Smith

_____
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

<u>**CERTIFICATE OF SERVICE**</u>

**I  HEREBY  CERTIFY** that on this <u>**12th**</u> day of <u>**September**</u>, 2007, a true and correct

copy of the foregoing Motion for Extension of Time was served upon Pro Se Plaintiff, **Richard**

**Isasi,** by U.S. Mail postage pre-paid and addressed as follows:

**RICHARD ISASI**
**#98A1899**
**Attica Correctional Facility**
**P.O. Box 149**
**Attica, NY 14011-0149**

                        s/Peter Smith

                        _____
                        PETER S. SMITH,  D.C. Bar #465131
                        Assistant United States Attorney
                        United States Attorney's Office
                        Judiciary Center Building
                        555 4th Street, N.W., 10th Floor
                        Washington, D.C. 20530
                        (202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD ISASI,                          )
                                        )
                        Plaintiff,      )
           v.                           )        Civil  Action  No. 06-2222 (RBW)
                                        )
UNITED STATES DEPARTMENT                )
  OF JUSTICE,                           )
                                        )
_____Defendants.    )

## ORDER

     UPON CONSIDERATION of the Defendant's motion for extension of time to file

answer, any opposition thereto, and the entire record herein, it is this _____ day of

_____, 2007,  ORDERED that Defendants' motion is GRANTED and that

Defendants shall have until October 17, 2007 to file their answer or to otherwise respond to the

complaint.


_____
UNITED STATES DISTRICT JUDGE

Copy to:

**RICHARD ISASI**
**#98A1899**
**Attica Correctional Facility**
**P.O. Box 149**
**Attica, NY 14011-0149**