United States District Court
For the District of Columbia
_____ x

Richard Isasi

        Plaintiffs,

      v.

Priscilla Jones, et al.

        Defendants.

_____ x

Declaration for Entry of Default

Civil Action No. 06-2222 (RBW)

**RECEIVED**

SEP 17 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Declaration for Entry of Default.

Richard Isasi, hereby declares:

I am the Plaintiff herein. The complaint herein was filed on the 28 December 2006.

The court files and record herein show that the Defendants were served by the United States Marshal with a copy of summons, and a copy of the Plaintiff's complaint.

More than 30 days have elapsed since the date on which the Defendants herein were served with summons and a copy of Plaintiff's complaint, excluding the date thereof.

The Defendants have failed to answer or otherwise defend as to Plaintiff's complaint, or serve a copy of any answer or any defense which it might have had, upon affiant or any other Plaintiff herein.

Defendants are not in the military service and are not infants or incompetents.

I declare under penalty of perjury that the foregoing is true and correct.

State of New York
Wyoming County
September 17, 2007.

                                                R. Isasi
                                        Richard Isasi Pro-Se.
                                        98A1899.
                                        Attica Correctional Facility
                                           P.O. Box 149.
                                       Attica, New York. 14011-0149.

## Certificate of Service

―――――――――――――――――― x

Richard Isasi

    Plaintiffs,                Civil Action No. 06-2222 (RBW)

  v.

Priscilla Jones, et. al.

    Defendants.

―――――――――――――――――― x

I, Richard Isasi, hereby certify under penalty of perjury that on September 17, 2007, I served by United States Mail a copy of Declaration for Entry of Default.

And served by the Attica Legal Mail System at:

  Peter Smith, Assistant United States Attorney
  United States Attorney's Office
  Civil Division
  555 4th Street, NW.
  Washington, DC. 20530.

                                                        R. Isasi

cc: RI
File.

# CERTIFICATE OF SERVICE

Richard Isasi,
                Plaintiffs.

        v.

Priscilla Jones. et. al
                Defendants.

Civil Action No. 06-2222 (RBW)

I, Richard Isasi, hereby certify under penalty of perjury that on September 17, 2007, I served by United States Mail a copy of Declaration for Entry of Default

and served by the Attica Legal Mail System "Certified" at:

Clerk's Office
United States District Court for the District of Columbia.
333 Constitution Avenue. NW
Washington. DC. 20001

Address

QC.RJ
File.

_R. Isasi_
Signature