# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
RICHARD ISASI,                          )
)
    Plaintiff,                          )
)
          v.                           )          Civil Action No. 06-2222 (RBW)
)
PRISCILLA JONES,                        )
)
RICHARD L. HUFF,                        )
)
MARGARET P. GRAFELD,                    )
)
and                                     )
)
THOMAS J. MCINTYRE,                     )
)
    Defendants.                        )
_____)

## NOTICE OF SUBSTITUTION OF COUNSEL

    The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special

Assistant U.S. Attorney, as counsel of record for the Defendants in the above-captioned case, and

withdraw the appearance of Assistant U.S. Attorney Peter S. Smith.

                                           Respectfully submitted,

                                    __/s/_____
                                    JONATHAN C. BRUMER, D.C. BAR # 463328
                                    Special Assistant United States Attorney
                                    United States Attorney's Office for the District
                                     of Columbia, Civil Division
                                    555 Fourth Street, N.W., Room E4815
                                    Washington, D.C. 20530
                                    (202) 514-7431
                                    (202) 514-8780 (facsimile)

_____/s/_____

PETER SMITH, D.C. Bar # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 24th of September, 2007, the foregoing *Substitution of*

*Counsel* was served on plaintiff, <u>pro se</u>, by first class mail, postage prepaid, addressed as follows:


      Richard Isasi
      # 98A1899
      Attica Correctional Facility
      P.O. Box 149
      Attica, NY 14011-0149


                                       ___/s/_____
                                        JONATHAN C. BRUMER, D. C. BAR # 463328
                                        Special Assistant United States Attorney
                                        555 Fourth Street, N.W., Room E4815
                                        Washington, D.C. 20530
                                        (202) 514-7431
                                        (202) 514-8780 (facsimile)