United States District Court
For the District of Columbia.

Richard Isasi.
    Plaintiff.

v.

Priscilla Jones. et. al.
    Defendants.

Affirmation

Civil Action No. 06-2222 (RBW)

RECEIVED
SEP 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff Richard Isasi, proceeding Pro Se, does hereby affirm under the penalty of perjury that the following is true.

1. This action was commenced on December 28, 2006, by the filing of a complaint and the issuance of a summons.

2. The summons and complaint in this action were served on defendant's Priscilla Jones. Chief Administrative Staff. U.S. Department of Justice Flag Building, suite 570. Washington. DC. 20530.
Richard L. Huff. Co Director. Office of Information and Privacy. U.S. Department of Justice. Flag Building, suite 570. Washington. DC. 20530.
Thomas J. McIntyre. Chief of the Freedom of Information / Privacy Act Unit Criminal Division. 950 Pennsylvania Avenue. NW. Keeney Building suite. 1127. Washington. DC. 20530.
Margaret P. Grafeld. Director Office IRM. Programs and Services, United States Department of State. Washington. DC. 20522-6001.
The court authorized the United States Marshal to complete service of process. Pursuant to 28 U.S.C. 1915(d). The original summons and an affidavit of service were filed in this court.

3. The time to respond to this complaint has expired, and the defendant's has not answered or made a motion, nor has he / she been granted an extension. He / she is now in default.

4. The Defendant's is not an infant or an incompetent person, nor is he / she serving in the United States Armed Forces.

5.- THIS COURT HAS JURISDICTION OVER THIS MATTER BY VIRTUED OF:
F.O.I.A. 5 U.S.C. 552.    28 U.S.C. 1331.    <u>42 U.S.C. 1983</u>
                                              BIVENS ACTION.

6.- BY REASONS OF THE FOREGOING, PLAINTIFF BELIEVES HE HAS GOOD AND MERITORIOUS CAUSES OF ACTION AGAINST DEFENDANT'S.

7.- IN THE COMPLAINT, DEMAND WAS MADE FOR DAMAGES IN THE AMOUNT OF $10.000.000 U.S. DOLLARS FOR EACH DEFENDANT. COMPENSATORY DAMAGES IN THE AMOUNT OF $1.000.000 U.S.D. AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY. PUNITIVE DAMAGES IN THE AMOUNT $1.000.000 U.S.D AGAINST EACH DEFENDANT. AND A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY. THIS SUM IS NOW JUSTLY DUE AND OWING, AND NO PART OF IT HAS BEEN PAID. IN ADDITION, PLAINTIFF SEEKS INTEREST ON THIS SUM SINCE THE DATE THE COMPLAINT WAS SERVED. PLAINTIFF LEAVED TO THE COURT, AS WELL AS SUCH RELIEF MAY BE JUST AND PROPER.

8.- THE FEDERAL RULES OF CIVIL PROCEDURE RULE 55(2)(e), FULLY COVERED THE DEFENDANTS IN THIS CASE, HOW REPRESENT THE DEPARTMENT OF JUSTICE AND THE U.S. DEPARTMENT OF STATE. THE COURT MAY CONDUCT AT HEARING. PLAINTIFF DEMAND RIGHT OF TRIAL BY JURY. DEFENDANT'S MAY BE QUESTIONED BY THIS COURT IN THE MATTER OF PLAINTIFF'S EXTRADITION FROM MEXICO. <u>SEE</u>: COMPLAINT <u>PAGE At 4</u>.

DATED: <u>SEPTEMBER 24, 2007</u>.
STATE OF NEW YORK.
WYOMING COUNTY.

RESPECTFULLY SUBMITTED
*R. Isasi*
Richard Isasi # 98A1899
Attica Correctional Facility.
P.O. Box 149.
Attica. New York. 14011-0149.

Richard Isasi # 96A1899
Attica Correctional Facility.
P.O. Box 149.
Attica. New York. 14011-0149.

Clerk's Office

Civil Action No. 06-2222 (RBW)

Dear Clerk.

Please, provide me with a copy of the above-entitled action, Docket Report.

September 24, 2007.

Respectfully Submitted

R. Isasi

RECEIVED
SEP 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

Richard Isasi
  Plaintiff
v.
Priscilla Jones, et. al
  Defendants.

Civil Action No. 06-2222 (RBW)

I, _Richard Isasi_, hereby certify under penalty of perjury that on _September 24, 2007_, I served by United States Mail a copy of _Motion of "Affirmation."_

and _Served By The Attica Legal Mail System_ at:

Clerk's Office
United States District Court for the District of Columbia.
333 Constitution Avenue, NW.
Washington, DC. 20001

Address

[Signature]
Signature