UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD ISASI, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-2222 (RBW) |
| PRISCILLA JONES *et al.*, | ) |
| Defendants. | ) |

ORDER

Defendants move for the third time to enlarge the time by four months to respond to the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552. They represent that the additional time is needed to conduct further searches for responsive records and to file a comprehensive dispositive motion. In his opposition to the motion, plaintiff has not shown how he would be prejudiced by the granting of defendants' motion. Accordingly, it is hereby

ORDERED that defendants' motion for an enlargement of time [Dkt. No. 30] is GRANTED; and it is

FURTHER ORDERED that defendants shall file a summary judgment motion by February 15, 2008.

                                                               _____s/_____
                                                               Reggie B. Walton
                                                               United States District Judge

Dated: November 2, 2007