United States District Court
For the District of Columbia

Richard Isasi
                    Plaintiff
        v.
Prisailla Jones. et. al.
                    Defendants.

Civil Action No. 06-2222 (RBW)
Letter Judge

RECEIVED
NOV 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sr. Reggie B. Watton. United States District Judge.

On November 2, 2007. The Court Ordered and Granted the Defendant's Motion for an Enlargement of time. See Attached.

On November 2, 2007. Same day of this Court Order, The United States District Court. Eastern District of New York. Honorable Jack B. Weinstein. District Judge. Issued on Consent Order. That Both Parties, Isasi's time to Appeal or to Perfect an Appeal to the Court of Appeal for the Second Circuit is extended for Thirty Days.

Plaintiff's was served with the District Court Order by November 9, 2007, and at this time the Circuit Clerk Didn't Had File or Docket the District Court Order. See Attached Exhibit "A" at 2.

Plaintiff's also attached Exhibit "B" for this Court Review 3 pages only, Plaintiff Hearing dated October 31, 2007. before Hon Weinstein.

Plaintiff's Asking to this Court that, this Court must take in consideration, the Sister State Order. On Consent. Vacate Defendant's Enlargement of time. Granted Plaintiff's at Hearing or other reliefs that this Court Deem Just and Proper.

Dated November 27, 2007.

R Isasi

Richard Isasi  Pro Se
Attica Correctional Facility
P.O. Box 149.
Attica. New York. 14011-0149.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI,<br><br>      Plaintiff,<br><br>      v.<br><br>PRISCILLA JONES *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-2222 (RBW)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Defendants move for the third time to enlarge the time by four months to respond to the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552. They represent that the additional time is needed to conduct further searches for responsive records and to file a comprehensive dispositive motion. In his opposition to the motion, plaintiff has not shown how he would be prejudiced by the granting of defendants' motion. Accordingly, it is hereby

ORDERED that defendants' motion for an enlargement of time [Dkt. No. 30] is GRANTED; and it is

FURTHER ORDERED that defendants shall file a summary judgment motion by February 15, 2008.

                                     _____s/_____
                                       Reggie B. Walton
                                       United States District Judge

Dated: November 2, 2007

# CERTIFICATE OF SERVICE

Richard Isasi

              Plaintiff

      v.

Prisailla Jones. et. al.

             DEFENDANTS.

Docket No. 06-2222 (RBW)

I, _____Richard Isasi_____ , hereby certify under penalty of perjury that on _November 27, 2007_ , I served by United States Mail a copy of _Letter to the Judge W/ Exhibits attached for Review._ and _Served by the Attica Legal Mail System_ at:

    U.S. Department of Justice

    United States Attorney. District of Columbia.

    Jonathan Bremen. Civil Division. Room E-4815

    555 4th Street. N.W. Washington DC. 20530.

                        Address

CC. R1
File.

_R Isasi_
Signature

Exhibit "A"

2 PAGES .

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                          :
RICHARD ISASI,                            :
                                          :
                    Petitioner,           :           ORDER
                                          :           01-CV-1804
          – against –                     :
                                          :
VICTOR T. HERBERT         .               :
                                          :
                    Respondent.           :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

JACK B. WEINSTEIN, Senior District Judge:

By motion dated September 21, 2007, Petitioner Richard Isasi moved pursuant to Rule

60(b) of the Federal Rules of Civil Procedure "to vacate an order entered July 19, 2007, by the

United States Court of Appeals for the second circuit, and that the Plaintiff's action be reinstated

to the calendar . . . ." See Entry on Docket Sheet 01-CV-1804 ("Docket No.") at 98.  On October

31, 2007, the court held a hearing at which Isasi admitted that his only problem is that the Court

of Appeals does not answer his letters. See, e.g., Transcript of the Oct. 31, 2007 Hearing ("Tr.")

at 16.  Isasi had appealed to the Court of Appeals for the Second Circuit from this court's order

denying relief in an application brought under 28 U.S.C. § 2254.  The Court of Appeals issued a

mandate on August 20, 2007 dismissing Isasi's motion for a certificate of appealability for failure

to comply with the timeliness requirement of Second Circuit Local Rule 22(a). See Docket No.

95.

Isasi's present motion to vacate the August 20, 2007 mandate of the Court of Appeals is

denied.  This court has no authority to vacate an order issued by the Court of Appeals for the

Second Circuit.

On consent of both parties, Isasi's time to appeal, or to perfect an appeal to the Court of Appeals is extended for thirty days, if this court has power to grant such an extension. See Tr. at 18-19.

On consent of both parties, Isasi's motion is transferred to the Court of Appeals for the Second Circuit as a notice of appeal and a motion for a certificate of appealability from the Court of Appeals, or as a document to be otherwise characterized by the Court of Appeals. See id.; 28 U.S.C. § 1631 ("Whenever a civil action is filed in a court . . . and that court finds that there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action or appeal to any other such court in which the action or appeal could have been brought at the time it was filed or noticed . . ."). See also Frank v. Magnum, 237 U.S. 309, 331 (1915) ("upon an application for a writ of habeas corpus, [ ] [courts should] look beyond forms and inquire into the very substance of the matter").

The Clerk of the District Court is directed to close the case and send to the Clerk of the Court of Appeals for the Second Circuit and Petitioner Isasi: (1) this order; (2) Isasi's motion to vacate the Court of Appeals's mandate; (3) a transcript of the October 31, 2007 hearing; and (4) the docket sheets for 01-CV-1804 and 03-CV-2912.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge
Eastern District of New York

Dated: November 2, 2007
       Brooklyn, New York

Exhibit "B"

3 PAGES.

1

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
2
  - - - - - - - - - - - - - - - X
3
  RICHARD ISASI
4                                    :
                  Petitioner           01-CV-1804
5
      -against-                   :   U.S. Courthouse
6                                     Brooklyn, N.Y.
  VICTOR T. HERBERT
7
                  Defendant       :
8                                     October 31, 2007
  - - - - - - - - - - - - - - - X     12:00 p.m.
9
  BEFORE:
10
            HONORABLE JACK B. WEINSTEIN
11          United States District Judge

12
  APPEARANCES VIA TELEPHONE:
13
  Petitioner:              RICHARD ISASI
14                         #98-A-1899
                           Attica Correctional Facility
15                         Box 149
                           Attica, New York 14011-0149
16

17
  For the Respondent:      JOHN M. CASTELLANO
18                         Queens County DA's Office
                           125-01 Queens Boulevard
19                         Appeals Bureau
                           Kew Gardens, New York 11415
20

21
  Court Reporter:          RONALD E. TOLKIN, RMR
22                         225 Cadman Plaza East
                           Brooklyn, New York 11201
23                         718-613-2647

24
  Proceedings recorded by mechanical stenography, transcript
25 produced by Computer-Assisted Transcript.

RICHARD ISASI v. VICTOR T. HERBERT                18

1   to perfect your appeal.  I doubt if I have that power.  That

2   is all that I can do for you.

3              Do you understand my position?

4              MR. ISASI:  Your Honor, I would like to ask you

5   something else.

6              THE COURT:  Yes.

7              MR. ISASI:  Your Honor, I want that my legal

8   letter -- listen to me carefully, Your Honor.

9              That my legal letter reaches the Court.

10             THE COURT:  My clerk will send it -- my clerk of

11  this court will send it, together with your papers received by

12  our pro se office on September 25th, 2007.  And I will order

13  a transcript of this hearing to be sent to you and also to the

14  Court of Appeals and to the respondent at the cost of the CJA,

15  the federal government.

16             MR. ISASI:  Thank you.

17             THE COURT:  That is all that I can do.

18             Now, does the respondent -- does the respondent

19  agree with this action?

20             MR. ISASI:  Your Honor, as long as they listen to my

21  requests, as long as the panel listens to my case.

22             THE COURT:  Does the respondent agree with this

23  decision of the Court?

24             MR. ISASI:  Yes, Your Honor.

25             THE COURT:  On consent.

RICHARD ISASI v. VICTOR T. HERBERT                    19

1        So I will issue this order on consent.

2        Thank you, very much.

3        And -- Mr. Isasi, and I hope that you have a

4   pleasant day.  Good luck.

5        MR. ISASI:  Likewise, Your Honor.

6        Thank you.

7        THE COURT:  Thank you very much.

8        MR. CASTELLANO:  Thank you, Your Honor.

9        (Proceeding concluded.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25