UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-2222 (RBW) |
| | ) |
| PRISCILLA JONES, | ) |
| | ) |
| RICHARD L. HUFF, | ) |
| | ) |
| MARGARET P. GRAFELD, | ) |
| | ) |
| and | ) |
| | ) |
| THOMAS J. MCINTYRE, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' STATUS REPORT ON SUPPLEMENTAL
SEARCH FOR DOCUMENTS RESPONSIVE TO
PLAINTIFF'S FREEDOM OF INFORMATION ACT REQUEST**

Defendants Priscilla Jones, Richard L. Huff, Margaret P. Grafeld, and Thomas J. McIntyre, employees of the United States Department of Justice and United States Department of State, by and through undersigned counsel, respectfully submit this Status Report concerning the supplemental search and review activities undertaken by the U.S. Department of State ("the Department of State" or "DOS") and the United States Department of Justice ("DOJ")'s Executive Office for United States Attorneys ("EOUSA") for documents responsive to Plaintiff's Freedom of Information Act ("FOIA") requests since November 2, 2007, the date on which the Court granted the Defendants' most recent Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint. Defendants respectfully state as follows:

1. The present matter was filed pursuant to the Freedom of Information Act ("FOIA"). See Docket Entry No. 1; 5 U.S.C. § 552(a)(4)(C). To that end, the sole Defendants in this case should be the United States Department of Justice and the United States Department of State, not the individual employees of those agencies. See 5 U.S.C. § 552(a)(4)(B).

2. On October 15, 2007, Defendants filed a Motion for Enlargement of their Time to Answer or Otherwise Respond to Plaintiff's Complaint. See Docket Entry No. 30. In that Motion, Defendants advised the Court that: (1) Plaintiff's original FOIA request letter made no mention of any aliases, but that the DOS and EOUSA had learned that Plaintiff does appear to have aliases; (2) that consequently DOS and EOUSA believed that additional responsive records might be found if they conducted supplemental searches involving those aliases; (3) both DOS and EOUSA wished to have the opportunity to search many or all of the same records systems that they had originally searched in response to the FOIA requests which Plaintiff sent to the agencies, this time looking for any responsive records under Plaintiff's known aliases; and (4) for a variety of reasons, both agencies anticipated that these search activities would be time consuming and difficult. Id. at ¶¶ 6-14. Accordingly, to enable the agencies to conduct these supplemental searches, Defendants respectfully requested that their time for answering or otherwise responding to Plaintiff's Complaint be extended to February 15, 2008. Id. *generally*. In their Motion, Defendants also offered to file a Status Report with the Court on December 17, 2007, advising the Court concerning the progress that DOS and EOUSA had made on their supplemental search efforts. Id. at ¶¶ 12, 14.

3. On October 29, 2007, Defendants filed a Motion in which they respectfully moved this Court to reconsider its Order entered June 25, 2007, granting Plaintiff's Motion for Leave to

Proceed *in forma pauperis* without prepayment of costs.  See Docket Entry No. 32.  The Court has not yet ruled on this motion.  If this Court decides to grant this Motion and orders Plaintiff to make full payment of filing fees, this decision might affect the dispositive motion which Defendants will file in response to Plaintiff's Complaint.

    4.  On November 2, 2007, the Court issued a Minute Order granting Defendants' Motion for Enlargement of Time dated October 15, 2007, and instructed Defendants to file a Summary Judgment motion by February 15, 2008.  See Docket Entry No. 33.

    5.  The Court's November 2, 2007 order did <u>not</u> instruct Defendants to file a Status Report concerning their progress on the supplemental search described in their October 15, 2007 Motion for Enlargement.  Id.  Nevertheless, Defendants are filing this Status Report today both because they offered to do so in their Motion for Enlargement, and in order to assure the Court and Plaintiff that the DOS and EOUSA are working assiduously in good faith on the supplemental FOIA processing described in Defendants' October 15, 2007 Motion for Enlargement of Time.

    6.  The undersigned counsel was recently advised as follows concerning the status of DOS's supplemental search for additional responsive documents:

> Upon discovery of aliases used by [P]laintiff, the Department of State first initiated a renewed search of the records of the Office of the Legal Adviser, the most likely location of extradition-related files in the Department [of State].  The Office of the Legal Adviser had been previously searched in this case but had not found records under the name provided in plaintiff's FOIA request, "Richard Isasi."  This new search, for active and retired records under any of various aliases that the Department [of State] believes plaintiff may have used, yielded records that appeared to be responsive to [P]laintiff's request.  These records indicate the possibility that certain other offices in the Department [of State] might also have responsive records that similarly would not have been produced in the Department's earlier searches based on the name Richard Isasi.

> Accordingly, the Department [of State] initiated new searches of both the active and the retired files of the Bureau of Western Hemisphere Affairs and the American Embassy in Mexico City.  The Department [of State] also initiated an additional search of the Department [of State]'s visa records and the "Central File," a principal records system containing millions of Department [of State] documents such as telegrams between the Department [of State] and foreign service posts, diplomatic notes, external correspondence, reports and inter-office memoranda.
>
> Most of the Department [of State]'s searches have been completed, though out of an abundance of caution some have involved further follow-up with the individuals who conducted the searches, in the United States and abroad, in light of information obtained by the Department [of State] from other searches.  The records yielded by the completed searches are now being reviewed for responsiveness to the request and for releasability under the FOIA.  The [DOS] anticipates that it will be able to complete processing and prepare a dispositive motion in accordance with the Court's order dated November 2, 2007.

7.  The undersigned counsel was recently advised as follows concerning the status of EOUSA's supplemental search for additional responsive documents:

> After processing a FOIA request from Richard Isasi which was received by the EOUSA as a referral from the Criminal Division, EOUSA has learned that the requester may have more records that are filed under several aliases.  To ensure the search for records was thorough, EOUSA contacted the referral agency with this information.  While records sent over to the FOIA office listed [Mr.] Isasi's aliases, there was no assurance that the search for records included each one of them.  The Criminal Division was notified to perform the search again, but this time to focus on the aliases instead of the name "Richard Isasi."  The district in question is the Eastern District of New York where Isasi's charge included 6 counts of murder which occurred in that district.
>
> The FOIA Contact in the Criminal Division has performed the search of all known locations of records responsive to the request within the district.  The records requested contain information regarding Isasi's extradition from Mexico.  Due to the seriousness of the offenses, numerous information regarding Isasi is held in the Eastern District of New York, including his aliases.  The FOIA Contact performed a search under these aliases but has not found any other responsive records containing information about extradition from Mexico.

8.  The undersigned counsel is prepared to provide additional information concerning the

status of the DOS and EOUSA's supplemental search activities, prior to the filing of Defendants' Motion for Summary Judgment, should the Court deem such a step appropriate and necessary.

        Respectfully submitted,

        __/s/_____
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        __/s/_____
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        __/s/_____
        JONATHAN C. BRUMER, D.C. BAR # 463328
        Special Assistant United States Attorney
        555 Fourth Street, N.W., Room E4815
        Washington, D.C. 20530
        (202) 514-7431
        (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 17th of December, 2007, the Foregoing *Defendants' Status Report on Supplemental Search for Documents Responsive to Plaintiff's Freedom of Information Act Request* was served on plaintiff, pro se, by first class mail, postage prepaid, addressed as follows:

> Richard Isasi
> # 98A1899
> Attica Correctional Facility
> P.O. Box 149
> Attica, NY 14011-0149

> /s/_____
> JONATHAN C. BRUMER, D. C. BAR # 463328
> Special Assistant United States Attorney
> 555 Fourth Street, N.W., Room E4815
> Washington, D.C. 20530
> (202) 514-7431
> (202) 514-8780 (facsimile)