# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )  Civ. Action No. 1:06-cv-02222-RBW |
| | ) |
| PRISCILLA JONES *et al.*, | ) |
| | ) |
|       Defendant. | ) |
| | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record for the defendants in the above-captioned civil action, and withdraw the appearance of former Special Assistant United States Attorney Jonathan C. Brumer, who has departed from the United States Attorney's Office.

Dated: January 31, 2008        Respectfully submitted,

                                        /s/
                              BRANDON L. LOWY,
                              Special Assistant United States Attorney
                              Civil Division, Room E-4405
                              555 Fourth Street, N.W.
                              Washington, D.C. 20530
                              (202) 307-0364
                              Brandon.Lowy@usdoj.gov