UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRISCILLA JONES *et al.*, )<br>)<br>Defendant. )<br>_____ ) | Civ. Action No. 1:06-cv-02222 (RBW) |

DEFENDANTS' MOTION FOR AN
ENLARGEMENT OF TIME TO FILE A DISPOSITIVE MOTION

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants Priscilla Jones, Richard L. Huff, Margaret P. Grafeld, and Thomas J. McIntyre, employees of the United States Department of Justice and United States Department of State, by and through undersigned counsel, respectfully move this Court to enlarge the time to answer or otherwise respond to the Complaint. The undersigned counsel did not attempt to contact *pro se* Plaintiff to discuss this Motion because Plaintiff is incarcerated, rendering such a step impracticable. Furthermore, LCvR 7(m) does not apply under these circumstances. See LCvR 7(m) (imposing duty to confer only with opposing counsel and non-incarcerated parties appearing pro se.)

There is good cause for the Court to grant this Motion. The undersigned counsel is new to the Civil Division and has been recently assigned the above-captioned matter from SAUSA Jonathan C. Brumer, who has left the Civil Division. The undersigned counsel needs an additional twenty-eight days to file an appropriate dispositive motion. The extension is needed so that the undersigned counsel can have an opportunity to learn the background of the case and become familiar with the underlying legal issues. Furthermore, an extension is needed for the

undersigned counsel to prepare a response for client and supervisory review prior to filing it with the Court.

For these reasons, the Court should extend the deadline until March 14, 2008, for Defendant to file a dispositive motion.

Dated: February 11, 2008.                              Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   Brandon L. Lowy
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 307-0364


Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI, )  )  Plaintiff, )  )  v. )  )  PRISCILLA JONES *et al.,* )  )  Defendant. )  ) | Civ. Action No. 1:06-cv-02222 (RBW) |

### ORDER

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, March 14, 2008, to respond to file a dispositive motion.

SO ORDERED.

_____
U.S. District Judge

Copy to:   Richard Isasi
           # 98A1899
           Attica Correctional Facility
           P.O. Box 149
           Attica, NY 14011-0149


           Brandon L. Lowy
           (ECF)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2008, I caused the foregoing Defendants' Motion for an Enlargement of Time to File a Dispositive Motion and Order to be filed via the Court's Electronic Case Filing system, and served upon plaintiff, *pro se*, by first-class mail, postage prepaid, addressed as follows:

RICHARD ISASI
# 98A1899
ATTICA CORRECTIONAL FACILITY
P.O. Box 149
Attica, NY 14011-0149


    /s/   *Brandon L. Lowy*
BRANDON L. LOWY