United States District Court
For the District of Columbia

RECEIVED

FEB 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Richard Isasi,
    Plaintiff

v.

Priscilla Jones, et. al.,
    Defendants

Civil Action
No. 06-2222(RBW)

Plaintiff's Opposing Motion for the Enlargement of Time
Answer Due Date

    Pursuant to Local Rules LCvR 7.1(b) and Federal Rule of Civil Procedure 54(c), plaintiffs move this court for an order in opposition of the enlargement of time by the defendant's counsel.

1. Plaintiff filed this complaint by October 19, 2006, pursuant to 5 USC 552 FOIA. Because the present matter was filed pursuant to the Freedom of Information Act, the defendant originally had 30 days in which to respond to plaintiff's complaint. See 5 USC 552 (a)(4)(c).

2. The court authorized the United States Marshals to complete service of process, the summons and complaint having been served on the defendants.

3. Defendants move for the fourth time to enlarge the time, after this court granted defendants four months to respond to the complaint. With further order to file a summary judgment motion

by February 15, 2008.  Defendants challenge the court order.

## OPPOSING ARGUMENT

4. Defendant's motion for an extension of time should be denied because defendant's motion does not show any reasonable cause to believe or excuse defendants for months of delay which was previously granted by the court, specifically four months of delay. Defendants failed to file the mandatory motion ordered by the court to file by February 15, 2008.  See front page motion where the counsel agreed that Mr. Jonathan Brumer, who has left the Civil Division, has no excuse to continuously delay this case.

5. In the court order dated November 2, 2007, the court agreed that plaintiffs have not shown how they would be prejudiced by the granting of defendant's motion.

6. Plaintiff was unduly prejudiced by said omission as the FOIA request is still pending by the government.  This case could have been fully resolved through the discovery which was unfairly denied by this court and the granting of a hearing where not only the government misconduct, which plaintiff submits, constituted a prima facie showing a substantive denial of fundamental due process fairness.

7. Plaintiff has been unlawfully imprisoned for thirteen years, and the fact in question presented by plaintiffs constitute questions of law that could have easily been answered by the government by simple review of the extradition papers.

   Wherefore, this court should be denied defendant's motion, plaintiffs demand for judgment and hearing, as well as such other and further relief and may be just and proper.

Dated February 19, 2008
Wyoming, New York

_____
Richard Isasi, pro se

# CERTIFICATE OF SERVICE

Richard Isasi

                Plaintiff,

v.

Priscilla Jones, et. al.

                Defendants.

Docket No. 06-2222-(RBW)

I, __Richard Isasi__, hereby certify under penalty of perjury that on __February 19, 2008__, I served by United States Mail a copy of __Opposing Motion for the Enlargement of Time, Answer Due Date__, and __Served by the Attica Legal Mail System__ at:

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, NW Washington, DC 20001
           Address

_R. Isasi_
           Signature