United States District Court
for the District of Columbia

---

Richard Isasi,
      Plaintiff

    v.

Priscilla Jones et. al.

      Defendants

Affidavit in Support of Motion Order to Show Cause for Preliminary Injunction and Temporary Restraining Order

Civil Action No. 06-2222 (RBW)

---

Richard Isasi, being duly sworn, deposes and says:

1. I am the plaintiff in the above-entitled action, and respectfully move this Court to issue an Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, pursuant to FRCP Rule 65(b) and LcvR 65.1.

                Preliminary Statement

2. On or about June 3, 2003, the plaintiff filed his 1983 action challenging a violation of his constitutional rights to due process and equal protection of the law. See Isasi v. US Governor, 03-CV-2912.

3. The whole process of plaintiff's formal request and removal from Mexico to Texas to New Jersey and then into New York violated the Fourth, Sixth and Fourteenth Amendments. Certainly the plaintiff has a cause of action against the federal defendants involved in a such an illegal process.

4. On October 31, 2003, the District Court dismissed the plaintiff's action. Plaintiff filed a Notice of Appeals. On August 31, 2004, the United States Court or Appeals for the Second Circuit issued a Notice of Hearing, dated Wednesday, October 20, 2004.

**RECEIVED**

FEB 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. On or about August 27, 2004, defendants and State Officials removed the plaintiff from Attica Correctional Facility and transferred the plaintiff to the State of New Jersey and placed the plaintiff into Hudson County Jail from August 27, 2004, until November 20, 2004, and then returned the plaintiff to the Attica Correctional Facility.

6. A few days after plaintiff returned, plaintiff was served with his Notice of Hearing Date and other legal mail. Plaintiff was illegally removed from one State to another State. Defendants and State Officials denied plaintiff's appearance in such hearing. Order to Show Cause.

7. Federal defendant's and State Official's censorship of legal mail is a matter of the fact here to obstruct Plaintiff's efforts to obtain review of his illegal conviction.

8. On August 20, 2007, the United States Court of Appeals for the Second Circuit, denied the plaintiff's relief in an application brought under the provision of 28 USC 2254, because plaintiff's having failed to comply with the Second Circuit Local Rule 22(a), by submitting within 21 days of the initial request a motion in support, provided facts and a brief statement of reason showing that plaintiff had been denied constitutional rights. See <u>Isasi v. Herbert 01-CV-1804</u>. Plaintiff was never served with such Court Order, Order to Show Cause.

9. On October 4, 2007, plaintiff filed an action against the FBI, Federal Bureau of Investigation, pursuant to 5 USC § 552, at the United States District Court of the Western District of New York. On or about October 22, 2007, the Clerk of the Court served the plaintiff with a consent form and ordered the plaintiff to return it to the Clerk of the Court within thirty (30) days and the duty to respond to this order is mandatory. Plaintiff's case has been randomly assigned to US Magistrate Judge Leslie G. Foschio. Plaintiff from October 22, 2007, until the day of this motion in affidavit, never heard again, or was served by this court or by any Magistrate Judge decision to appeal, or the Clerk of the Court

answer any plaintiff's letter, and the filing fee was imposed on the plaintiff without any decision served by the court. Order to Show Cause.

## Conclusion

Therefore, plaintiff respectfully requests that this court could have directed the defendant to show cause for preliminary injunction and temporary restraining order, pursuant to FRCP 65(b) and LcvR 65.1, enjoining the defendants during the pendency of this action.

Wherefore, the relief sought herein should be granted in the interest of justice.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Richard Isasi, pro se

Dated February 26, 2008

# CERTIFICATE OF SERVICE

Richard Isasi
                Plaintiff

v.

Priscilla Jones, et. al.                    Docket No. 06-2222 (RBW)
                Defendants.


I, __Richard Isasi__, hereby certify under penalty of perjury that on __February 26, 2008__, I served by United States Mail a copy of __Order to Show Cause for Preliminary Injunction and Restraining Order w/ Affidavit in Support and Exhibit Attached__ and __Served By The Attica Legal Mail System__ at:

Clerk's Office
United States District Court
For the District of Columbia
333 Constitution Avenue, NW. Washington, DC. 20001
                Address

                                    _R. Isasi_
                                    Signature

United States District Court
For the District of Columbia

---

Richard Isasi,
        Plaintiff

v.

Priscilla Jones, et. al.

        Defendants

Order to Show Cause
for Preliminary Injunction and Restraining Order. LcvR 65.1(a)

Civil Action No. 06-2222 (RBW)

---

Upon the affidavit of Richard Isasi, sworn to the_____day of 2008, and upon the copy of complaint hereto annexed, it is ordered that the above named defendants show cause before a motion term of this court, at Room_____, before Reggie B. Walton, U.S. D.J., United States District Court for the District of Columbia, US Courthouse, 333 Constitution Avenue NW, Washington, DC, 20001, on _____, 2008, at _____o'clock in the _____, thereof, or as soon thereafter as Counsel may be heard, why an order should not be issued pursuant to Rule 65(b), Federal Rule Civil Procedure, enjoining the defendants during the pendency of this action from requesting the Court to issue its order to show cause, restraining order and a subsequent preliminary injunction, preventing and providing substantive sanctions for any witness in the above captioned action which may be retaliatory or obstructive, relating to plaintiff's personal restraint petition; and it is further ordered, that sufficient reason having been shown. Therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65(b), Federal Rule Civil Procedure, the defendants are temporarily restrained and enjoined from specifically, plaintiff requests the court to restrain and subsequently enjoin defendants and any organization the defendants

operate or control from seizing legal mail and pleading or placing plaintiff in the Special Housing Unit without just cause, or proceeding on any process against plaintiff, until the District Court determines plaintiff's personal restraint petition. Plaintiff requests the temporary restraining order be granted without prior service upon defendants as provided in the FRCP Rule 65 (b)(2); and it is further ordered that security in the amount of $ __650.000.xx__ dollars be posted by the plaintiffs and it is further ordered that personal service of a copy of this order and annexed affidavit upon the defendants or his counsel on or before _____ o'clock in the _____, on _____, 2008, shall be deemed good and sufficient service thereof.

 

_____
United States District Judge


Dated, _____
New York, New York
Issued: _____

*Exhibit*

Case 1:06-cv-02222-RBW    Document 40    Filed 02/28/2008    Page 7 of 10

Date:                     8/31/04
Docket Number:            04-0629-pr
Short Title:              Isais v. U.S. Governor
DC Docket Number:         03-cv-2912
DC:                       EDNY (BROOKLYN)
DC Judge:                 Honorable Lois Bloom
                          Honorable Edward Korman

## NOTICE OF HEARING DATE

**Date of Hearing: Wednesday, October 20, 2004**
**Time Allotted for Oral Argument: On Submission without oral argument**

The above referenced appeal is scheduled for oral argument on the day indicated in Courtroom 1705 (17th floor), Thurgood Marshall United States Courthouse, 40 Centre Street (at Foley Square), Manhattan, New York City.

**Court convenes promptly at 10:00 a.m. Counsel and pro se litigants must be present for argument unless earlier excused. Motions to adjourn argument must be promptly made and will be granted for grave reason only.**

Counsel and pro se litigants presenting oral argument must register with the courtroom deputy no later than 9:45 a.m., either by appearance in the courtroom or by phone from the VideoArgument Center, whichever applies.

Counsel and pro se litigants may seek the Court's permission to waive oral argument by submitting a letter request to the Office of Clerk (attention Calendar Deputy) not later than five days before the hearing week.

Counsel and pro se litigants **whose panel is sitting in courtroom 1705** may elect to present oral argument from any of the Second Circuit Video-Argument Centers by notifying the Calendar Deputy in writing AS SOON AS POSSIBLE after receipt of this notice. A form is attached for your convenience. A notice regarding the Center is enclosed, and counsel are encouraged to call the Calendar Deputy for further details.

**Report all settlements to the Calendar Deputy as soon as effected. Ordinarily, and subject to the ruling of the presiding judge, motions or stipulations to withdraw with prejudice will be granted without appearance by counsel, but motions or stipulations to withdraw without prejudice filed within three business days of the argument will be considered at the time of argument, with counsel present and prepared to argue the merits.**

ROSEANN B. MACKECHNIE, Clerk

---

Complete Items below and return copy of entire form to the Clerk's Office

Name of the Attorney/Pro Se Presenting argument:
Firm Name (IF APPLICABLE):
Current Telephone Number:
The above named Attorney Represents:
( ) APPELLANT-PETITIONER              ( ) INTERVENOR
( ) APPELLEE-RESPONDENT                ( ) AMICUS CURIAE

Date: _____   Signature: _____

# MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007**

Catherine O'Hagan Wolfe
CLERK



Date: 8/20/07
Docket Number: 07-0688-pr
Short Title: Isasi v. Herbert
DC Docket Number: 01-cv-1804
DC: EDNY (BROOKLYN)
DC Judge: Honorable Jack Weinstein

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th of August, two thousand seven.

Richard Isasi,

   Petitioner-Appellant,

v.

Victor T. Herbert,

   Respondent-Appellee

Petitioner having filed a Notice of Appeal from an order denying relief in an application brought under the provisions of 28 U.S.C. Section 2254, and it appearing that the District Court denied petitioner's request for a Certificate of Appealability, the Court of Appeals construed the Notice of Appeal as a motion for Certificate of Appealability, requesting that petitioner comply with this Court's Local Rule 22(a), by submitting, within 21 days of the initial request, a motion in support of a Certificate of Appealability in which petitioner identified each issue to be raised on appeal and provided facts and a brief statement of reasons showing that petitioner had been denied a constitutional right.

Petitioner having failed to comply with the Second Circuit Local Rule 22(a), it is **ORDERED** that petitioner's request for a Certificate of Appealability is **DENIED** and **DISMISSED** with prejudice. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _[signature]_
DEPUTY CLERK

For the Court,
Catherine O'Hagan Wolfe, Clerk

_[signature]_
By: Eugene L. Martin
Deputy Clerk

Certified: AUG 20 2007

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Catherine O'Hagan Wolfe
CLERK



Date:                    8/20/07
Docket Number:           07-0688-pr
Short Title:             Isasi v. Herbert
DC Docket Number:        01-cv-1804
DC:                      EDNY (BROOKLYN)
DC Judge:                Honorable Jack Weinstein

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th of August, two thousand seven.

Richard Isasi,

   Petitioner-Appellant,

   v.

Victor T. Herbert,

   Respondent-Appellee

Petitioner having filed a Notice of Appeal from an order denying relief in an application brought under the provisions of 28 U.S.C. Section 2254, and it appearing that the District Court denied petitioner's request for a Certificate of Appealability, the Court of Appeals construed the Notice of Appeal as a motion for Certificate of Appealability, requesting that petitioner comply with this Court's Local Rule 22(a), by submitting, within 21 days of the initial request, a motion in support of a Certificate of Appealability in which petitioner identified each issue to be raised on appeal and provided facts and a brief statement of reasons showing that petitioner had been denied a constitutional right.

Petitioner having failed to comply with the Second Circuit Local Rule 22(a), it is **ORDERED** that petitioner's request for a Certificate of Appealability is **DENIED** and **DISMISSED** with prejudice. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

( ) CERTIFIED ORDER    ( ) NOTICE
( ) STATEMENT OF COSTS
HAS BEEN RECEIVED BY_____
                   DATE_____
"RETURN TO PRO SE TEAM"

For the Court,
Catherine O'Hagan Wolfe, Clerk

By: Eugene L. Martin
Deputy Clerk