United States District Court
For the District of Columbia

Richard Isasi,
        Plaintiff

v.

Priscilla Jones, et. al.,
        Defendants

Civil Action
No. 06-2222(RBW)

RECEIVED
MAR 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Opposing Motion for the Enlargement of Time
Answer Due Date

    Pursuant to Local Rules LCvR 7.1(b) and Federal Rule of Civil Procedure 54(c), plaintiffs move this court for an order in opposition of the enlargement of time by the defendant's counsel.

1. Plaintiff filed this complaint by October 19, 2006, pursuant to 5 USC 552 FOIA. Because the present matter was filed pursuant to the Freedom of Information Act, the defendant originally had 30 days in which to respond to plaintiff's complaint. See 5 USC 552 (a)(4)(c).

2. The court authorized the United States Marshals to complete service of process, the summons and complaint having been served on the defendants.

3. Defendants move for the fourth time to enlarge the time, after this court granted defendants four months to respond to the complaint. With further order to file a summary judgment motion

by February 15, 2008. Defendants challenge the court order.

OPPOSING ARGUMENT

4. Defendant's motion for an extension of time should be denied because defendant's motion does not show any reasonable cause to believe or excuse defendants for months of delay which was previously granted by the court, specifically four months of delay. Defendants failed to file the mandatory motion ordered by the court to file by February 15, 2008. See front page motion where the counsel agreed that Mr. Jonathan Brumer, who has left the Civil Division, has no excuse to continuously delay this case.

5. In the court order dated November 2, 2007, the court agreed that plaintiffs have not shown how they would be prejudiced by the granting of defendant's motion.

6. Plaintiff was unduly prejudiced by said omission as the FOIA request is still pending by the government. This case could have been fully resolved through the discovery which was unfairly denied by this court and the granting of a hearing where not only the government misconduct, which plaintiff submits, constituted a prima facie showing a substantive denial of fundamental due process fairness.

7. Plaintiff has been unlawfully imprisoned for thirteen years, and the fact in question presented by plaintiffs constitute questions of law that could have easily been answered by the government by simple review of the extradition papers.

Wherefore, this court should be denied defendant's motion, plaintiffs demand for judgment and hearing, as well as such other and further relief and may be just and proper.

Dated February 19, 2008  
Wyoming, New York

_____  
Richard Isasi, pro se

## Certificate of Service

Richard Isasi
        Plaintiff

V.    Civil Action No. 06-2222 (RBW)

Priscilla Jones, et. al.
        Defendants.

I, Richard Isasi, hereby certify under penalty of perjury that on March 3, 2008 I served by United States Mail a copy of my own copy of Opposing Motion for the Enlargement of time dated file February 19, 2008.

And served by Certified Legal Mail by the Attica Legal Mail System at.

Clerk's Office
United States District Court
For the District of Columbia
333 Constitution Avenue, NW.
Washington, DC. 20001.

                                            R. Isasi

Richard Isasi # 78A1899
Attica Correctional Facility.
P.O. Box 149
Attica, New York. 14011-0149.

Clerk's Office.
United States District Court
For the District of Columbia.

Re. Civil Action No. 06-CV-2222(RBW)
AND 07-CV-2015.

Please be advised that, on February 29, 2008, I was served by your Office my request of the Docket Report in the above-entitled action.

On February 11, 2008 The Plaintiff was served by Defendants Counsel named Brandon Lowy, with a Motion for extension of time.

On February 19, 2008. The Plaintiff file his Motion in Opposing of the extension of time, and served upon the Defendants Counsel.

The Docket Report No 06-CV-2222, indicates that Plaintiff's Motion has not been file by your Office, because the Defendants or States Official's has interfered with Plaintiff mail. In fact at this time the Plaintiff has been keeplocked because we don't have any protection in this matter, example see Isasi v Conway 06-CV-1208. Federal and States Officials continuously interfered with the Plaintiff legal proceeding. All Plaintiff's legal correspondence is seal with transparent tape, including letter from this Court.

I will like that in your reply, please provide information if your Office filed Plaintiff's Motion as Follow.

Dated February 11, 2008. Plaintiff file Opposing Motion to Consolidate with Notice setting case for Trial, Default Motion w/ Affirmation and Exhibits. Civil Action No. 07-CV-2015 and served upon Defendants Counsel.

Dated February 19, 2008. See Enclosed. Plaintiff file Opposing Motion for the enlargement of time. Answer due. Civil Action No. 06-CV-2222 (RBW) and served upon Defendants Counsel.

Dated February 26, 2008. Plaintiff file Order to Show Cause for Preliminary Injunction and Restraining Order w/ Affidavit in Support w/ Exhibits.
This Motion has been served upon both cases. 07-CV-2015 and 06-CV-2222.

Please if your answer is No, I will like Honorable Walton review this letter for action and I declare under penalty of perjury that the foregoing is truth and correct.
Note. Return my own copy and the attached document with you reply.

Dated. March 3, 2008

Richard Isasi Pro-se

DIN: 98A1899  NAME: ISASI, RICHARD　　HEARING DATE: 2/29/08

A. STATEMENT OF EVIDENCE RELIED UPON:

WRITTEN REPORTS OF CO MILLER THAT CLEARLY IDENTIFIES INMATE ISASI AS REFUSING TO LOCK IN UNTIL HE SAW A SGT. THIS I FIND CREDIBLE. ALSO THE WRITTEN REPORTS OF SGT BROWN THAT IDENTIFIES INMATE ISASI AS ACKNOWLEDGING WRITTEN THREATENING & OBSCENE LETTERS TO THE CORRESPONDENCE DEPARTMENT. AS WELL AS THE PHYSICAL EVIDENCE OF THOSE LETTERS. FINALLY RELIED UPON IS THE TESTIMONY OF INMATE ISASI WHO ADMITS SENDING THE LETTERS BUT ATTEMPTS TO MITIGATE HIS RESPONSIBILITY FOR HIS ACTIONS BY STATING HE IS HAVING PROBLEMS WITH HIS LEGAL MAIL & HE WANTS IT TO STOP.

B. REASONS FOR DISPOSITION: TO IMPRESS UPON INMATE ISASI THAT ALTHOUGH HE FEELS THERE IS PROBLEMS WITH HIS LEGAL MAIL HE CAN NOT SEND THREATENING & ABUSIVE LETTERS TO STAFF OR REFUSE TO LOCK IN AS ORDERED BY STAFF.

C. SPECIAL INSTRUCTION ON VISITATION OR CORRESPONDENCE RESTRICTIONS, REFERRALS OR SPECIAL EVENT LOSS:

I HAVE RECEIVED A COPY OF THIS HEARING DISPOSITION DATED: 2/29/08

HEARING OFFICER SIGNATURE　　INMATE SIGNATURE　　2/29/08  10:42　DATE & TIME RECEIVED

YOU ARE HEREBY NOTIFIED OF THE FOLLOWING APPEAL PROCEDURES:

✓ FOR TIER II HEARINGS-APPEAL TO SUPERINTENDENT WITHIN (72 HOURS).

___ FOR TIER III HEARINGS-APPEAL TO COMMISSIONER WITHIN 30 DAYS.

*My own copy*

# CERTIFICATE OF SERVICE

Richard Isasi
        Plaintiff,

v.

Priscilla Jones, et. al        Docket No. 06-2222 (RBW)

        Defendants.

I, __Richard Isasi__, hereby certify under penalty of perjury that on __February 19, 2008__, I served by United States Mail a copy of __Opposing Motion for the Enlargement of Time. Answer Due Date__, and __Served by the Attica Legal Mail System.__ at:

Clerk's Office
United States District Court
For the District of Columbia
333 Constitution Avenue, NW, Washington, DC 20001
       Address

*R. Isasi*
       Signature

# CERTIFICATE OF SERVICE

Richard Isasi
        Plaintiff.

v.

Priscilla Jones, et. al                         Docket No. 06-2222-(RBW)
        Defendants.

I, __Richard Isasi__, hereby certify under penalty of perjury that on __February 19, 2008__, I served by United States Mail a copy of __Opposing Motions for the Enlargement of time, Answer Due Date__ and __Served by the Attica Legal Mail System__ at:

Brandon L. Lowy
Special Assistant United States Attorney
555 Fourth Street, NW.
Washington, DC. 20530
      Address

R. Isasi
   Signature