UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|   v. | ) Civ. Action Nos. 06-2222 (RBW) |
| | ) |
| PRISCILLA JONES et al., | ) |
| | ) |
|       Defendants. | ) |
| _____ | ) |

**MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION AND
OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE**

      Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants Priscilla Jones, Richard L. Huff, Margaret P. Grafeld, and Thomas J. McIntyre, employees of the United States Department of Justice and U.S. Department of State, by and through undersigned counsel, respectfully move this Court to enlarge the time to answer or otherwise respond to the Complaint. The undersigned counsel did not attempt to contact *pro se* Plaintiff to discuss this Motion because Plaintiff is incarcerated, rendering such a step impracticable. Furthermore, LcvR 7(m) does not apply under these circumstances. See LCvR 7(m) (imposing duty to confer only with opposing counsel and non-incarcerated parties appearing pro se.)

      Defendants request that their deadline for responding to the Complaint be extended from March 14, 2007 to March 21, 2008. Undersigned counsel regrets being unable to request additional time in accordance with the Court's four-day rule for time extensions, but undersigned counsel anticipated receiving relevant information related to this case earlier than he had. Counsel for the Defendant has substantially completed drafting the dismissal and summary judgment motion, as well as an opposition to Plaintiff's Motion for an Order to Show Cause, but

this extension of time is sought because undersigned counsel needs additional time to confer with agency counsel regarding the declaration to be submitted in this case and finish drafting a proper response on the behalf of the government. This case concerns multiple federal agencies and Defendants will furnish multiple lengthy declarations, so undersigned counsel will need additional time to obtain supervisory review as well. Consequently, Counsel for the Defendant needs one additional week to complete these steps.

    For these reasons, the Court should extend the deadline until March 21, 2008, for Defendant to file a dispositive motion.


Dated: March 14, 2008.                        Respectfully Submitted,


    /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   Brandon L. Lowy
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 307-0364


Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 1:06-cv-02222 (RBW) |
| ) | |
| PRISCILLA JONES et al., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, March 21, 2008, to respond to file a dispositive motion.

SO ORDERED.

_____
U.S. District Judge

Copy to:   Richard Isasi
           # 98A1899
           Attica Correctional Facility
           P.O. Box 149
           Attica, NY 14011-0149

           Brandon L. Lowy
           (ECF)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of March, 2008, I caused the foregoing Defendants' Motion for an Enlargement of Time to File a Dispositive Motion and Order to be filed via the Court's Electronic Case Filing system, and served upon plaintiff, *pro se*, by first-class mail, postage prepaid, addressed as follows:

RICHARD ISASI  
# 98A1899  
ATTICA CORRECTIONAL FACILITY  
P.O. Box 149  
Attica, NY 14011-0149

    /s/ *Brandon L. Lowy*  
BRANDON L. LOWY