United States District Court
For the District of Columbia

Richard Isasi
    Plaintiff

V.

Priscilla Jones, et. al.
    Defendants.

Civil Action No. 06-2222(RBW)
F.R.C.P. Rule 55.

RECEIVED
MAR 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Default Judgment Motion

This action having been brought on December 28, 2006, by the filing of a summons and complaint having been served on defendants.

Priscilla Jones, Richard L. Huff, Margaret P. Grafeld and Thomas J. McIntyre.

The court authorized the United States Marshal to complete service of process. The original summons and an affidavit of service were filed in this court, and it now appearing that this defendants has not appeared, answered, or made any motion herein, and it further appearing that defendants is (are) not in the military service of the United States.

Plaintiff's Affidavit for Default having been file on September 17, 2007. On March 3, 2008, the Court Granted Defendants Motion for Extension of Time for fourth time. Having Noted Plaintiff's Objection, That the Answer or other response to the Complaint shall be filed by <u>March 14, 2008</u>. And not answer having been filed.

Upon Reading the Attached Affirmation of Richard Isasi Dated March 17, 2008, and the certificate of Nancy M. Mayer Whittington, Clerk of the Court, noting the Default Priscilla Jones, Richard L. Huff, Margaret P. Grafeld and Thomas J. McIntyre for failure to appear, answer, or plead in the above entitled action it is.

Ordered, Adjudged and Decreed that Plaintiff recover for the Defendants the damages he suffered together with Interest, Costs and Disbursements of this action, together with reasonable Attorney's Fees, and it is

FURTHER

ORDERED, ADJUDGED AND DECREED THAT Plaintiffs Have Judgment Against Defendant in the Liquidated amount of $10,000,000. U.S.$ for each Defendant. Compensatory Damages in the amount of $1,000,000. U.S.$ for each Defendant and Punitive Damages in the amount of $1,000,000. U.S.$ for each Defendant.

ORDERED, That at such Inquest the Court shall assess Damages sustained by Plaintiffs including interest, cost and reasonable Attorney's fees, and that the Court shall enter Judgment accordingly.

Dated March 17, 2008
Wyoming, New York.

_____
U.S. District Judge.

United States District Court
For The District of Columbia

---

Richard Isasi

    Plaintiff

v.

Priscilla Jones, et. al.

    Defendants.

---

Civil Action No. 06-2222 (RBW)

## Affirmation

Plaintiff Richard Isasi, proceeding Pro Se, does hereby affirm under the penalty of perjury that the following is true:

This action was commenced on December 28, 2006, by the filing of a complaint.

The summons and complaint in this action were served on defendants and an affidavit of service were filed in this court.

The time to respond to this complaint has expired, and the defendants has not answered or made a motion, nor has he/she been granted an extension of time. He/She is now in default.

The defendants is not an infant or an incompetent person, nor is he/she serving in the United States Armed Forces.

This Court has Jurisdiction over this matter by virtue of 5.U.S.C. § 552. F.O.I.A. By reasons of the foregoing, Plaintiff believes he has good and meritorious causes of action against defendants.

The demand was made for damages in the Motion for Default Judgment. This sum is now justly due and owing, and no part of it has been paid.

Plaintiff seeks interest of this sum since the date the complaint was served.

Dated: March 17, 2008
New York, New York.

                _R. Isasi_
                Richard Isasi Pro Se

# Certificate of Service

Richard Isasi,
        Plaintiff

v.

Priscilla Jones, et. al
        Defendants.

Civil Action No. 06-2222 (RBW)
07-CV-2015.

I, Richard Isasi, hereby certify under penalty of perjury that on March 17, 2008 I served by United States Mail a copy of the Default Judgment Motion.

And served by the Attica legal mail system it.

Clerk's Office
United States District Court
For the District of Columbia
U.S. Courthouse
333 Constitution Avenue, NW.
Washington, DC. 20001

Richard