UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI, | ) |
|       Plaintiff, | ) |
|     v. | ) Civ. Action Nos. 06-2222 (RBW) |
| PRISCILLA JONES et al., | ) |
|       Defendants. | ) |

**OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

  Federal Defendants oppose Plaintiff's Motion for Default Judgment (Dkt. No. 45). In his Motion, Plaintiff claims that the Federal Defendants failed to timely Answer or otherwise respond to the Complaint in this matter. The Defendants submit the following points in opposition to Plaintiff's motion.

  On March 3, 2008, the Court granted by minute order Defendants' February 11, 2008, Motion for an Extension of Time until March 14, 2008, because undersigned counsel was new to the case and needed to become more familiar with its underlying issues. In an Affirmation attached to the instant Motion, Plaintiff now alleges that "the time to respond to this Complaint has expired, and the Defendants has [sic] not answered or made a motion…." See Plaintiff's Affirmation, ¶ 4. However, on March 14, 2008, Defendants filed a Motion for Extension of Time because undersigned counsel needed to confer further with agency counsel before filing a dispositive motion. See Dkt Entry 42. Thus, it appears that Plaintiff's instant motion and Defendants' timely Motion for Extension of Time crossed in the mail. As a result, Plaintiff's instant motion is moot because Defendants filed their Motion for Extension of time in a timely manner.

WHEREFORE, for all of the foregoing reasons, Plaintiff's Motion for Default Judgment against Defendants is without factual basis and should be denied.

Dated: March 21, 2008.                              Respectfully Submitted,

    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 307-0364

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March, 2008, I caused the foregoing Defendants' Opposition to Plaintiff's Motion for Default Judgment to be filed via the Court's Electronic Case Filing system, and served upon plaintiff, pro se, by first-class mail, postage prepaid, addressed as follows:

RICHARD ISASI
# 98A1899
ATTICA CORRECTIONAL FACILITY
P.O. Box 149
Attica, NY 14011-0149

                                          /s/
                                  BRANDON L. LOWY