United States District Court
For The District of Columbia.

Richard Isasi
          Plaintiff
v.                              Civil Action No. 06-2222 (RBW)
Priscilla Jones, et. al.
          Defendants

RECEIVED
MAR 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Opposition Motion For an Extension of Time To Filed A Dispositive Motion

Pursuant to LCvR. 7.1.1. Time for filing Dispositive Motion as been Expired.

Defendant's Counsel Motion for an Extension of Time should be Denied. First, Because violated the Court's four-day rule for that extension. Second, Pursuant to LCvR. 7.1.1 Provide that "A Dispositive Motion in a Civil Action shall be filed sufficiently in advance of Pretrial Conference that it may be fully briefed and rule on before the conference. Also The Section 6 C and D of the Civil Justice Expense and Delay Reduction Plan, Provide as follow.

Section 6C. Each Judge will require that all Dispositive Motions be filed sufficiently in advance of the Pretrial Conference so that they can be ruled on before the conference and the parties can avoid unnecessary preparations for a conference and/or a trial if such motions are granted. See. Section 6 D.

Defendant's Counsel Motion for an extension of the time should be denied because violates Court rule and had been expired by the Court Order to Filed by March 14, 2008.

This Court should denied Defendants Motion for an Extension of time because Defendants Motion Dated March 14 2008 and Defendant's

The stamped envelope showes was it addresses and dated by March 17, 2008, and the Plaintiff's was served with such Petition by March 24, 2008, teen days later from the time appointed to filed the dispositive motion by March 14, 2008. See: enclosed envolopes for this Court review.

Also see, Defendants Motion in Opposition to the Default Judgement Motion dated of the motion and dated of the stamped envolope, March 21, 2008. For that reason alone to misleading this Court, this Court should denied Defendants Motion. Whatever motion filed by Defendant's counsel after March 14, 2008, should be denied out-of-time, is a moot.

Plaintiff's demand setting this case to trial and enter the Default Judgement in Plaintiff's Motion.

Respectfully Submitted

_____

Dated March 25, 2008.

# CERTIFICATE OF SERVICE

Richard Isasi

         Plaintiff

v.

Prisailla Jones, et. al

         Defendants.

Docket No 06-2222 (RBW)

I, **Richard Isasi**, hereby certify under penalty of perjury that on **March 25, 2008**, I served by United States Mail a copy of **Motion in Opposition of the Extension of Time.**

and **Served by the Attica Legal Mail System** at:

Brandon L. Low'y
United States Attorney District of Columbia.
555 Fourth Street NW. Room E-4405
Washington. DC. 20530
         Address

R. Isasi
         Signature