UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RICHARD ISASI,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-2222 (RBW) |
| **PRISCILLA JONES et al.,** | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Plaintiff has moved to obtain a show cause order, temporary restraining order or preliminary injunction to prohibit any future prison transfers.  However, because plaintiff is incarcerated in a state prison pursuant to state authority, his motion seeks an order restraining non-parties over whom this Court lacks personal jurisdiction.  Defendants have opposed the motion, noting that the injury plaintiff alleges is his motion is unrelated to these defendants or this action.

The Court is "powerless to issue an injunction against" a non-party.  *Citizens Alert Regarding the Environment v. U.S. Environmental Protection Agency,* 259 F. Supp. 2d 9, 17 (D.D.C. 2003) (citing Fed. R. Civ. P. 65(d)).  Accordingly, it is

**ORDERED** that plaintiff's motion for a show cause order, a temporary restraining order or a preliminary injunction [# 40] is **DENIED**.

/s/<br>
REGGIE B. WALTON<br>
United States District Judge

DATED:  April 15, 2008