UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2222 (RBW) |
| ) | |
| PRISCILLA JONES et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff has moved to obtain a default judgment.  Defendants have opposed the motion. Because plaintiff has not established a claim or right to relief by evidence that satisfies the court, the motion for default judgment will be denied.

A default judgment anticipates a prior entry of default against the defendant.  *See* Fed. R. Civ. P. 55(a); *Peak v. Dist. of Columbia*, 236 F.R.D. 13, 15 (D.D.C. 2006) (interpreting Fed. R. Civ. P. 55 to require entry of default as the first of a two step process).  No default against the defendant was entered in this case, and there has been no showing that a default should have been entered against the United States, the real party in interest in this action.  Furthermore, a default judgment against the United States may be entered "only if the claimant establishes a claim or right to relief by evidence that satisfies the court."  Fed. R. Civ. P. 55(d).  There has been no evidence offered here to justify a default judgment against the United States. Accordingly, it is

**ORDERED** that plaintiff's motion for a default judgment [# 45] is **DENIED**.

                                               /s/
                                  REGGIE B. WALTON
                                  United States District Judge

DATED:  April 15, 2008