UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action Nos. 06-2222 (RBW) |
| | ) |
| PRISCILLA JONES et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO
PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants Priscilla Jones, Richard L. Huff, Margaret P. Grafeld, and Thomas J. McIntyre, employees of the United States Department of Justice and U.S. Department of State, by and through undersigned counsel, respectfully move this Court to enlarge the time to respond to Plaintiff's "Memorandum of Points and Authorities in Support of Plainitff to dismiss Defendants' action entirely" [sic] ("Plaintiff's Memorandum"). The undersigned counsel did not attempt to contact *pro se* Plaintiff to discuss this Motion because Plaintiff is incarcerated, rendering such a step impracticable. Furthermore, Local Rule 7(m) does not apply under these circumstances. See LCvR 7(m) (imposing duty to confer only with opposing counsel and non-incarcerated parties appearing pro se.)

On March 18, 2008, Defendants' filed their Motion to Dismiss, or in the Alternative, for Summary Judgment ("MTD/MSJ"). See Dkt. Entry 43. On April 8, 2008, Defendants received Plaintiff's Memorandum that, despite its caption, could be interpreted very liberally as an Opposition to Defendants' MTD/MSJ. See Dkt. Entry 48. However, on April 15, 2008, the

1

Court issued an Order requiring Plaintiff to file an Opposition to Defendants' MTD/MSJ by May 19, 2008. Dkt. Entry 51. In light of the Court's recent Order, Defendants request that their deadline for filing a response to Plaintiff's Memorandum of Points and Authorities as well as any additional Opposition filings be extended until June 3, 2008. By granting this motion, the Court will permit the Defendants to respond simultaneously to Plaintiff's Memorandum and any supplemental filings that Plaintiff may submit to the Court by its deadline for an Opposition of May 19, 2008. Both parties and the Court will benefit from such permission because Plaintiff will be able to file any additional filings in opposition of Defendants' MTD/MSJ that he deems necessary, and Defendants will be able to respond to all of Plaintiff's opposition filings in one comprehensive reply.

For these reasons, the Court should extend the deadline until June 3, 2008, for Defendants to file a response to Plaintiff's Memorandum of Points and Authorities as well as any additional Opposition filings.

Dated: April 15, 2008.                Respectfully Submitted,


   /s/ _____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/ _____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/_____
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 307-0364
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRISCILLA JONES et al., )<br>)<br>Defendant. )<br>_____) | Civ. Action No. 1:06-cv-02222 (RBW) |

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Motion for an Extension of Time to File a Response to Plaintiff's Memorandum of Points and Authorities be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, June 3, 2008, to file a response to Plaintiff's Memorandum of Points and Authorities as well as any additional Opposition filings.

SO ORDERED.

_____
U.S. District Judge

Copy to:   Richard Isasi
           # 98A1899
           Attica Correctional Facility
           P.O. Box 149
           Attica, NY 14011-0149

           Brandon L. Lowy
           (ECF)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of April, 2008, I caused the foregoing Defendants' Motion for an Extension of Time to File a Response to Plaintiff's Memorandum of Points and Authorities and Order to be filed via the Court's Electronic Case Filing system, and served upon plaintiff, *pro se*, by first-class mail, postage prepaid, addressed as follows:

RICHARD ISASI  
# 98A1899  
ATTICA CORRECTIONAL FACILITY  
P.O. Box 149  
Attica, NY 14011-0149

                                              /s/  
                                          BRANDON L. LOWY