United States District Court
For the District of Columbia

Richard Isasi,
       Plaintiff

v.

Priscilla Jones, et al.,
       Defendants

Affidavit in support of motion order to show cause for preliminary injunction and temporary restraining order

Civil Action #06-2222(RBW)

**RECEIVED**

MAY 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Richard Isasi, being duly sworn, deposes and says:

1. I am the plaintiff in the above-entitled action, and respectfully move this court to issue an order to show cause for preliminary and temporary restraining order, pursuant to Fed. R. Civ. Proc. Rule 65(b) and LCVR 65.1(b), <u>emergency application outside business hours</u>.

### STATEMENT

2. In light of the recently court order dated April 15, 2008, an order requiring plaintiff file an opposition to defendants MTD/MSJ by May 19, 2008, and if plaintiff does not respond by that date, the court may treat the motion as conceded and dismiss the case.

3. Also same day the court ruling an order in plaintiff's motion to obtain show cause order, temporary restraining order or preliminary injunction denying plaintiff's motion as follows:
a.) Plaintiff is incarcerated in a State prison pursuant to State authority, and plaintiff's motion seeks an order restraining non-parties over whom this court lacks personal jurisdiction.

b.) Defendants have opposed the motion because that the injury plaintiff alleges in his motion is unrelated to these defendants or this action.

c.) The court is "powerless to issue an injunction against" non-party.

4. Also same day the court ruling an order in plaintiff motion for default judgment denying default judgment entered against these defendants because the United States, the real party in interest in this action.

5. The United States exercised 'control' over all, and because this court has jurisdiction in this action, plaintiff is asking for restraining order during the pendency of this action.

a.) Plaintiff asking to this court the defendants show cause why plaintiff has been placed in the special housing unit without just cause. Due to the deadline imposed to respond defendants MTD/MSJ by May 19, 2008, or the court may treat the motion as conceded and dismiss the case.

On May 1, 2005, at 5:00am, Officer P. Lefort came to my cell and informed me that I had outside hospital trips. Because the defendants' knowledge of this court order April 15, 2008, and the plaintiff knowledge of this court order the Department of Correction by order of the United States trying to do the same trick that he did to the plaintiff in 2004, removed Isasi outside and then brought him back when the case was over. Because that dog bite once, that dog he/she don't going to bite me twice.

I want to the United States counsel show that I am not entitled for the restraing order by papers, show papers to the court. I never signed any agreement or anything else to see any specialist outside of this jail.

b.) Because the time to reply between plaintiffs and defendants is too short plaintiff is asking this court for an order to prevent any seizure of legal mail to hold any court order or plaintiff's reply.

c.)   Plaintiff is asking this court for an order to prevent defendants from any illegal transfer by force until the end of this case.

The United States in Isasi's case breaking his own law and rules. Plaintiff's are out of any protection if this court don't grant the reliefs requested.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

_____
Richard Isasi, pro se

Dated May __8__, 2008

United States District Court
For the District of Columbia

Richard Isasi,
    Plaintiff

    v.

Priscilla Jones, et. al.

    Defendant.

RECEIVED
MAY 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Order to Show Cause
for Preliminary In-
junction and Restrain-
ing Order. LcvR 65.1(a)

Civil Action No. 06-2222 (RBW)

    Upon the affidavit of Richard Isasi, sworn to the _____ day of 2008, and upon the copy of complaint hereto annexed, it is ordered that the above named defendants show cause before a motion term of this court, at Room _____, before Reggie B. Walton, U.S. D.J., United States District Court for the District of Columbia, US Courthouse, 333 Constitution Avenue NW, Washington, DC, 20001, on _____, 2008, at _____ o'clock in the _____, thereof, or as soon thereafter as Counsel may be heard, why an order should not be issued pursuant to Rule 65(b), Federal Rule Civil Procedure, enjoining the defendants during the pendency of this action from requesting the Court to issue its order to show cause, restraining order and a subsequent preliminary injunction, preventing and providing substantive sanctions for any witness in the above captioned action which may be retaliatory or obstructive, relating to plaintiff's personal restraint petition; and it is further ordered, that sufficient reason having been shown. Therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65(b), Federal Rule Civil Procedure, the defendants are temporarily restrained and enjoined from specifically, plaintiff requests the court to restrain and subsequently enjoin defendants and any organization the defendants

operate or control from seizing legal mail and pleading or placing plaintiff in the Special Housing Unit without just cause, or proceeding on any process against plaintiff, until the District Court determines plaintiff's personal restraint petition. Plaintiff requests the temporary restraining order be granted without prior service upon defendants as provided in the FRCP Rule 65 (b)(2); and it is further ordered that security in the amount of $ _1,000,000.xx_ dollars be posted by the plaintiffs and it is further ordered that personal service of a copy of this order and annexed affidavit upon the defendants or his counsel on or before _____ o'clock in the _____, on _____, 2008, shall be deemed good and sufficient service thereof.

_____
United States District Judge

Dated, _____
New York, New York
Issued: _____

FORM 2171B (4/01)  STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

_____ Correctional Facility

# INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| | | |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| | | |

3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| | | | |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)   SIGNATURES:
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)   FIRMAS
1. _____
2. _____   3. _____

NOTE: Fold back Page 2 on dotted line before completing below.

DATE AND TIME SERVED UPON INMATE   **MAY 0 2 2008**   NAME AND TITLE OF SERVER
FECHA Y HORA DADO AL RECLUSO                             NOMBRE Y TÍTULO DEL QUE ENTREGA

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. Por este medio se le informa que no se puede usar ninguna declaración hecha por usted como respuesta al cargo o la información derivada de ella en una demanda criminal.

### NOTICE ♦ AVISO

REVIEWING OFFICER (DETACH BELOW STATEMENT FOR VIOLATION HEARING ONLY)

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held.
Por este medio se le notifica que el informe anterior es un cargo formal el cual se considerará y determinará en una audiencia a celebrarse.

The inmate shall be permitted to call witnesses provided that so doing does not jeopardize institutional safety or correctional goals.
Se le permitirá al recluso llamar testigos con tal de que al hacerlo no pondrá en peligro la seguridad de la institución o los objetivos del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued prehearing confinement.
Si está restringido pendiente a una audiencia por este informe de mal comportamiento, puede escribirle al Diputado del Superintendente para Seguridad o su representante antes de la audiencia para que haga una declaración acerca de la necesidad de continuar bajo confinamiento, previo a la audiencia.

Dist:   WHITE - Disciplinary Office   CANARY - Inmate (After review)

# CERTIFICATE OF SERVICE

Richard Isasi

    Plaintiff

  v.

Priscilla Jones, et. al.    Docket No. 06-2222 (RBW)

    Defendant

I, __Richard Isasi__, hereby certify under penalty of perjury that on __May 8, 2008__, I served by United States Mail a copy of __Order to Show Cause and Restraining Order__, and __served by the Attica Legal Mail System__ at:

Clerk's Office
United States District Court for the District of Columbia
U.S. Courthouse
333 Constitution Avenue, NW. Washington, DC. 20001.
    Address

__R. Isasi__
    Signature