United States District Court
For The District of Columbia
333 Constitution Avenue. NW.
Washington. DC. 20001

RECEIVED
MAY 16 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>Isasi v. Jones</u>. Civil Action No. 06-2222 (RBW)

I Richard Isasi, declare under penalty of perjury that:
On May 8, 2008, I filed my Motion in Response to the Deadline imposed by this Court dated May 19, 2008.

I Richard Isasi, was place in Special Housing Unit without cause only because this case, if this Court didn't received my Motion in Response. The United States "Counsel" they has to respond before this Court for their action.

I declare under the penalty of perjury that the foregoing is true and correct.

May 12, 2008.                                R. Isasi

Clerks Office Phone   (202) 354-3000.