UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|     v. | ) Civ. Action Nos. 06-2222 (RBW) |
| | ) |
| PRISCILLA JONES et al., | ) |
| | ) |
|        Defendants. | ) |
|   | ) |

**MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF DEFENDANTS MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

      Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants Priscilla Jones, Richard L. Huff, Margaret P. Grafeld, and Thomas J. McIntyre, employees of the United States Department of Justice and U.S. Department of State, by and through undersigned counsel, respectfully move this Court to enlarge the time to file a Reply in Support of Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment ("MTD/MSJ") and an Opposition to Plaintiff's Motion for Summary Judgment. The undersigned counsel did not attempt to contact *pro se* Plaintiff to discuss this Motion because Plaintiff is incarcerated, rendering such a step impracticable. Furthermore, Local Rule 7(m) does not apply under these circumstances. See LCvR 7(m) (imposing duty to confer only with opposing counsel and non-incarcerated parties appearing pro se.)

      On March 18, 2008, Defendants' filed their MTD/MSJ. See R.[1] 43. Plaintiff filed an Opposition to Defendants' MTD/MSJ and a Motion for Summary Judgment on May 12, 2008. R. 53. The undersigned counsel requests additional time to work with agency counsel to prepare

---

[1] "R." followed by a number refers to the document identified at that number on the district court's docket entries.

1

a reply and opposition to Plaintiff's dispositive motion.  Counsel underestimated the amount of time it would take him to respond to motions in other cases that were filed and pending around the time of Defendants' most recent extension request.  These, unfortunately, have prevented counsel from being able to complete a proper response for filing with the Court by the current due date.  For example, in addition to this case, undersigned counsel worked on Defendant's initial response in Public Warehousing Company v. Defense Supply Center Philadelphia, et al., 08-0464; Defendant's initial response in Webster v. Winter, 07-1720; and a client agency's document production concerns in Public Employees for Professional Responsibility v. Dept. of Interior, 08-0045; among other things.

Defendants request that their deadline for filing a Reply in Support of Defendants' MTD/MSJ and an Opposition to Plaintiff's Motion for Summary Judgment be extended until June 17, 2008.  By granting this motion, the Court will permit the Defendants to respond simultaneously to Plaintiff's recent filings.  Defendants and the Court will benefit from such permission because Defendants will be able to respond to all of Plaintiff's opposition filings in one comprehensive reply.

For these reasons, the Court should extend the deadline until June 17, 2008, for Defendants to file a Reply in Support of Defendants' MTD/MSJ and an Opposition to Plaintiff's Motion for Summary Judgment.

Dated: June 3, 2008.                              Respectfully Submitted,


   /s/ _____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/ _____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


   /s/ _____
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 307-0364
Attorneys for Defendants

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 1:06-cv-02222 (RBW) |
| ) | |
| PRISCILLA JONES et al., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Motion for an Extension of Time to File a Reply in Support of Defendants' MTD/MSJ and an Opposition to Plaintiff's Motion for Summary Judgment be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, June 17, 2008, to file a Reply in Support of Defendants' MTD/MSJ and an Opposition to Plaintiff's Motion for Summary Judgment.

SO ORDERED.

_____
U.S. District Judge

Copy to:  Richard Isasi
          # 98A1899
          Attica Correctional Facility
          P.O. Box 149
          Attica, NY 14011-0149

          Brandon L. Lowy
          (ECF)

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2008, I caused the foregoing Defendants' Motion for an Extension of Time to File a Reply in Support of Defendants' MTD/MSJ and an Opposition to Plaintiff's Motion for Summary Judgment and Order to be filed via the Court's Electronic Case Filing system, and served upon plaintiff, *pro se*, by first-class mail, postage prepaid, addressed as follows:

RICHARD ISASI
# 98A1899
ATTICA CORRECTIONAL FACILITY
P.O. Box 149
Attica, NY 14011-0149


　　　/s/ _____
BRANDON L. LOWY