United States District Court
For The District of Columbia

Richard Isasi

        Plaintiff

   v.

Priscilla Jones, et. al.

        Defendants

Civil Action No. 06-2222 (RBW)

RECEIVED
JUN 13 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Opposing Motion Defendant's For An Extension Of Time And Plaintiff's Demand For Summary Judgment Without Exceptions

Pursuant to LCvR 7.1(b), Plaintiff's Opposing Motion With Memorandum of Points and Authorities and Plaintiff's Demand for Summary Judgment Without Exception.

## Introductions

The present complaint has been filed in this Court on or about December 28, 2006, arises claim under the Freedom of Information Act ("FOIA") 5 U.S.C. § 552, 42 U.S.C. § 1983. Bivens v. Six Unknown Agents of Federal Bureau of Investigation, 403 U.S. 388 (1971)

The Plaintiff's still alleges that the U.S. Department of State and the U.S. Department of Justice have improperly withheld the records that Plaintiff seeks and the introduction of defective documents in the treaty terms. United States Extradition Treaty, May 4, 1974 (1979) United States, United Mexican States, 31 UST 5059, TIAS. No 9656 (Extradition Treaty)

On April 15, 2008, the Court issued an Order requiring Plaintiff to file an opposition to Defendant's MTD/MSJ, by May 19, 2008. See Dkt. Entry 51.

As Directed By The Court, Plaintiff Filed His Motion to respond to the Defendant's Motion By May 8, 2008.

The Court Had Been Directed Plaintiff to Rule 6(d) of the Fed. Rule of Civ. Proc. and the Court Agreed That.

The Court May Treat As Conceded Any Motion No Opposed Within the time Limits Outlined above. Alternatively, The court may Consider on the Merits Any Motion Not Opposed Within the time Limits outlined above.

Here. The Defendants Fail to File A Reply In Support of their Motion to Dismiss or For Summary Judgment. Granted By the Court. And the Reply Was Due By June 3, 2008. See. Minute Order (Paperless) Motion 52 DKT. 4/17/08.

The Provision of the Fed. R. Civ. Proc. Rule 6(b), 56(c), 28 U.S.C.A. Provide There Was No arbitrariness In District Court's Denial of Third Extension of Time to Respond to Motion For Summary Judgment, Given District Court's Generosity in Granting two Extensions. And the Weakness of the Excuse Proffered In Seeking Yet Another boon. The Defendant's Has Been Asking For Eight (8) Extension of the time.

More. The Federal Rule of Civil Proc. Rule 6(b), Provide Administration of Filing Deadlines is a Matter of Case Management That Came Within District Court Discretions Litigants Cannot Expect That The Court Will Dance to their Every tune and Grant Extensions on Demand to suit, Lawyer's schedules. See. McIntosh v. Antonino 71 F.3d 29 (1st Cir. 1995) at 23. Also see Mendez v. Banco Popular De P.R. 900 F.2d 4, 6 (1st Cir 1990) Harlow Tay. Inc. v. Federal Land Bank. 933 F.2d 1351. 1352 (8th Cir.) — — U.S. —. 114 S.ct. 87, 126 L.Ed. 2d 55 (1993); Mendez. 900 F.2d at 7; Baker v. Raulie 879 F.2d. 1396. 1399 (6th Cir 1989)

## Conclusion

For all of the foregoing reasons, this Court should be granted Plaintiffs Summary Judgment and Defendants Motion for Extension of Time should be denied.

Respectfully Submitted

Dated June ___ 2008.

_____
Richard Isasi  Pro se.

United States District Court
For The District of Columbia

---

Richard Sasi

        Plaintiff,

  v.

Priscilla Jones, et. al.

        Defendants.

Civil Action No. 06-2222 (RBW)

---

### Order

Upon consideration of Plaintiff's Motion for Summary Judgment and Opposition of Defendant's Motion for Enlargement of Time and the Record Herein, and it appearing that no good cause exists for such request extension, it is this _____ day of _____ 2008.

Ordered, that Defendant's Motion for an Extension of Time is Denied.

Ordered, that Plaintiff's Motion for Summary Judgment is hereby, Granted.

So Ordered.

                                        _____
                                        U.S. District Judge.

Copy to: Brandon L. Lowy
Special Assistant U.S. Attorney
555 4th Street, NW, Room E-4405
Washington, DC 20530.

# CERTIFICATE OF SERVICE

Richard Isasi
   Plaintiff

v.

Priscilla Jones, et al.
   Defendant.

Docket No. 06-2222 (RBW)

I, _Richard Isasi_, hereby certify under penalty of perjury that on _June 11, 2008_, I served by United States Mail a copy of _Plaintiff's Opposing Motion Defendants for an Extension of Time_, and _served by the Official Legal Mail System_ at:

Branson L. Lowy
Special Assistant United States Attorney
555 Fourth Street NW, RM E-4405
Washington, DC 20530
Address

_R. Isasi_
Signature