# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD ISASI,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**PRISCILLA JONES et al.,** )<br>)<br>**Defendant.** )<br>_____) | Civ. Action No. 06-2222 (RBW) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of Special Assistant United States Attorney John G. Interrante as counsel for defendants in the above captioned case and withdraw the appearance of Special Assistant United States Attorney Brandon L. Lowy.

Respectfully submitted,

\_\_\_\_/s/_____
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

RICHARD ISASI
# 98A1899
ATTICA CORRECTIONAL FACILITY
P.O. Box 149
Attica, NY 14011-0149

on this 8th day of August, 2008.

                                            ____/s/_____
                                            JOHN G. INTERRANTE
                                            Assistant United States Attorney
                                            Civil Division
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 514-7220
                                            (202) 514-8780 (fax)
                                            John.Interrante@usdoj.gov