United States District Court
For the District of Columbia

Richard Isasi

    Plaintiff,

v.

Priscilla Jones, et. al.

    Defendant.

Civil Action No. 06-cv-2222 (RBW)

**RECEIVED**
AUG 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I am the Plaintiff's in the above-entitled action. I Respectfully ask to this Court and the Defendant's Counsel to provide me a copy of this Court Decision and Order dated June 17, 2008.

The Defendant's Counsel has already file an answer as to their motion to dismiss or for summary judgment and to file an opposition to Plaintiff's dispositive motion, by June 17, 2008.

On or about August 11, 2008, the Plaintiff's was served with Notice of Substitution of Counsel. When Plaintiff's have not yet been properly served with the Court Decision or an Order dated June 17, 2008. This Court failure in such service.

From April until the present day. Plaintiff's has been filed several motion and request to this Court without of answer.

Plaintiff's asking to this Court and the Defendant's Counsel if did not oppose this request for release to Plaintiff's, the Court Order dated June 17, 2008.

Respectfully Submitted

R. Isasi
Richard Isasi Pro se.

Dated August 14, 2008.

## CERTIFICATE OF SERVICE

Richard Isasi
        Plaintiff,

v.

Priscilla Jones, et. al.
        Defendant.

Civil Action No. 06-cv-2222 (RBW)

I Richard Isasi, hereby certify under penalty of perjury that on August 14, 2008, I served by United States Mail a copy of the letter requesting to this Court and the Government Counsel to provide me with a copy of this Court Decision or Order dated June 17, 2008, and served by the Attica Legal Mail System at.

    John G. Interrante.
    Assistant United States Attorney
    Civil Division.
    555 4th Street. NW.
    Washington. DC. 20530.

                            R. Isasi
                          Richard Isasi. Pro Se.