United States District Court
For The District of Columbia

Richard Isasi
            Plaintiff

    v.                                    Civil Action No. 06-2222 (RBW)
                                          F.R.C.P. Rule 37(b).
Priscilla Jones, et. al.
            Defendant.

RECEIVED
AUG 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Order Imposing Sanctions.

Upon Consideration of Plaintiff's Motion for Sanctions and the Record of this Matter, it is Thereupon this _____ __ _____, by the United States District Court for the District of Columbia.

Ordered, That Plaintiff's Motion for Sanctions be, and is Hereby, Granted, and it is Further.

Ordered, That This Matter be, and is Hereby, Dismissed, With Prejudice, and it is Further.

Ordered, That Defendant's is Ordered to Pay Plaintiff for Reasonable Expenses Incurred in Defendant's Failure to Comply His Supplemental Search For Documents Responsive to Plaintiff's Freedom of Information Act Requests. See. Dkt. at 35.

Dated. _____

                                    _____
                                    United States District Judge.

CERTIFICATE OF SERVICE

---

Richard Isasi
                    Plaintiff,                Civil Action No. 06-2222 (RBW)

V.

Priscilla Jones, et. al
                    Defendant.

---

I Richard Isasi, hereby certify under penalty of perjury that on August 19, 2008, I served by United States Mail a copy of the order imposing sanctions, and served by the Attica Legal Mail system at:

Clerk's Office
United States District Court
for the District of Columbia
U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

R Isasi
Richard Isasi  Pro Se