UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ISASI, | ) |
| | ) |
| Plaintiff, | ) Civ. Action No. 06-2222 (RBW) |
| | ) |
| v. | ) |
| | ) |
| PRISCILLA JONES et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF SERVICE OF
ADDITIONAL COPIES OF JUNE 17, 2008 BRIEF
AND COURT'S JUNE 16, 2008 MINUTE ORDER**

Defendants respectfully file this notice in response to plaintiff's request filed on August 18, 2008 that "this Court and the defendant's counsel . . . provide me a copy of this Court['s] decision and order dated June 17, 2008" (Document 63).  A review of the docket for this case revealed that the only entry for June 17, 2008 is "Defendant's Reply in Support of Motion to Dismiss, or in the Alternative, for Summary Judgment and Opposition to Plaintiff's Motion for Partial Summary Judgment (Document 58).  Defendants hereby notify the Court that an additional copy of this brief has been sent to plaintiff at his address of record.  Defendants disagree with plaintiff's statement in his August 18, 2008 request that plaintiff has filed several motions which defendants have failed to answer.  To the contrary, the dispositive motions filed by defendants and plaintiff have been fully briefed, and plaintiff has not sought leave of court to file any supplemental briefs.[1]

---

[1] Plaintiff nonetheless continues to file documents with the Court without seeking prior leave.  For example, plaintiff filed an Order Imposing Sanctions on August 22, 2008 (Document 64).  It is unclear why plaintiff filed the proposed order, although defendants do not oppose plaintiff's request that the Court order that "this matter be . . . dismissed [w]ith prejudice."

In addition, by Minute Order, dated June 16, 2008, this Court granted "defendants' motion for an extension of time to file a reply as to their motion to dismiss or for summary judgment and to file an opposition to plaintiff's dispositive motion" and ordered that the reply and opposition briefs were due on June 17, 2008. This was a paperless order and was entered on the Electronic Court Filing system. To the extent that plaintiff requests an additional copy of the Minute Order, defendants have also sent plaintiff a copy of the docket sheet containing the relevant entry.

                              Respectfully submitted,

                              /s/
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney

                              /s/
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney

                              /s/
                              JOHN G. INTERRANTE
                              PA Bar # 61373
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              (202) 514-7220
                              (202) 514-8780 (fax)
                              John.Interrante@usdoj.gov

---

Defendants suggest that plaintiff be instructed not to file any additional pleadings without seeking prior leave of Court.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

RICHARD ISASI
# 98A1899
ATTICA CORRECTIONAL FACILITY
P.O. Box 149
Attica, NY 14011-0149

on this 26th day of August, 2008.

                              ____/s/_____
                              JOHN G. INTERRANTE
                              Assistant United States Attorney